```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION

RUBA OTHMAN, as special           )
administrator of the Estate of    )
RAMIZ OTHMAN; SUSAN ANDERSON,     )
individually, and as mother and   )
next friend of SURA OTHMAN, a     )
minor,                            )
                                  )
          Plaintiffs,             )
                                  )
     -vs-                         ) No. 11 CV 5777
                                  )
CITY OF CHICAGO, a Municipal      )
Corporation; AARON CARRANZA, in   )
his individual and official       )
capacity; and THOMAS BEHAN,       )
                                  )
          Defendants.             )
```

        The deposition of HILARY STRAWN McELLIGOTT,

MD, taken before Renee M. LaPorta, a Certified

Shorthand Reporter, pursuant to the Federal Rules

of Civil Procedure for the United States District

Courts pertaining to the taking of depositions,

at 30 North LaSalle Street, Suite 900, Chicago,

Illinois, commencing on the 5th day of June, 2013,

at the hour of 10:16 a.m.

```
 1                PRESENT:

 2                BRUGGEMAN, HURST & ASSOCIATES, LTD.
                  BY:   MR. CHRISTOPHER S. KOCHANOWICZ
 3                  20012 South Wolf Road
                  Suite 200
 4                Mokena, Illinois  60448
                  (708) 478-6900
 5
                  Appeared on behalf of the Plaintiffs;
 6

 7                CITY OF CHICAGO
                  ASSISTANT CORPORATION COUNSEL
 8                  BY:   MS. GAIL REICH
                  30 North LaSalle Street
 9                Suite 900
                  Chicago, Illinois  60602
10                (312) 744-1975

11                Appeared on behalf of the Defendant,
                  City of Chicago;
12

13                CITY OF CHICAGO
                  SENIOR CORPORATION COUNSEL
14                BY:   MS. BARRETT E. RUBENS
                  30 North LaSalle Street
15                Suite 900
                  Chicago, Illinois  60602
16                (312) 742-6404

17                Appeared on behalf of the Defendant,
                  Aaron Carranza.
18

19

20

21

22

23

24
```

```
 1                        I N D E X

 2
     THE WITNESS
 3
          HILARY STRAWN McELLIGOTT, MD
 4

 5   EXAMINED BY                          PAGE

 6        Ms. Reich                       5

 7        Mr. Kochanowicz                 86

 8        Ms. Reich                       115

 9        Mr. Kochanowicz                 120

10
                       EXHIBITS
11
          No. 1                           4
12
          Group No. 2                     15
13
          Group No. 3                     17
14
          Group No. 4                     112
15

16

17

18

19

20

21

22

23

24
```

```
 1                    (WHEREUPON, A DOCUMENT WAS MARKED

 2                    DR. McELLIGOTT DEPOSITION EXHIBIT

 3                    NO. 1 FOR IDENTIFICATION AS OF

 4                    6/5/13.)

 5                         (The witness was duly sworn.)

 6            MS. REICH:  Good morning, Doctor.

 7            THE WITNESS:  Good morning.

 8            MS. REICH:  My name is Gail Reich.  I

 9       represent the defendants in this matter.

10                    If we could all identify ourselves

11       for the record.

12            MR. KOCHANOWICZ:  Chris Kochanowicz for

13       the estate of Ramiz Othman.

14            MS. RUBENS:  Barrett Rubens on behalf of

15       the defendant, Aaron Carranza, police officer.

16            MS. REICH:  Let the record reflect that

17       this is the deposition of Hilary McElligott.

18                    Did I pronounce that right?

19            THE WITNESS:  Yes.

20            MS. REICH:  In the matter of Othman v.

21       City of Chicago, Case No. 11 CV 5777 currently

22       pending in the U.S. District Court for the Northern

23       District of Illinois, Eastern Division.

24                    This deposition is being taken by
```

```
 1      subpoena -- pursuant to subpoena, rather, issued by

 2      the plaintiffs in this matter and pursuant to the

 3      Federal Rules of Civil Procedure.

 4              HILARY STRAWN McELLIGOTT, MD,

 5      called as a witness herein, having been first duly

 6      sworn, was examined and testified as follows:

 7                  E X A M I N A T I O N

 8      BY MS. REICH:

 9          Q.   Doctor, can you please state and spell

10      your full name for the record including middle

11      name?

12          A.   My full name is Hilary Strawn McElligott;

13      first name, H-i-l-a-r-y, S-t-r-a-w-n,

14      M-c-E-l-l-i-g-o-t-t.

15          Q.   Doctor, have you ever given a deposition

16      before?

17          A.   Yes.

18          Q.   How many times?

19          A.   I believe four.

20          Q.   Okay.  And when was the last one that you

21      gave?

22          A.   About a month ago.

23          Q.   So you're familiar with the rules --

24          A.   Yes.
```

```
1        Q.    -- generally of giving a deposition?

2        A.    Yes.

3        Q.    That we hope not to talk over each other,

4   you need to give a verbal answer, and things like

5   that?

6        A.    Yes.

7        Q.    So obviously we're here to ask you some

8   questions about the autopsy that you performed on

9   Ramiz Othman, and that was on August 21, 2010,

10  right?

11       A.    Correct.  Yes.

12       Q.    And if at any time you need to reference

13  your report, please feel free to do so to refresh

14  your memory.

15       A.    Okay.

16       Q.    Or to assist you in giving your

17  testimony, so obviously we're going to be asking

18  you some questions about that.

19            If, you know, at any time either I

20  or plaintiffs' counsel asks a question that's not

21  very clear, just let us know, and we'll rephrase it

22  for you.

23       A.    Okay.

24       Q.    If you need to take a break at any time,
```

 1      let us know, et cetera, et cetera.

 2                   I'd like to go first through your CV

 3      that you gave us.

 4           A.    Okay.

 5           Q.    I think that's been marked as Exhibit 1,

 6      for the record.

 7                   Is this your current curriculum

 8      vitae?

 9           A.    Yes.

10           Q.    And can you just explain roughly, give a

11      history of your education for us?

12           A.    Sure.  I went to undergrad at Loyola

13      University here in Chicago.  I graduated in 2001

14      and then attended St. Louis University of Missouri

15      for medical school where I graduated in 2005 with

16      an M.D.

17                   After that, I came up here again to

18      Northwestern where I trained as a resident in

19      anatomic and clinical pathology at Northwestern,

20      and that was until 2009.  At that time, I joined

21      the Medical Examiner's Office for a forensic

22      pathology fellowship for one year.

23           Q.    And just for us lay people, anatomic

24      pathology, what is that?

1        A.    Anatomic pathology is the study of how

2   disease processes affect the physical human body.

3        Q.    Okay.  And clinical pathology?

4        A.    It's more esoteric; laboratory tests,

5   chemistry, body fluid testing basically.

6        Q.    And what about forensic pathology?

7        A.    Forensics is a subset of anatomic

8   pathology that focuses on determining the cause of

9   death and the manner of death.

10       Q.    And you said once you finished at

11  Northwestern University that you were a resident

12  there?

13       A.    Yes.

14       Q.    Then you went to the Cook County Medical

15  Examiner's Office?

16       A.    Yes.

17       Q.    What year was that?

18       A.    That was from '09 until July of 2010.

19       Q.    So a little over a year?

20       A.    It was a one-year fellowship.

21       Q.    Okay.

22       A.    And then I stayed there until June of

23  last summer, 2012, as an attending.

24       Q.    So your title changed?

1          A.    Right.

2          Q.    As an attending, what were your

3    responsibilities there?

4          A.    Performing autopsies and reviewing all

5    pertinent records related to the autopsies,

6    teaching residents and the current forensic

7    pathology fellow, testifying in court, and

8    preparing written protocols of autopsies.

9          Q.    So you were, in essence, supervising

10   other doctors in doing autopsies and things?

11         A.    Yes.

12         Q.    If you had to estimate, I know this is

13   difficult to do, how many autopsies would you say

14   you've done in your career?

15         A.    At present, I would say about probably

16   850 examinations.

17              MR. KOCHANOWICZ:  Does that include

18   supervising or personal?

19              THE WITNESS:  That's personal.  That's

20   total examinations and very approximate.

21   BY MS. REICH:

22         Q.    Understood.

23              Where are you currently working?

24         A.    I'm the chief forensic pathologist for

1     DuPage County out in Wheaton.

2         Q.   And you've been there for, according to

3     your resume, since April of 2013?

4         A.   Yes, I just started there.

5         Q.   And do you have additional

6     responsibilities there being the chief forensic

7     pathologist?

8         A.   I basically manage the laboratory there

9     and have several employees that I direct and manage

10    with reference to lab maintenance and property

11    control.

12        Q.   Okay.  And you're still performing

13    autopsies --

14        A.   Yes.

15        Q.   -- in addition to that?

16        A.   Yes.

17        Q.   Okay.  I see you've had some faculty

18    appointments.

19        A.   Yes.

20        Q.   Can you go through those?

21        A.   So when I was at the Medical Examiner's

22    Office, I trained the Northwestern residents, the

23    pathology residents, so I was an adjunct professor

24    of pathology for two years.

1          Q.    And how many would you say you've

2    trained?

3          A.    Probably five-ish.

4          Q.    Sorry to interrupt.

5          A.    And during that same time and technically

6    extending to present, I was and am an assistant

7    professor of pathology at Rush University, so I had

8    a resident directly under my control.

9                    Is that bad?

10         Q.    Supervision?

11         A.    Supervision.

12               MS. RUBENS:  You made it sound evil.

13               THE WITNESS:  Who would do cases that I

14   deemed appropriate for that training to perform at

15   the Medical Examiner's Office.

16   BY MS. REICH:

17         Q.    Okay.  And you're a member of some

18   professional organizations as well?

19         A.    Yes.

20         Q.    What are those?

21         A.    So I am in the American Academy of

22   Forensic Sciences or AAFS and a fellow of NAME, the

23   National Association of Medical Examiners.

24         Q.    And do you hold any positions with those?

```
 1          A.   No.

 2          Q.   Only membership?

 3          A.   Correct.

 4          Q.   And you're licensed in the State of

 5     Illinois?

 6          A.   Yes.

 7          Q.   Since when?

 8          A.   Since '05.

 9          Q.   And are you licensed in any other state?

10          A.   No.

11          Q.   Have you ever practiced in any other

12     state?

13          A.   No.

14          Q.   Forgive me for asking, but I do have to

15     do my job.

16                    Have you ever been disciplined in

17     any way?

18          A.   No.

19          Q.   Have you ever received any complaints?

20          A.   No.

21          Q.   Okay.  And never been terminated from

22     any --

23          A.   No.

24          Q.   -- position as a physician?
```

```
 1          A.   No.

 2          Q.   What about any authoritative papers?

 3     Have you written anything?

 4          A.   No, nothing.

 5          Q.   So this address at the top is current?

 6          A.   Yes.

 7          Q.   So if we needed to get in touch with you

 8     for purposes of trial, this is where --

 9          A.   Correct.

10          Q.   -- we'd find you?

11          A.   Correct.

12          Q.   At DuPage County Coroner's Office?

13          A.   Yes.

14          Q.   So you've explained that you've done

15     approximately 850 examinations in your career.

16          A.   Yes.

17          Q.   Do you have any -- how many of those,

18     excuse me, included gunshot wounds; again, an

19     approximation?

20          A.   I would say between 100 and 150 probably.

21          Q.   Do you have any specialized training in

22     ballistics at all?

23          A.   No.

24          Q.   What about any in-house training?
```

1       A.    Beyond general forensics?

2       Q.    Correct.

3       A.    No, nothing specific to ballistics.

4       Q.    Are there any authoritative texts that

5    you refer to in terms of gunshot wounds or

6    ballistics?

7       A.    I typically refer to the Vincent DiMaio

8    text.

9       Q.    Do you know the name of that?

10      A.    I believe it's Gunshot Wounds.

11      Q.    I forgot to ask.

12             Have you ever testified in court

13   before?

14      A.    Yes.

15      Q.    Are those in criminal cases or civil

16   cases?

17      A.    The vast majority are criminal.

18      Q.    Have you ever been retained as an expert

19   at all?

20      A.    Yes.

21      Q.    On how many occasions?

22      A.    Once.

23      Q.    Was that recently?

24      A.    It was last year probably out in DeKalb

1    County.

2          Q.    Was that in a criminal or civil case?

3          A.    It was a criminal case.

4          Q.    So were you retained on behalf of the

5    State's Attorney office?

6          A.    The State's Attorney.

7          Q.    Do you have any idea of what the name of

8    that case was?

9          A.    I could look it up and get back to you.

10         Q.    Okay.

11         A.    Sorry.

12               MS. REICH:  No, that's okay.  Just like

13    we said before, it's not a memory test.

14                    Doctor, before we started the

15    deposition, you had a chance to review some

16    photographs and some documents regarding the

17    postmortem examination of Ramiz Othman, and in

18    looking at documents FCRL 1112 through 1136, we

19    will mark them as Exhibit 2 or Group Exhibit 2.

20                         (WHEREUPON, DOCUMENTS WERE MARKED

21                         DR. McELLIGOTT DEPOSITION GROUP

22                         EXHIBIT NO. 2 FOR IDENTIFICATION AS

23                         OF 6/5/13.)

24

1    BY MS. REICH:

2        Q.    In your review of Group Exhibit 2, does

3    this contain all the documents from the Medical

4    Examiner's file with respect to reports?

5        A.    Yes, I believe it does.

6        Q.    Okay.  And in reviewing these documents,

7    are you able to tell me today which documents you

8    authored?

9        A.    The report of postmortem examination,

10   which would be 14 pages.

11       Q.    So that's FCRL 1112 through 1125?

12       A.    Yes, and then I also completed the

13   diagrams, which would be 1127 and 1128.

14       Q.    And the other documents contained in the

15   file you did not author?

16       A.    I did fill out the last page as well.

17       Q.    Okay.

18       A.    1136, the death certificate.

19       Q.    Are these documents that you've

20   identified that you authored documents that

21   you've -- that are normally authored by medical

22   examiners in the ordinary course of business?

23       A.    Yes.

24       Q.    Do you find these to be true and accurate

1      copies of the documents that you authored?

2           A.   Yes.

3           Q.   All right.  And we also looked at some

4      photographs as well, correct?

5           A.   Yes.

6                MS. REICH:  And those are photographs

7      which we will mark as Group Exhibit 3, for the

8      record.

9                     (WHEREUPON, PHOTOGRAPHS WERE MARKED

10                    DR. McELLIGOTT DEPOSITION GROUP

11                    EXHIBIT NO.3 FOR IDENTIFICATION AS

12                    OF 6/5/13.)

13     BY MS. REICH:

14          Q.   All right.  So for the record, Group

15     Exhibit 3 is the photographs.

16                    You had a chance to look at those as

17     well, correct?

18          A.   Yes.

19               MR. KOCHANOWICZ:  Are we saying all of

20     the photographs there or just the photographs the

21     doctor has set aside?

22               MS. REICH:  All of them.

23               MR. KOCHANOWICZ:  All of them?  Okay.

24               MS. REICH:  We'll make part of the group

1      exhibit, and just for the record, those are Bates

2      stamped FCRL 1137 through 1184.

3      BY MS. REICH:

4           Q.    These photographs, were they -- who took

5      them?

6           A.    It was one of our photographs.  I don't

7      actually -- the initials are on the tag stamped KK.

8      Her name is Kate Karpella (phonetic spelling).

9           Q.    And your initials are on that tag as

10     well --

11          A.    Yes.

12          Q.    -- that appear in every photo, correct?

13          A.    Correct.

14          Q.    Incidentally, this tag is used for what

15     purpose?

16          A.    The tag is used for identification

17     purposes making sure that each photograph is

18     labeled so we know which case it belongs to.

19          Q.    And so this has the number 351.

20               Does that indicate Case No. 351?

21          A.    Yes.

22          Q.    Done in August 2010?

23          A.    Correct.

24          Q.    Okay.  And the tag also reflects two sets

1    of initials.

2                    Am I correct in that?

3         A.   Yes.

4         Q.   Yours and -- I'm sorry.  Tell me her name

5    again.

6         A.   Kate Karpella, the photographer.

7         Q.   Okay.  These photographs were taken at

8    the time that you performed the autopsy?

9         A.   Yes, they were.

10        Q.   And you were present for that?

11        A.   Yes.

12        Q.   And did you direct Ms. Karpella which

13   photographs to take?

14        A.   Yes.

15        Q.   Okay.  And this is also a regular

16   practice and done in the ordinary course of

17   business?

18        A.   Yes, it is.

19        Q.   And incidentally, do you take notes

20   during the time that you are performing the

21   autopsy?

22        A.   I do.  Those are the diagrams that I

23   previously mentioned that I had filled out and that

24   are included in this report.

1        Q.   All right.  So you're referring to Bates

2   stamp numbers 1127 and 1128?

3        A.   Yes.

4        Q.   And then based on these diagrams, you

5   then complete this report that is in 1112 through

6   1126?

7        A.   Yes.

8        Q.   And how soon thereafter do you complete

9   this report of postmortem examination?

10       A.   I dictate it immediately after the

11   autopsy typically.

12       Q.   Okay.

13       A.   I don't -- it varies.  The amount of time

14   it takes me to actually finish it varies.

15       Q.   So are you the person who types this up

16   or --

17       A.   I proofread it.  It goes to a

18   transcription agency somewhere.

19       Q.   Okay.  And then you review it for

20   accuracy?

21       A.   Yes.

22       Q.   And compare that to the tape that you

23   dictated?

24       A.   Correct.

1          Q.    And the notes that you took in FCRL 1127

2     and 1128?

3          A.    Yes.

4          Q.    And so would I be correct in assuming

5     that these are your initials at the bottom of every

6     page?

7          A.    Yes, they are.

8          Q.    Does that indicate the accuracy of the

9     report?

10         A.    Yes.

11         Q.    Okay.  Additionally, on the last page of

12    the report, which would be FCRL 1125, that bears

13    your signature?

14         A.    Yes, it does.

15         Q.    This date 11/17/10, what does that

16    reflect?

17         A.    That is the date that I finalized the

18    report and turned it in to medical records.

19         Q.    So it takes a little while for it to be

20    transcribed and to get back to you to review it for

21    accuracy and sign off?

22         A.    Yes.

23         Q.    And this is done in the ordinary course

24    of business?

```
 1        A.    Yes.
 2        Q.    Okay.  The photographs that are in Group
 3   Exhibit 3, these photographs are true and accurate
 4   depictions of the postmortem examination of
 5   Ramiz Othman as conducted in August 2010?
 6        A.    Yes, they are.
 7        Q.    All right.  Other than the photographer,
 8   Kate Karpella, anyone else present during the time
 9   that you were conducting this autopsy?
10        A.    Yes, there usually are others, but I
11   don't recall who they are at the time.  Sorry.
12        Q.    When you say others, I understand you
13   mean that you don't remember exactly who they were.
14        A.    Yes.
15        Q.    But you are able to tell me where they're
16   from or --
17        A.    Generally speaking, I have a technician
18   who varies from day to day.
19        Q.    This is somebody who assists you --
20        A.    Yes.
21        Q.    -- in performing the autopsies?
22        A.    Yes, who removes the organs and opens the
23   body at my direction.
24        Q.    Okay.
```

1      A.   And usually a resident or perhaps a

2   medical student and then in police-involved

3   shootings, there's usually a liaison present from

4   the independent review entity, but I don't recall

5   specifically who was there or if they were there at

6   the time.

7      Q.   So typically you say that there's

8   somebody from the Independent Police Review

9   Authority --

10     A.   Yes.

11     Q.   -- who attends the autopsy?

12     A.   Yes.

13     Q.   Okay.  And you don't recall exactly who

14   that was or whether anybody was there?

15     A.   Correct.

16     Q.   Because had there been occasions when

17   somebody from the Independent Police Review

18   Authority did not attend the autopsy?

19     A.   They're usually there; not in my cases,

20   but in other people's cases they haven't come, and

21   I'm 99 percent sure someone was there for this.

22     Q.   Anyone else that you can think of?

23     A.   We're never alone in a room, so there are

24   usually two to three other doctors in the room at

1    the same time, so people kind of collaborate

2    throughout the course of the autopsy.

3         Q.    Okay.  So I'd like to go ahead and start

4    going through your report.

5         A.    Okay.

6         Q.    Incidentally, were there any x-rays done?

7         A.    I believe it's standard protocol that we

8    do.  Yes, they were.

9         Q.    And where are you looking?

10        A.    On page 10 of the report.

11        Q.    Got it, which would also be FCRL 1121?

12        A.    So there were x-rays of the head, neck,

13   chest, abdomen, pelvis, upper extremities, hands,

14   and the lower extremities.

15        Q.    Do you review those x-rays?

16        A.    I do.

17        Q.    Are you the one who takes those?

18        A.    No.

19        Q.    Who takes those?

20        A.    An x-ray technician.

21        Q.    And somebody at your facility?

22        A.    Yes, it's in-house.

23        Q.    Is that done prior to the autopsy being

24   performed?

```
 1          A.    Yes, it is.

 2          Q.    Okay.  So let's start from the beginning

 3    of the report.

 4                     Starting on page 1, I understand

 5    that the examination took place on August 21, 2010,

 6    correct?

 7          A.    Yes.

 8          Q.    And it indicates the Mr. Othman died on

 9    August 20, 2010, the day before?

10          A.    Yes.

11          Q.    Let's go through the external

12    examination.

13                     What did you find?

14          A.    Could you be more specific?

15          Q.    Well, in this case, for example, you -- I

16    mean, the first sentence is, "The body is received

17    unclothed."

18          A.    Yes.

19          Q.    So did you receive clothes separately?

20          A.    Yes.

21          Q.    Okay.

22          A.    So the way the body was presented to me

23    at the time of autopsy was unclothed with several

24    articles of clothing with the body or adjacent to
```

1    the body on the stretcher and so there was -- would

2    you like me to list the articles of clothing?

3         Q.   Yes, please.

4         A.   So I received a head scarf, which was

5    black, a white sleeveless shirt, a white T-shirt,

6    blue jeans, black underwear, and a black belt that

7    had a white metal buckle; and most of these

8    articles of clothing had holes that were consistent

9    with gunshot defects in them.

10        Q.   Do you list those in your examination of

11   the clothing?

12        A.   I do.

13        Q.   Okay.  Is it fair to say that that

14   clothing that was received along with the body as

15   depicted in photographs 1172, 1173, 1174, 1175, 76,

16   and 77?

17        A.   Yes.

18        Q.   Now, you indicate in your report that

19   Mr. Othman was a white male weighing 167 pounds

20   and measuring five-feet six and his reported age of

21   28 years old?

22        A.   Yes.

23        Q.   And there's also a description of him in

24   the paragraph two paragraphs below that explaining

1     that he has long hair that's brown and braided; is

2     that correct?

3         A.   Yes.

4         Q.   You also indicate that he's got --

5     there's an apparent piercing in his left ear lobe?

6         A.   Yes.

7         Q.   Why do you indicate the skeleton of the

8     nose is intact to palpitation -- excuse me,

9     palpation?

10        A.   Just to indicate that he doesn't have a

11    broken nose, so if it's -- if you wiggle it and it

12    moves freely, that's a sign of injury.

13        Q.   Okay.  So you noted no injury to his

14    nose?

15        A.   Correct.

16        Q.   And forgive me because I may ask you to

17    explain things further.

18        A.   No problem.

19        Q.   Let's move on to page 2 of your report.

20             Let's talk about the identifying

21    marks and tattoos that you found on Mr. Othman.

22        A.   Okay.

23        Q.   Can you explain the three items listed

24    there?

1          A.    Under the identifying marks category,

2     there were three tatoos, one of which was on the

3     right upper arm that appeared to be the word one,

4     o-n-e.  One was on the left upper arm that appeared

5     to be the word love and then across the upper back

6     there was a tatoo of a word that I couldn't read at

7     the time.

8          Q.    So referring you to page FCRL 1182, for

9     the record, is this the tatoo of the illegible word

10    on Mr. Othman's back that you refer to in No. 3

11    under identifying marks, scars, and tatoos?

12         A.    That is it, yes.

13         Q.    And looking at it today, you still don't

14    know what that word is?

15         A.    It looks like a misspelled word, villian;

16    like villain.

17         Q.    Like villain, but misspelled?  Okay.

18    Thank you.

19               For the record, that's also depicted

20    in FCRL 1178?

21         A.    Yes.

22         Q.    And with respect to the other two tatoos,

23    is it fair to say that the tatoo described in item

24    No. 2, the word love, that appears in FCRL 1166?

1      A.   Yes.

2      Q.   Is there something beyond the word love

3  that's in that tatoo?

4      A.   There is, but I'm not sure what it is

5  though.

6      Q.   Okay.  And the tatoo described in item

7  No. 1 under identifying marks, scars, and tattoos,

8  is that depicted in FCRL 1165?

9      A.   Yes.

10     Q.   The word one with something below it?

11     A.   Yes.

12     Q.   Are you able to discern what that is

13  below it?

14     A.   If I had to guess, I'd say it's maybe a

15  paw or claws or something of that nature.

16     Q.   Okay.

17     A.   If I can't tell, I just don't describe it

18  in my report so...

19     Q.   Understood.

20     A.   I describe what I can tell.

21     Q.   Understood.

22          Let's move on to the evidence of

23  injury.

24     A.   Okay.

1        Q.    And here's where I'm really going to need

2    you to explain some things.

3              All right.  Correct me if I'm wrong.

4    Actually, if you could just read your description

5    and then I'll ask you to explain a few things with

6    respect to evidence of injury No. 1, but I'm also

7    going to ask you to point that out in one of the

8    paragraphs where you see that injury so we can

9    correlate the two.

10       A.    Okay.  So the first item under this

11   category reads:

12             "On the left side of the neck, 9.0

13   inches beneath the top of the head and 2.5 inches

14   to the left of the anterior midline, there's a

15   round gunshot wound of entrance, 0.4 inches in

16   greatest diameter.  There is an eccentric margin of

17   abrasion surrounding the gunshot wound of entrance,

18   0.3 inches from 11 o'clock to 2 o'clock and 0.2

19   inches from 6 o'clock to 9 o'clock.  The wound

20   course involved the skin and subcutaneous tissues

21   in the area, the left internal jugular vein,

22   larynx, thyroid gland, and anterior right ribs.

23   The wound course exits the body on the right side

24   of the chest, 12.5 inches beneath the top of the

```
 1    head and 3.5 inches to the right of the anterior

 2    midline where there is a lacerated gunshot wound of

 3    exit, 0.6 inches in greatest diameter.  The wound

 4    course contributes to aspiration of blood

 5    throughout the tracheobronchial tree and into both

 6    lungs, to diffuse hemorrhage into the musculature

 7    of the neck, and to multiple right rib fractures

 8    with associated intramuscular hemorrhage.  The

 9    wound course is from back to front, left to right

10    and downward.  Examination of the skin about the

11    gunshot wound of entrance reveals no evidence of

12    close-range firing."

13         Q.    So before we go further, your report

14    indicates evidence of injury obviously in several

15    places --

16         A.    Yes.

17         Q.    -- on Mr. Othman's body, so when you're

18    performing an autopsy and creating this report, how

19    do you make sense or in what fashion do you go

20    about identifying the wounds and documenting them?

21         A.    I personally go from head to toe, so I

22    start with the head and neck and then I move from

23    right to left and head to toe down the chest and

24    abdomen and genitalia and then I move to the right
```

1    upper extremity and then to the left and then I

2    move to the back and buttocks and then I move to

3    the lower extremities.

4         Q.   So that's just your orderly fashion.  It

5    doesn't indicate in what sequence the evidence of

6    injury occurred?

7         A.   That's correct.

8         Q.   Or the injury occurred, rather?

9         A.   Right.  Correct.

10        Q.   Okay.  Now, corresponding to No. 1, are

11   you able to show us in a photograph from Group

12   Exhibit 3 this gunshot wound?

13        A.   Yes.

14        Q.   Entrance and exit --

15        A.   Yes.

16        Q.   -- if you can?

17        A.   Yes, I can do that.

18        Q.   Okay.

19        A.   It's visible in this photograph.

20        Q.   We're referring to 1145?

21        A.   And there's a close-up in...

22        Q.   1157?

23        A.   That's the entrance wound and then the

24   exit is visible in 1145.  It's on this upper right

```
 1        side of the chest, and I believe this is the

 2        close-up, 1149, of the exit.

 3             Q.   Okay.  So per plaintiffs' counsel's

 4        suggestion, can you circle or maybe mark next to

 5        it --

 6                  MR. KOCHANOWICZ:  My suggestion would be

 7        to draw a line just so we're not getting too --

 8                  MS. RUBENS:  A line and then No. 1

 9        entrance or something like that.

10                  MR. KOCHANOWICZ:  And in the margin just

11        put 1A and then 1B.

12                  MS. REICH:  Okay.

13                  MR. KOCHANOWICZ:  I don't know if that --

14                  MS. RUBENS:  Or maybe more than A and B,

15        you know.

16                  MR. KOCHANOWICZ:  That's true.

17                  MS. RUBENS:  I could actually write out

18        the word whether it's exit or entrance.

19        BY MS. REICH:

20             Q.   Maybe you can do entrance and exit for

21        those with the blue pen?

22             A.   So you want me to write 1 entrance and 1

23        exit with a line?

24             Q.   Yes, if you need a ruler.
```

```
 1              A.    That's okay.

 2                    Do you mind if I write right next to

 3       it or do you want me to write somewhere else?  Do

 4       you care?

 5                    MR. KOCHANOWICZ:  I'd suggest you write

 6       in the margin up here.

 7                    THE WITNESS:  If I write here?

 8                    MR. KOCHANOWICZ:  And then you can draw a

 9       line to it.

10                    THE WITNESS:  Okay.

11                    MR. KOCHANOWICZ:  I mean, I don't think

12       at some point we won't cross lines.

13                    MS. RUBENS:  Off the record.

14                         (Whereupon, a discussion was

15                          held off the record.)

16                    THE WITNESS:  Okay.  Would you like me to

17       connect the two?

18                    MS. REICH:  Please.

19                    THE WITNESS:  (Witness complies.)

20                    MS. REICH:  So let the record reflect

21       that the witness has complied and written 1 at the

22       entrance of No. 1 as described in her report and

23       the exit as well.

24
```

1       BY MS. REICH:

2           Q.   Are you able to tell the difference

3       between an exit and an entrance wound?

4           A.   So typically, not always, but typically

5       an entrance is round or rounder than the exit and

6       will have a margin of abrasion, which I referred to

7       in my description, but that's basically where the

8       bullet pulls on the skin around the entrance site

9       and causes a scratch or a scrape because it's

10      actually scraping the skin as it goes into the body

11      and then exit --

12          Q.   And sorry.  Just for the record, you're

13      pointing to the close-up on 1157 which you say is

14      the entrance wound for No. 1?

15          A.   Yes.

16          Q.   Okay.

17          A.   Again, this is a generalization for

18      entrances.

19          Q.   Sure.

20          A.   Not all look as nice as that.

21               An exit is lacerated, meaning torn,

22      so the bullet is pushing out of the body and so you

23      don't get that nice scratching wound usually.  So

24      this close-up here in 1149, you can see the edges

1    are jagged, and we don't have that abrasion

2    surrounding it as we did in the entrance wound.

3         Q.    And how is it that you are able to

4    correspond one entrance wound with another exit

5    wound?

6         A.    During the course of an autopsy, during

7    the internal exam you can often see hemorrhage in

8    the areas between the two injuries.  So you're

9    looking for actual physical connection between the

10   two, and you're also using probes at times which

11   you put into the entrance wound and track along the

12   course that the bullet makes, and it will often

13   lead you to the general direction of the exit.

14        Q.    Okay.  So in this particular case with

15   injury No. 1, what tissues or organs were affected

16   by this particular gunshot?

17        A.    So it was mostly the neck organs.  You

18   have the internal jugular vein on the left side of

19   the neck, the larynx which is part of the windpipe,

20   the thyroid gland which is in the neck, and also

21   some of the right ribs on the very upper right side

22   of the chest.

23        Q.    You said there was damage to the right

24   ribs?

1          A.    Yes.

2          Q.    Okay.  Are you able to -- you also say

3     that -- sorry.  Strike that.

4                    It also says that the wound course

5     is from back to front, left to right and downward.

6                    Just for my understanding, when you

7     say back to front, I'm confused because you do say

8     that the entrance is on the front of the body, so

9     can you explain that?

10         A.    So if you look at this photograph, 1145,

11    the location of this entrance on the left side of

12    the neck is just slightly farther back than the

13    exit on the chest, so because it sits farther back

14    toward the buttocks, it's technically from back to

15    front.

16         Q.    Okay.

17         A.    It's slight, but it's still from back to

18    front.

19         Q.    Understood.

20                    The last sentence of No. 1 states:

21    "Examination of the skin about the gunshot wound of

22    entrance reveals no evidence of close-range

23    firing."

24                    What does that mean?

1      A.    That means there's no soot or stippling

2    surrounding the gunshot wound which are typical

3    indicators of close-range firing, so a gun being

4    close to the body at the time of its being fired.

5      Q.    You mentioned soot and stippling.

6      A.    Yes.

7      Q.    Can you explain?

8      A.    So soot is basically powder that comes

9    out of the barrel of the gun when a projectile is

10   fired out of it.  It's what actually causes the

11   bullet to be fired, and some of that powder will

12   land on the skin typically if the gun is within --

13   a handgun is within 12 inches of the body.

14           Stippling is little bits of

15   gunpowder that aren't burnt, so they basically fly

16   out of the barrel of the gun and scratch the

17   surface of the skin.  That's stippling, and that's

18   with handguns typically seen between 2 and 4 feet

19   from the barrel of the gun.

20           MR. KOCHANOWICZ:  I'm sorry.  What did

21   you say?  Flies out and scratches the surface of

22   the skin?

23           THE WITNESS:  So it's bits of unburned

24   powder, so basically a tiny projectile; so when it

1    flies out, it just scratches the skin.

2            MR. KOCHANOWICZ:  Okay.

3            THE WITNESS:  You can still see the

4    powder, so it looks like a little black speck.

5    BY MS. REICH:

6        Q.    And in reviewing your report, just to

7    make this a little easier, you didn't find any

8    evidence of soot or stippling on any of the gunshot

9    wounds, did you?

10       A.    No, I didn't.

11       Q.    And, therefore, you found no evidence of

12   close-range firing meaning within 4 feet, give or

13   take?

14       A.    Give or take, yes.

15       Q.    On any of the wounds that were found on

16   Ramiz Othman?

17       A.    Correct.

18       Q.    I also wanted to ask you about the

19   measurements generally.  I won't go through them on

20   each and every one, but you do indicate -- you do

21   indicate several measurements for each and every

22   wound.

23            Can you just explain how you go

24   about making those measurements and identifying

1      where the wounds are?

2           A.   Yes, so any given gunshot wound is

3      measured relative to the head or to the feet.  If a

4      gunshot wound is on the upper half of the body, I

5      measure its distance from the top of the head.

6                     So when I say 9 inches from the top

7      of the head, that means that position on the neck

8      is located 9 inches from the vertex and then I

9      measure from the midline of the body toward the

10     right or left, wherever the entrance or exit

11     happens to be.

12                    Then additional measurements include

13     the actual width of the injuries themselves, so the

14     entrance and the exit, and then I refer to the

15     margin of abrasion which is the scratching injury

16     around the entrance or an exit.  I measure -- it's

17     like the face of a clock, so towards the head the

18     injury is at -- so the vertex is 12 o'clock.  The

19     feet are 6:00 o'clock, so then the margin of

20     abrasion is measured relative to the face of a

21     clock.

22          Q.   Okay.

23          A.   I'm not sure if that answers your

24     question.

1     Q.   No, that does.

2     A.   Okay.

3     Q.   Actually, very well.

4          Since you indicated that this

5     particular gunshot wound involved the -- for

6     example, the jugular vein, what type of effect

7     would that have?

8     A.   Could you be more specific?

9     Q.   Could that have been a fatal shot?

10    A.   Yes, it's possible.

11    Q.   Okay.  It's also indicated when you

12    explain what organs and tissues were involved, you

13    also mention the larynx.

14         Could that have been fatal?

15    A.   Yes, bleeding into the airway caused by

16    the bullet traveling through it can cause you to

17    aspirate blood and not be able to breathe properly.

18    Q.   Did you find evidence of that?

19    A.   He did aspirate some blood into both

20    lungs.

21    Q.   What about injury to the thyroid gland?

22    Could that have been fatal?

23    A.   That's not necessarily fatal in and of

24    itself in isolation.

1          Q.    And in terms of striking the anterior

2     right ribs, is it fair for me to submit that's

3     probably not fatal?

4          A.    In and of itself, no, it would not be

5     fatal in a normal person.

6          Q.    Okay.  Why don't we move on to No. 2.

7          A.    Okay.

8          Q.    In terms of No. 2, if you wouldn't mind

9     reading that, for the record?

10         A.    "No. 2:  On the right side of the chest

11    22.0 inches beneath the top of the head and 5.5

12    inches to the right of the anterior midline, there

13    is a round gunshot wound of entrance, 0.4 inches in

14    greatest diameter.  There is a circumferential

15    margin of abrasion present about the gunshot wound

16    of entrance, 0.1 inch.  The wound course involved

17    the skin and subcutaneous tissues in the area, the

18    anterior right ribs, the pericardial sac, posterior

19    wall of the right ventricle of the heart, posterior

20    right ribs, and the musculature of the right side

21    of the back.  A deformed copper-jacketed bullet is

22    recovered from the right side of the back, 13.0

23    inches beneath the top of the head and 1.0 inch to

24    the right of the posterior midline.  The wound

1      course contributes to multiple right rib fractures

2      with associated intramuscular hemorrhage, and to a

3      right hemothorax with approximately 400 mL of fluid

4      and clotted blood in the right chest cavity.  The

5      wound course is from front to back, right to left

6      and upward.  Examination of the skin about the

7      gunshot wound of entrance reveals no evidence of

8      close-range firing."

9          Q.   All right.  So I'm going to ask you to

10     explain that in layman's terms.

11         A.   Sure.

12         Q.   And again, indicate on the photographs --

13     let's start with the photographs where No. 2 you

14     would find on the body in the photographs.

15         A.   Okay.  So there's only going to be an

16     entrance on these photographs because we recovered

17     a bullet.

18         Q.   Okay.

19         A.   So it's seen on 1145 again.

20              Do I just write the same thing?

21         Q.   2 and entrance, please.

22         A.   (Witness complies.)

23              MS. REICH:  And let the record reflect

24     that the witness is marking wound No. 2 as listed

1     on her report on page 1114.

2     BY MS. REICH:

3          Q.   So I understand that this -- looking at

4     the middle of this paragraph from your report, can

5     you explain in layperson's terms what injuries

6     occurred because of that gunshot wound?

7          A.   So he was shot on the right side of the

8     chest.  It broke some ribs and went through the

9     heart, and it caused bleeding into the right side

10    of the chest.

11         Q.   And that bullet you found still within

12    the body?

13         A.   Yes.

14         Q.   Okay.  And you recovered that from the

15    back?

16         A.   Yes.

17         Q.   Is this a shot that could have been

18    fatal?

19         A.   Yes.

20         Q.   In the same sense, you said that the

21    wound course goes from front to back?

22         A.   Yes.

23         Q.   Meaning the entrance --

24         A.   Yes.

1      Q.   -- is more toward the front of the body?

2      A.   That's correct.

3      Q.   All right.  Let's move on to No. 3.

4      A.   Would you like me to read it again?

5      Q.   If you wouldn't mind.

6      A.   "No. 3:  On the left side of the chest,

7   19.0 inches beneath the top of head and 6.0 inches

8   to the left of the anterior midline, there is a

9   round gunshot wound of entrance, 0.4 inches in

10  greatest diameter.  There is an eccentric margin

11  of abrasion present about the gunshot wound of

12  entrance, 0.1 inch from 12 o'clock to 9 o'clock.

13  The wound course involves the skin and subcutaneous

14  tissues in the area and the musculature of the left

15  and right sides of the chest.  The wound course

16  exits the body on the right side of the chest, 19.0

17  inches beneath the top of the head and 4.0 inches

18  to the right of the anterior midline, where there

19  is a lacerated gunshot wound of exit, 0.8 inches in

20  greatest diameter.  The wound course is from right

21  to left.  Examination of the skin about the gunshot

22  wound of entrance reveals no evidence of

23  close-range firing."

24      Q.   Can you identify on FCRL 1145 and mark

1     where No. 3 is an entrance an exit?

2          A.   (Witness complies.)

3          Q.   If could you draw a line between the two

4     as you did with No. 1?

5          A.   (Witness complies.)

6          Q.   Thank you.

7               In layperson's terms, can you

8     explain to me what wound occurred because of No. 3?

9          A.   He was shot on the left side of the

10    chest, but this was a very superficial injury that

11    only damaged the muscle on the front of the body,

12    so it just basically went across the chest and

13    belly right under the skin and came out.

14         Q.   Tissue only, no ribs involved?

15         A.   Correct.

16         Q.   And would this have been fatal in any

17    way?

18         A.   No.

19         Q.   I'm sorry.  I may have missed this, but

20    the wound course from shot No. 3 as identified in

21    your report goes in what direction?

22         A.   I'm sorry if I misspoke.  It's from left

23    to right.

24         Q.   Okay.

```
 1                  MS. RUBENS:  So does that mean the report

 2      is wrong?

 3                  THE WITNESS:  For No. 3?

 4                  MS. RUBENS:  For No. 3.

 5                  THE WITNESS:  Oh, yes.  I'm sorry.

 6      You're right.  I didn't even notice that.

 7                  MS. RUBENS:  So --

 8                  THE WITNESS:  So the last sentence should

 9      be from left to right.

10      BY MS. REICH:

11          Q.    The second-to-last sentence?

12          A.    That's correct.

13                  MS. REICH:  Thank you.

14                    Anybody mind if we take a quick

15      break?

16                  MR. KOCHANOWICZ:  No.

17                    (Whereupon, a short break was

18                    taken.)

19      BY MS. REICH:

20          Q.    All right.  I think that's it for No. 3.

21                    Let's move on to No. 4, if you'd be

22      so kind?

23          A.    "No. 4:  On the right side of the

24      abdomen, 27.5 inches beneath the top of the head
```

1    and 6.5 inches to the right of the anterior

2    midline, there is a round gunshot wound of

3    entrance, 0.4 inches in greatest diameter.  There

4    is a circumferential margin of abrasion present

5    about the gunshot wound of entrance, 0.1 inch.  The

6    wound course involves the skin and subcutaneous

7    tissues in the area, the musculature of the right

8    side of the abdomen, right kidney, right adrenal

9    gland, and the posterior right ribs.  The wound

10   course contributes to a hemoperitoneum with

11   approximately 550 mL of clotted blood in the

12   peritoneal cavity, to diffuse retroperitoneal

13   hemorrhage, and the multiple right rib fractures

14   with associated intramuscular hemorrhage.  The

15   wound course exits the body on the right side of

16   the back, 21.0 inches beneath the top of the head

17   and 5.0 inches to the right of the posterior

18   midline.  The wound course is from front to back,

19   right to left and upward.  Examination of the skin

20   about the gunshot wound of entrance reveals no

21   evidence of close-range firing."

22       Q.   All right.  So if you would be so kind as

23   to identify on the photographs where the entrance

24   and exit wounds are, for the record, and then --

```
1              A.   Sure.  I have to search for the one on

2       the back.

3              Q.   That's fine.

4              A.   Sorry.  I just want to make sure I find

5       the right one.

6                   MS. REICH:  So let the record reflect

7       that the witness is identifying the exit wound,

8       right?

9                   THE WITNESS:  Yes, this is the exit.

10      BY MS. REICH:

11             Q.   On FCRL 1179?

12             A.   Correct.

13             Q.   And understanding obviously that you

14      cannot draw a line between the two.

15             A.   Entrance is on --

16             Q.   Not with this one.

17             A.   Entrance is on 1145.

18             Q.   Okay.

19             A.   And the exit is on 1179.

20             Q.   All right.  One thing I do notice is that

21      your report says in No. 4 this involved the right

22      kidney.

23             A.   Yes.

24             Q.   Do you have any opinion as to whether
```

1       this is a potentially fatal shot?

2           A.   Yes, it is potentially fatal.

3           Q.   And can you explain -- in my notes it

4       says the right adrenal gland.

5           A.   Yes.

6           Q.   Is that potentially fatal?

7           A.   It could be, yes.

8           Q.   Obviously the posterior right ribs, fatal

9       or not fatal?

10          A.   Not by themselves, no.

11          Q.   Can you explain the following sentence

12      beginning with the wound course --

13          A.   Sure.

14          Q.   -- in lay terms?

15          A.   Basically that just means there's blood

16      in the abdomen, so about a half liter of blood, so

17      these injuries have caused bleeding into the

18      abdomen itself and into the -- the retroperitoneal

19      hemorrhage means hemorrhage into the muscle and

20      soft tissue in the back.

21          Q.   And is that something that could be

22      fatal?

23          A.   Yes.

24          Q.   Let's move on to No. 5.

1          A.    "No. 5:   On the left side of the abdomen,

2     24.0 inches beneath the top of the head and

3     2.8 inches to the left of the anterior midline,

4     there is a round gunshot wound of entrance,

5     0.3 inches in greatest diameter.   There is a

6     circumferential margin of abrasion present about

7     the gunshot wound of entrance, 0.1 inch.   The wound

8     course involves the subcutaneous tissues in the

9     area, the musculature of the left side of the

10    abdomen, and the musculature of the right side of

11    the chest.   The wound course exits the body on the

12    upper right side of the chest, 18.0 inches beneath

13    the top of head and 8.5 inches to the right of the

14    anterior midline, where there is a lacerated

15    gunshot wound of exit, 0.6 inches in greatest

16    diameter.   The wound course is from left to right

17    and upward.   Examination of the skin about the

18    gunshot wound of entrance reveals no evidence of

19    close-range firing."

20         Q.   And if you could identify those on, most

21    likely, 1145 and --

22         A.   And draw a line?

23         Q.   If you wouldn't mind.

24         A.   (Witness complies.)

1        Q.    And this wound, would this be potentially

2   fatal?

3        A.    No.

4        Q.    Why is that?

5        A.    It's similar to, I believe, No. 3 where

6   the injury involves only the subcutaneous, very

7   superficial muscle tissue of the body, so it

8   doesn't involve any major organs.

9        Q.    No. 6?

10       A.    "On the left side of the abdomen, 27.0

11   inches beneath the top of the head and 3.2 inches

12   to the left of the anterior midline, there is an

13   oblique graze gunshot wound, 0.7 inches in length.

14   The wound course involves the superficial layers of

15   the skin.  Examination of the skin about the

16   gunshot wound reveals no evidence of close-range

17   firing."

18       Q.    Okay.  Is it possible to identify that?

19       A.    You can see the top of it on 45.  I'm not

20   sure if there's a better...

21       Q.    Try 1146.

22       A.    Oh, there.

23       Q.    1161?

24       A.    Yes, 1161.

1                    Just write the number 6?

2        Q.    If you wouldn't mind, please.

3        A.    (Witness complies.)

4        Q.    Thank you.

5              Now, as I understand it, that's just

6    a graze wound?

7        A.    Yes.

8        Q.    And meaning what?

9        A.    Meaning the bullet glanced across the

10   surface of the skin.  It just caused a scratch,

11   scratching injury.

12       Q.    And is it fair for me to assume that's

13   not fatal?

14       A.    That's correct.

15       Q.    Okay.  No. 7?

16       A.    "On the lower left side of the abdomen,

17   27.0 inches beneath the top of the head and 5.5

18   inches to the left of the anterior midline, there

19   is a round gunshot wound of entrance, 0.3 inches in

20   greatest diameter.  There is an eccentric margin of

21   abrasion present about the gunshot wound of

22   entrance, 0.2 inches from 12 o'clock to 7 o'clock,

23   and 0.1 inch from 7 o'clock to 12 o'clock.  The

24   wound course involves the skin and subcutaneous

1    tissues in the area, the musculature of the left

2    side of the abdomen, the small intestine, large

3    intestine, mesentery, and the musculature of the

4    right buttock and right thigh.  A deformed

5    copper-jacketed bullet is recovered from the

6    musculature of the proximal right thigh, 31.0

7    inches beneath the top of the head and 6.0 inches

8    to the right of the anterior midline.  The wound

9    course contributes to a hemoperitoneum with

10   approximately 550 mL of fluid and clotted blood in

11   the peritoneal cavity.  The wound course is from

12   left to right and downward.  Examination of the

13   skin about the gunshot wound of entrance reveals no

14   evidence of close-range firing."

15       Q.    Could you identify the entrance wound?

16   My understanding is there's no exit wound because

17   you found the bullet inside.

18       A.    That's correct.  It's again on 61, 1161.

19       Q.    Okay.  Could this have been potentially

20   fatal?

21       A.    Yes.

22       Q.    Why is that?

23       A.    It, again, contributed to bleeding inside

24   the abdomen.

1        Q.    All right.  And it involved some major

2    organs?

3        A.    Yes.

4        Q.    What were those?

5        A.    The intestines.  Both the small and large

6    intestines were the major organs that were

7    involved.

8        Q.    Now, incidentally, are you able to tell

9    from the other photographs -- which I understand

10   there are photographs of the bullets that were

11   recovered.

12       A.    Yes.

13       Q.    Are you able to tell which ones were --

14       A.    Potentially they should be labeled

15   according to the anatomic site of recovery, so 1141

16   is labeled right thigh, which is most likely the

17   projectile from that injury.

18       Q.    Okay.  Thank you.

19              Let's move on to No. 8.

20       A.    "No. 8:  On the upper left side of the

21   back, 10.0 inches beneath the top of the head and

22   7.0 inches to the left of the posterior midline,

23   there is an ovoid gunshot wound of entrance, 0.4

24   inches in greatest diameter.  There is a

1     circumferential margin of abrasion present about

2     the gunshot wound of entrance, 0.1 inch.  The wound

3     course involves the skin and subcutaneous tissues

4     in the area, the musculature of the left side of

5     the back, the posterior left ribs, upper lobe of

6     the left lung, and the thoracic aorta.  The wound

7     course exits the body on the left side of the

8     chest, 15.5 inches beneath the top of the head and

9     0.5 inches to the left of the anterior midline

10    where there is a shored gunshot wound of exit, 0.4

11    inches in greatest diameter.  There is an eccentric

12    margin of abrasion present about the gunshot wound

13    of exit, 0.3 inches from 12 o'clock to 2 o'clock.

14    0.8 inches from 2 o'clock to 3 o'clock, and

15    0.1 inch from 3 o'clock to 12 o'clock.  The wound

16    course contributes to a left hemothorax with

17    approximately 400 mL of fluid and clotted blood in

18    the left chest cavity, and to multiple left rib

19    fractures with associated intramuscular hemorrhage.

20    The wound course is from back to front, left to

21    right and downward.  Examination of the skin about

22    the gunshot wound of entrance reveals no evidence

23    of close-range firing."

24        Q.   Okay.  In terms of No. 8, are you able to

1    identify and mark on the photographs the entrance

2    and exit wounds?

3         A.    Yes.

4         Q.    Please.

5         A.    So the entrance is seen on 1178 with a

6    close-up in 1138, and the exit is on 1145 again.

7         Q.    And so what major organs, if any, did

8    this gunshot --

9         A.    So this injury involved the left lung and

10   the aorta in the chest, the thoracic aorta.

11        Q.    Is that potentially fatal?

12        A.    Yes.

13        Q.    And the trajectory of that, the wound

14   course?

15        A.    So this is from back -- the back to the

16   front, left to right and down.

17        Q.    Okay.  Let's turn to No. 9.

18        A.    "On the right side of the back, 20.0

19   inches beneath the top of the head and 1.0 inch to

20   the right of the posterior midline, there is a

21   round gunshot wound of entrance, 0.3 inches in

22   greatest diameter.  There is an eccentric margin of

23   abrasion present about the gunshot wound of

24   entrance, 0.1 inch, except at 3 o'clock and 9

1       o'clock where it measures 0.3 inches.  The wound

2       course involves the skin and subcutaneous tissues

3       in the area and the musculature of the right side

4       of the back.  The wound course exits the body in

5       the right axilla, 16.0 inches beneath the top of

6       the head and 6.0 inches to the right of the

7       midline, where there is a lacerated gunshot wound

8       of exit, 0.3 inches in greatest diameter.

9                     The wound course partially re-enters

10      the body on the medial right upper arm, 16.0

11      inches beneath the top of the head, where there is

12      a shored ovoid gunshot wound of partial

13      re-entrance, 0.7 inches in greatest diameter.

14      There is an eccentric margin of abrasion present

15      about the gunshot wound of partial re-entrance, 0.2

16      inches from 6 o'clock to 12 o'clock, except at

17      9 o'clock where it measures 0.3 inches.  The wound

18      course involves the skin and subcutaneous tissues

19      of the right upper arm.  The wound course is from

20      left to right and upward.  Examination of the skin

21      about the gunshot wound of entrance reveals no

22      evidence of close-range firing."

23          Q.   In layperson's terms, does that mean --

24      in layperson's terms, what does that mean?

1    A.    So there's a gunshot wound to the right

2    back which comes out the right armpit.  It just

3    gets the muscle and soft tissues in the area and

4    then as it comes out the right armpit, it starts to

5    go in the right arm right next to the armpit, but

6    it doesn't go in much farther than the superficial

7    layers.

8    Q.    And did you recover a bullet from there?

9    A.    No.

10   Q.    Okay.  So it even passed through --

11   A.    It --

12   Q.    -- or just --

13   A.    It went in a little bit and came out

14   again.

15   Q.    Something more than a graze wound?

16   A.    Right.

17   Q.    Are you able to identify those wounds on

18   any of the photographs?

19   A.    Yes, the entrance is seen on 1179.

20   Q.    Thank you.

21   A.    And with a close-up in 1183.

22         Would you like me to label both?

23   Q.    Please.

24   A.    (Witness complies.)

1       Q.      Thank you.

2       A.      The exit in the armpit is seen in 1164 as

3    is the partial re-entry.

4              I hesitate to draw a line just

5    because they're right next to each other when they

6    occurred.

7       Q.      So meaning that -- okay.  So as

8    Mr. Othman is depicted in the photograph, his arm

9    is raised above his head?

10       A.      Correct.

11       Q.      So am I understanding or is it fair to

12    say that his arm was not in the position above his

13    head?

14       A.      That's correct.

15       Q.      But closer down by his side --

16       A.      Correct.

17       Q.      -- at the time that the injury occurred?

18       A.      So the arm is right next to the exit,

19    which is why there's a re-entry right there.

20       Q.      Could this have been a potentially fatal

21    shot?

22       A.      No, not by itself.

23       Q.      Okay.

24       A.      Would you like me to label this?

1      Q.    Please.

2      A.    (Witness complies.)

3      Q.    Also, 1178 you see the re-entry?

4      A.    And the entry here.

5      Q.    Oh, please.  Yes.

6      A.    (Witness complies.)

7      Q.    Okay.  No. 10?

8      A.    "On the left side of the back, 22.0

9      inches beneath the top of the head and 2.0 inches

10     to the left of the posterior midline, there is a

11     round gunshot wound of entrance, 0.3 inches in

12     greatest diameter.  There is a circumferential

13     margin of abrasion present about the gunshot wound

14     of entrance, 0.1 inch.  The wound course involves

15     the skin and subcutaneous tissues in the area, the

16     posterior left ribs, the upper lobe of the left

17     lung, and the lateral left ribs.  The wound course

18     contributes to a left hemothorax with approximately

19     400 mL of fluid and clotted blood in the left chest

20     cavity and to multiple left rib fractures with

21     associated intramuscular hemorrhage.  The wound

22     course exits the body on the left side of the

23     chest, 15.0 inches beneath the top of the head and

24     6.0 inches to the left of the anterior midline

```
 1     where there is a shored lacerated gunshot wound of

 2     exit, 0.8 inches in greatest diameter.  There is a

 3     circumferential margin of abrasion present about

 4     the gunshot wound of exit, 0.2 inches.  The wound

 5     course is from back to front, right to left and

 6     upward.  Examination of the skin about the gunshot

 7     wound of entrance reveals no evidence of

 8     close-range firing."

 9          Q.   If you could identify those on the

10     photographs?

11          A.   (Witness complies.)

12               1179 shows the entrance as does 1183

13     in close-up as does 1158.  This shows the exit and

14     1170.

15          Q.   Are you marking all of those?

16          A.   Yes.

17          Q.   Thank you.

18               Are you able to tell whether that's

19     a potentially fatal shot?

20          A.   This is potentially fatal.

21          Q.   Why is that?

22          A.   It involves the left lung, which is a

23     very vascular organ and causes or contributes to

24     approximately 400 milliliters of blood in the chest
```

1      cavity, which is a large amount of blood.

2           Q.    Okay.  Where is the exit?

3           A.    Of the armpit here.

4           Q.    Oh, okay.

5           A.    So it's on the front or more on the side,

6      but you can't see it from the back because it's

7      like over here.  (Indicating.)

8           Q.    Is that this here?

9           A.    Yes.

10          Q.    Okay.  So on 1145, it's all the way on

11     the right side?

12          A.    Would you like me to --

13          Q.    On 1145.

14                Do we have that here somewhere?

15          A.    It's somewhere, I'm sure.  There it is.

16                What number was that?

17                MR. KOCHANOWICZ:  10.

18                MS. REICH:  10.

19                THE WITNESS:  Thank you.

20     BY MS. REICH:

21          Q.    Let's move on to No. 11.

22          A.    "On the left side of the back, 22.0

23     inches beneath the top of the head and 5.0 inches

24     to the left of the posterior midline, there is a

1     round gunshot wound of entrance, 0.3 inches in

2     greatest diameter.  There is a circumferential

3     margin of abrasion present about the gunshot wound

4     of entrance, 0.1 inch.  The wound course involves

5     the skin and subcutaneous tissues in the area, the

6     musculature of the left side of the back, the small

7     intestine, large intestine, mesentery, abdominal

8     aorta, and right psoas muscle.  A deformed

9     copper-jacketed bullet is recovered from the right

10    psoas muscle in the pelvis, 28.0 inches beneath the

11    top of the head and 5.0 inches to the right of the

12    midline.  The wound course contributes to a

13    hemoperitoneum with approximately 550 mL of fluid

14    and clotted blood in the peritoneal cavity.  The

15    wound course is from back to front, left to right,

16    and downward.  Examination of the skin about the

17    gunshot wound of entrance reveals no evidence of

18    close-range firing."

19         Q.  Is this a potentially fatal shot?

20         A.  Yes.

21         Q.  Why is that?

22         A.  It involves the aorta in the abdomen and

23    the intestines, all of which are very major organs.

24         Q.  For my benefit, the mesentery?

```
 1          A.    That's just a layer of fat that overlies

 2     the intestines.

 3          Q.    Thank you.

 4          A.    Sure.

 5                It's seen on 1179, the entrance.

 6          Q.    Are you able to tell or associate which

 7     bullet --

 8          A.    I believe it's 1143.  It says right abd,

 9     a-b-d, which is right abdomen, or right abdo,

10     a-b-d-o.

11                MR. KOCHANOWICZ:  Would that be the left

12     side though?

13                THE WITNESS:  It's labeled according to

14     where it's recovered; so if it was found on the

15     right abdomen, we label the bullet right abdomen.

16                MR. KOCHANOWICZ:  Okay.

17     BY MS. REICH:

18          Q.    Okay.  No. 12?

19          A.    "On the right side of the back, 23.0

20     inches beneath the top of the head and 1.0 inch to

21     the right of the posterior midline, there is a

22     round gunshot wound of entrance, 0.3 inches in

23     greatest diameter.  There is a circumferential

24     margin of abrasion present about the gunshot wound
```

1    of entrance, 0.1 inch.  The wound course involves

2    the skin and subcutaneous tissues in the area, the

3    musculature of the right side of the back, the

4    small intestine, large intestine, mesentery, liver,

5    and lateral right ribs.  A deformed copper-jacketed

6    bullet is recovered from the musculature of the

7    right lateral chest, 18.0 inches beneath the top of

8    the head and 5.0 inches to the right of the

9    anterior midline.  The wound course contributes to

10   a hemoperitoneum with approximately 550 mL of fluid

11   and clotted blood in the peritoneal cavity, and to

12   multiple right rib fractures with associated

13   intramuscular hemorrhage.  The wound course is from

14   back to front, left to right and upward.

15   Examination of the skin about the gunshot wound of

16   entrance reveals no evidence of close-range

17   firing."

18        Q.    Okay.  And is this a potentially fatal

19   shot?

20        A.    Yes.

21        Q.    And that's because...

22        A.    Again, it involves the intestines and

23   leads to -- contributes to that bleeding in the

24   abdomen.  It also involves the liver, which is a

1    very vascular organ, meaning it bleeds a lot.

2         Q.    Okay.  Thank you.

3         A.    So this entrance for 12 is seen again on

4    1179, and there's a close-up somewhere.  This is

5    it, 1183.

6         Q.    You're marking that one too, and that one

7    you recovered a bullet as well?

8         A.    Yes.

9         Q.    Can you identify which one that was based

10   on the photographs?

11        A.    1142 is labeled right chest.

12        Q.    Okay.  Thank you.

13                   All right.  No. 13?

14        A.    "On the lower left side of the back,

15   30.0 inches beneath the top of the head and 1.0

16   inch to the left of the posterior midline, there is

17   an ovoid gunshot wound of entrance, 0.3 inches in

18   greatest diameter.  There is a circumferential

19   margin of abrasion present about the gunshot wound

20   of entrance, 0.1 inch.  The wound course involves

21   the skin and subcutaneous tissues in the area, the

22   musculature of the left side of the back, the large

23   intestine, and mesentery.  The wound course exits

24   the body on the lower left side of the abdomen,

1    29.0 inches beneath the top of the head and 3.0

2    inches to the left of the anterior midline, where

3    there is a shored lacerated gunshot wound of exit,

4    0.4 inches in greatest diameter.  There is an

5    eccentric margin of abrasion present about the

6    gunshot wound of exit, 0.4 inches from 10 o'clock

7    to 12 o'clock and 0.2 inches from 2 o'clock to

8    10 o'clock.  The wound course is from back to

9    front, right to left and slightly upward.

10   Examination of the skin about the gunshot wound of

11   entrance reveals no evidence of close-range

12   firing."

13        Q.    Are you able identify those in the

14   photographs?

15        A.    The entrance is seen on 1179.  You know,

16   I'm sorry.  I transposed the 7 entrance and the 13

17   exit, so should I just switch these?

18             MS. RUBENS:  Yes, cross it out with a

19   line.

20             MS. REICH:  If you made an error, cross

21   it out and initial it.

22             THE WITNESS:  Sorry.

23             MR. KOCHANOWICZ:  Which one?

24             THE WITNESS:  It's this one here.

1        (Indicating.)

2     BY MS. REICH:

3        Q.    So No. 7 that you indicated before on --

4        A.    Yeah.

5        Q.    -- photograph 1161?

6        A.    Uh-huh.  Yes, so it's this one instead.

7              MR. KOCHANOWICZ:  Okay.

8              THE WITNESS:  Sorry.

9                   This is 13, right?

10             MS. RUBENS:  Yes.

11    BY MS. REICH:

12       Q.    Yes, we're on 13.

13       A.    Sorry about that.

14       Q.    Okay.  I'm sorry if I asked you this.

15                  Did you say that this was a

16    potentially fatal shot?

17       A.    I don't remember.  Sorry.

18             MS. RUBENS:  I don't think you asked

19    that.

20             THE WITNESS:  This is potentially fatal,

21    yes.

22    BY MS. REICH:

23       Q.    And why is that?

24       A.    This also involves some major organs

1    including the large intestine.

2         Q.   No. 14?

3         A.   14 just indicates a small scratching

4    injury to the right wrist.

5              It says:  "On the anterior right

6    wrist, there is a red abrasion 0.1 inch in greatest

7    diameter."

8         Q.   Do you happen to have a photograph of

9    that?

10        A.   I don't believe that I do.

11        Q.   Okay.

12        A.   It's a pretty nonspecific injury.

13        Q.   And also not fatal?

14        A.   Correct.

15        Q.   No. 15?

16        A.   "On the anterior left hand, 29.5 inches

17   beneath the top of the head, there is a round

18   gunshot wound of entrance, 0.3 inches in greatest

19   diameter.  There is a circumferential margin of

20   abrasion present about the gunshot wound of

21   entrance, 0.1 inch.  The wound course involves the

22   skin and subcutaneous tissues in the area, and the

23   musculature and tendons of the left hand.  The

24   wound course exits the body on the posterior left

```
1        hand, 29.0 inches beneath the top of the head,

2        where there is a lacerated gunshot wound of exit,

3        1.5 inches in greatest diameter.  The wound course

4        is from front to back and slightly upward.

5        Examination of the skin about the gunshot wound of

6        entrance reveals no evidence of close-range

7        firing."

8            Q.   I think we have close-ups of --

9            A.   Yes, somewhere.

10           Q.   -- if I'm not mistaken, 1171 and 1167.

11       Hang on.  There's still these.

12           A.   Yeah.

13           Q.   So can I assume that 1171 is the

14       entrance?

15           A.   Yes.

16           Q.   And 1167 shows the exit --

17           A.   Yes.

18           Q.   -- for No. 15?

19           A.   Yes.

20           Q.   And it's fair for me to assume that's not

21       fatal?

22           A.   Correct.

23           Q.   No. 16.

24                     Oh, sorry.  Have you finished
```

1      marking?

2          A.    Yes.

3          Q.    Okay.

4          A.    "No. 16:  On the posterior left forearm,

5      18.0 inches beneath the top of the head, there is a

6      round gunshot wound of entrance, 0.3 inches in

7      greatest diameter.  There is a circumferential

8      margin of abrasion present about the gunshot wound

9      of entrance, 0.1 inch.  The wound course involves

10     the skin and subcutaneous tissues in the area, the

11     musculature of the left arm, the left humerus and

12     left ulna.  The wound course exits the body on the

13     medial left upper arm, 16.0 inches beneath the top

14     of the head, where there is a shored lacerated

15     gunshot wound of exit, 0.7 inches in greatest

16     diameter.  The wound course contributes to

17     comminuted fractures of the distal left humerus and

18     proximal left ulna.  The wound course is from back

19     to front, slightly rightward, and upward.

20     Examination of the skin about the gunshot wound of

21     entrance reveals no evidence of close-range

22     firing."

23         Q.    And can you tell me what comminuted

24     fractures are?

1          A.    Comminuted fractures means it's more

2     complex than just a straight linear fracture across

3     the bone, so it's multiple -- it's a complex

4     fracture would be the easiest way to describe it.

5          Q.    Is that something you typically see in a

6     gunshot wound?

7          A.    Yes.

8          Q.    Are you able to identify those injuries

9     in any of the photographs?

10          A.    Okay.  So the entrance is 1169, and the

11     exit is 1168.

12          Q.    Actually, you can see both in both photos

13     really, right?

14          A.    Yeah, you can see it at the bottom of

15     1168 and the top of 1169.

16          Q.    Fair for me to assume that that's

17     nonfatal?

18          A.    Correct.

19          Q.    All right.  No. 17.

20               I'm sorry.  Have you finished

21     writing?

22          A.    Yes.

23          Q.    Okay.  Thank you.

24          A.    "No. 17:  In the left axilla, between 8.0

1    and 11.0 inches beneath the top of the head, and

2    between 6.0 and 8.0 inches to the left of the

3    anterior midline, there are multiple red abrasions,

4    ranging from 0.1 to 0.3 inches in greatest

5    diameter.

6         Q.    That means?

7         A.    There's some scratching injuries to the

8    left armpit.

9         Q.    Thank you.

10        A.    They are not fatal.

11        Q.    And No. 18?

12        A.    "No. 18:  On the anterior left thigh,

13   there is a red abrasion 0.3 inches in greatest

14   diameter."

15               This is a scratch on the left thigh

16   that is nonfatal.

17        Q.    In terms of your report and these items

18   identifying evidence of injury, are these

19   conclusions to a reasonable degree of medical

20   certainty?

21        A.    Yes.

22        Q.    The next category is evidence of medical

23   treatment.

24               Why is that there?

1      A.    We always document any medical

2   interventions that have been done that we can

3   notice at autopsy, so if there's EKG leads or tubes

4   in the mouth or nose we just document their

5   presence.

6      Q.    What did you document here?

7      A.    There was an endotracheal tube in the

8   mouth, and there was a decompression needle on the

9   left side of the chest.  This is standard when you

10  go to the ER with a gunshot wound of the chest.

11  They'll put a needle in the chest to try to let air

12  out of the chest cavity if air has gone into it.

13     Q.    You also detailed the x-rays that were

14  done, and we talked briefly about that before, and

15  this category or this portion of your report

16  reviews or identifies the injuries that you

17  observed based on the x-rays that were taken?

18     A.    This does document some injuries to the

19  skeleton itself.  Its main utility is for location

20  of projectiles, so when we take x-rays at the

21  beginning of a case, we note where retained

22  projectiles are on the body.

23     Q.    I assume that's so you know where to

24  look?

```
1              A.    Right.

2              Q.    Okay.  And can you just briefly explain

3       what you found?

4              A.    Sure.  So there were x-rays performed as

5       I mentioned on the head, neck, chest, pelvis,

6       abdomen, upper extremities, hand, and the lower

7       extremities.

8                    No. 1 reads:  "There is evidence of

9       dental restoration."  That just means he's had

10      dental work done.

11                   No. 2 shows that there's an

12      endotracheal tube, as I mentioned previously, in

13      the mouth.  There is a bullet on the upper right

14      side of the back; a bullet on the right side of the

15      chest; a bullet on the right thigh; a bullet over

16      the right side of the pelvis; multiple small bullet

17      fragments across the left arm and hand.  There are

18      multiple fractures or the comminuted fractures of

19      the left humerus and left ulna, which are arm

20      bones, and there are multiple rib fractures.

21             Q.    And, at least, with the next section, you

22      identify the examination that was done after

23      opening the body up --

24             A.    Yes.
```

1        Q.   -- is that fair?

2        A.   Yes.

3        Q.   And the injuries that you observed, those

4   are referenced back in the part we've already

5   discussed?

6        A.   Correct.

7        Q.   Incidentally, did you find any evidence

8   of illness or disease in Mr. Othman?

9        A.   Nothing significant, no.

10       Q.   And apparently you took some sample of

11  some tissue?

12       A.   Yes.

13       Q.   That was for what purpose?

14       A.   For toxicology.

15       Q.   And was toxicology done?

16       A.   Yes, basic tox was performed.

17       Q.   Okay.  And when you say that, what do you

18  mean?

19       A.   So just basic tox is alcohol, cocaine,

20  and opiates.

21       Q.   Was anything found to be in Mr. Othman's

22  system?

23       A.   No.

24       Q.   And it says that a blood card was

1      retained?

2          A.   Yes.

3          Q.   And that's for?

4          A.   That's standard protocol at the ME's

5      Office.  Every autopsy that's performed, a DNA

6      standard is retained in the chart.

7          Q.   All right.  This next section,

8      disposition of evidence, what's that?

9          A.   This just lists the articles that were

10     submitted to the Chicago Police Department as

11     evidence.

12         Q.   And that evidence is taken by somebody

13     from Chicago Police Department?

14         A.   Yes.

15         Q.   Okay.  And within Exhibit 2, is there any

16     document that reflects that?

17         A.   I don't see the CPD receipt here.  I'm

18     not sure if they routinely provide that with the

19     chart or not.

20         Q.   Okay.  And under diagnoses, what were

21     your diagnoses in this case?

22         A.   The first is multiple gunshot wounds, and

23     the second is cerebral edema, which is just

24     nonspecific swelling of the brain.

1     Q.    So on the last page, page 14, you form an

2    opinion as to the cause of Mr. Othman's death?

3     A.    Yes.

4     Q.    What is that?

5     A.    The cause of death of Mr. Othman was

6    multiple gunshot wounds.

7     Q.    All right.  I understand after reviewing

8    your report from the autopsy, you obviously

9    numbered the entries and numbered the exits for us.

10              Does each one indicate a separate

11    bullet?

12     A.    For most of them, yes.  However, there's

13    an injury to the hand.  The gunshot wound to the

14    hand I can't be certain of that; the positioning of

15    hand at the time that bullet went through the hand.

16    I don't know if it was say adjacent to another

17    injury and that the bullet had like perforated

18    through the body and then went into the hand, for

19    example, or if it went through the hand and into

20    the body again.

21     Q.    So there are at least two additional

22    wounds that -- or at least two wounds on

23    Mr. Othman's body that could have been caused by

24    re-entry of bullets?

1      A.   If you're referring to the arm.

2      Q.   To the arm as well?

3      A.   The right arm, yes.

4      Q.   Okay.

5      A.   At least two.  Correct.

6      Q.   So each number doesn't necessarily

7  indicate a separate event?

8      A.   Correct.

9      Q.   Okay.

10     A.   Actually, let me revise that.

11          So the graze wound also.  I don't

12  know if the graze -- the graze could have been from

13  another -- could have been part of one event

14  related to an entrance, so the graze wound I can't

15  separate it.  It could be related to another as

16  well.

17     Q.   Okay.

18     A.   So that would be three injuries total.

19     Q.   Okay.  Thank you.

20          Are you able to say based upon your

21  examination what position Mr. Othman was in at the

22  time of the shooting?

23     A.   Could you be more specific?

24     Q.   Are you able to say what he was doing;

1    whether he was standing, moving?

2         A.    No, not with any certainty.

3         Q.    Are there any of the bullet trajectories

4    that indicate to you that Mr. Othman was in motion

5    at the time of the shooting?

6         A.    I would say as a whole because they are

7    in several different anatomic locations and they

8    are traveling in several different directions:

9    Some from front to back; some from back to front;

10   some from side to side.  That indicates to me

11   movement of the body relative to the weapon.

12        Q.    So if the weapon were stationary?

13        A.    If the weapon were stationary, the

14   body -- it indicates that his body was moving.

15        Q.    Okay.  And can you say in what kind of

16   fashion?

17        A.    I can only say that it moved -- relative

18   to a stationary weapon it is moving in several

19   different angles.  It appears as though it's

20   turning.  He's turning and so you have injuries to

21   the front, injuries to the side, and injuries to

22   the back.  I don't know what direction he's

23   turning, and I don't know what direction is first

24   or last or anything like that, but it does appear

1      that with that assumption the body is moving.

2           Q.    Okay.  Have you encountered -- have you

3      had an autopsy like this where you've had multiple

4      trajectories in multiple directions?

5           A.    Have I had them before?

6           Q.    Yes.

7           A.    I have, yes.

8           Q.    Does that happen often --

9           A.    It's --

10          Q.    -- or is it atypical?

11          A.    It's highly dependent on the

12     circumstances, so most cases don't have this many

13     injuries to them.  So it's hard to say that you

14     would see different directions.  In cases with

15     many, many gunshots it's not atypical to see

16     different positions or different trajectories of

17     the gunshot wounds so...

18          Q.    Are you able to say whether Mr. Othman

19     was shot in the back while lying face-down on the

20     ground?

21          A.    No.

22          Q.    And why is that?

23          A.    I can't comment as to the specific

24     position of a body.  All I can say is relative to

1    the weapon how the body was placed, so I could say

2    that a weapon was pointed towards -- or the bullet

3    traveled towards his back from the weapon that was

4    pointing at his back, but I can't say he was laying

5    on the ground when the weapon was pointing at his

6    back.

7          Q.    And with bullet trajectories, is there --

8    strike that.  Let me rephrase.

9                Can you tell me whether you

10   typically see trajectories that go direct or

11   trajectories that move around within the body?  I

12   mean, is that dependent on circumstances?

13         A.    A wound course in general typically will

14   create a pretty discrete path.  However, if it hits

15   bone or other hard objects in the body, the path

16   can move.  Yes, it can be variable depending on

17   what is in the way of the bullet as it's traveling

18   through the body.

19         Q.    And did you find both those circumstances

20   here?

21         A.    Yes.

22         Q.    Would you expect to see straight

23   trajectories if both the shooter and the target are

24   stationary?

```
1          A.    It would be more likely, yes.

2          Q.    On the last page of your report, page 14,

3    under manner of death, you indicate that it's

4    homicide?

5          A.    Yes.

6          Q.    And is it fair to say that just means

7    death at the hands of another?

8          A.    Yes.

9          Q.    So it doesn't indicate any wrongful

10   conduct?

11         A.    That's correct.

12         Q.    I just want to look at your diagram on

13   1127 and 1128.

14               Is it fair for me to assume that at

15   least on page 1128 that you're going to have some

16   difficulty reading what's on that sheet?

17         A.    Yes.

18         Q.    Do you typically highlight after you --

19         A.    I do especially in a case that's

20   complicated such as this one.

21         Q.    And so is that what these dark marks

22   would indicate?

23         A.    Yes, these are -- my report is basically

24   direct transcription of these notes into the typed
```

1    report, so there wouldn't be any surprises lurking

2    underneath the highlighting.

3        Q.   This information is going to be

4    consistent --

5        A.   Yes.

6        Q.   -- with what's in the full report?

7        A.   Right.

8        Q.   Okay.  And these are the sheets that you

9    write up as you're doing them conducting the

10   autopsy?

11       A.   Yes.

12       Q.   Is there anyone else's handwriting on

13   this or is it all yours?

14       A.   There shouldn't be.  It is all mine.

15   Yes.

16            MS. REICH:  Maybe we can take a quick

17   break?

18                 (Whereupon, a short break was

19                 taken.)

20   BY MS. REICH:

21       Q.   Doctor, I just have a couple of last

22   questions.

23                 Are you able to say with any degree

24   of medical certainty which shot was the fatal shot?

```
 1          A.    No.

 2          Q.    Again, you're not able to tell what order

 3    the shots occurred, right?

 4          A.    Correct.

 5                MS. REICH:  It's all yours.

 6                     E X A M I N A T I O N

 7    BY MR. KOCHANOWICZ:

 8          Q.    All right.  You mentioned that this was a

 9    complicated case.

10                Why is this a complicated case?

11          A.    Just in terms of number of entries and

12    exits.

13          Q.    Is this the most entries and exits you've

14    seen in your experience?

15          A.    No.

16          Q.    Counsel asked something to the effect of

17    would you expect to see straighter trajectories if

18    the shooter and the target were both stationary,

19    and you replied yes.

20                Why is that?

21          A.    Because a stationary weapon shoots a

22    bullet theoretically in a linear path.  If there's

23    no intermediary target or anything getting in the

24    way, it should hit its target straight on.
```

1        Q.   Isn't there a great chance that if it hit

2    a bone or a rib or something and it projects

3    somewhere else as if -- as the target were moving?

4        A.   Well, that's true, but I mean if we're

5    just talking about a straight -- my interpretation

6    of the question was if a weapon is stationary and

7    the target is stationary, will you see a straighter

8    path than if they are not.

9        Q.   Assuming it doesn't hit anything?

10       A.   Correct, and that my answer was yes, it

11   should be straighter than if one was not.

12       Q.   How long does it take a bullet to travel

13   through the entire -- say, you know, if you strike

14   someone in the chest and it doesn't hit anything,

15   how long would it take to travel out of someone's

16   back?

17       MS. REICH:  Objection; form, foundation,

18   compound.

19       THE WITNESS:  I can't give a specific

20   number.

21   BY MR. KOCHANOWICZ:

22       Q.   Would it be relatively instantaneous?

23       A.   Yes.

24       Q.   Can you describe -- I don't want you to

1    restate anything you've already told us, but the

2    process of your autopsy, you walk in at 8:00 in the

3    morning.

4              What has been done at that point and

5    then what do you prepare to do?

6        A.    In general, the case has been entered

7    into the system, so it comes into the intake

8    department at the ME's Office at which point they

9    catalog visible personal effects and clothing.

10             If it's a homicide, they're not

11   going to disturb the body and remove anything that

12   they can't just pick up and catalog.  The body is

13   weighed with clothes on.

14             If it's a case that requires x-rays

15   as in this instance, it will go to radiology for

16   examination before the actual autopsy and then from

17   radiology it either goes into storage for a while

18   in the cooler or it goes directly to autopsy.

19       Q.    And then as you start your examination,

20   the first part of that process is taking

21   photographs?

22       A.    So the first part is documenting what the

23   external -- of the external is documenting the

24   clothes and whatever is with the body and then the

1    photographs start of the injuries and other things

2    that are noted that are pertinent.

3        Q.   Okay.  And then after the photographs of

4    the exterior are taken, then you make the incision

5    and remove the interior organs?

6        A.   Yes.

7        Q.   You mentioned that there were -- you had

8    most likely an assistant.  There was a medical

9    student there most likely?

10       A.   Yes.

11       Q.   You said most likely someone from the

12   IPRA?

13       A.   Yes.

14       Q.   And you mentioned that there were other

15   individuals there.

16            Were there other individuals

17   assisting you or would they come and watch or are

18   they working on their own cases?

19       A.   No, my only -- the only person I allow to

20   touch the body during that case is my tech, so it's

21   me and my tech.  Everyone else is observing.  That

22   is aside from the x-ray tech who has to move the

23   body.

24       Q.   I'll show you FCRL 1145.

1           Are you able to identify whether

2     that's your hand holding that?

3           A.    It most likely is because I'm usually the

4     one holding the tag where I want her to take the

5     photo.

6           Q.    Okay.  You mentioned in terms of the

7     close-range firing to two indications, and one

8     would be gunshot residue on the skin is one

9     indication, correct?

10          A.    Yes.

11          Q.    And the other would be stippling?

12          A.    Yes.

13          Q.    And is that impacted at all if the

14    decedent is wearing clothes at the time?

15          A.    Yes, it is.

16          Q.    So if someone is fully clothed, would you

17    still see evidence of gunpowder on the skin if the

18    gunshot theoretically entered through clothing?

19          A.    You most likely would not, no.

20          Q.    Would you see still stippling on the skin

21    if theoretically the gunshot entered through

22    clothing?

23          A.    It depends on how thick the clothing is.

24          Q.    Is there any way for you to determine,

1    you know, any of the entrance wounds here distance

2    away from a weapon?

3         A.    No.

4         Q.    There's no way for you to determine

5    whether some of these wounds were inflicted when

6    the weapon was closer as opposed to farther?

7         A.    That's correct.

8         Q.    I notice that some of the entrance wounds

9    there's more significant bruising around the --

10   what I would call bruising around the entrance

11   wound.

12              Is there any particular reason for

13   that?

14        A.    I can't give a specific explanation for

15   it.  Sometimes if that part of the body is touching

16   something, it will bruise because, you know, the

17   skin will pouch out as the bullet is traveling

18   through and it will basically -- it will be

19   blunt-force injury to that part of the skin.

20   Sometimes it's just the actual trauma of the bullet

21   entering that causes bleeding into the soft tissues

22   around the entrance.

23        Q.    Back to close-range firing.

24              Assuming someone is shot at within

1    two feet of the weapon, is there -- would there be

2    more damage or less damage as opposed to a weapon

3    being further away; maybe five feet away, ten feet

4    away?

5              MS. REICH:  Objection to the extent it

6    calls for speculation, foundation, competence.

7              THE WITNESS:  Could you specify what more

8    damage means?

9    BY MR. KOCHANOWICZ:

10        Q.    Do you see different -- would the

11   entrance wound appear differently if the weapon is

12   closer as opposed to farther?

13        A.    The actual entrance wound most likely

14   would not look much different.  It's what you see

15   around the soot and the stippling that may differ.

16        Q.    Do you have any independent recollection

17   of this autopsy?

18        A.    Not beyond remembering that I did it.

19        Q.    Did you prepare for this deposition

20   today?

21        A.    Yes.

22        Q.    How did you prepare for it?

23        A.    I just reviewed my written report and

24   compared my descriptions with the photographs.

 1        Q.    Did you speak to anyone regarding this

 2    deposition today?

 3        A.    I had met several weeks ago with Gail and

 4    Barrett just to discuss what we discussed today,

 5    the injuries and their locations.

 6        Q.    And what did you guys talk about?

 7        A.    Basically what we talked about today, so

 8    the different locations of the gunshot wounds and

 9    the fact that they had multiple angles and, you

10    know, how that might translate into movement of the

11    body or not.

12        Q.    Okay.  Are you able to determine or did

13    you make any determination based on your

14    examination of Ramiz Othman whether he was, in

15    fact, moving or whether the weapon involved was

16    moving or both?

17        A.    No, I can't state with any certainty who

18    was moving.

19        Q.    Prior to your examination, your autopsy,

20    did you speak with any investigators, either with

21    the police department or the IPRA or anyone?

22        A.    Not that I recall.  I did -- my first

23    indication of this case or my first information on

24    this case was the investigator's report, which is

1     part of the medical records or the records that you

2     have, and that is, to the best of my knowledge, all

3     I really knew about the case before I did it.  I

4     think it's 1129.

5          Q.   And you would have had this prior to

6     conducting your autopsy?

7          A.   Yes.

8          Q.   Did that influence how you conducted this

9     autopsy at all?

10         A.   No, I do all multiple gunshot wounds the

11    same way.

12         Q.   You don't attempt to recreate the scene

13    of this incident or any incident.  Is it my

14    understanding that you're just looking at an

15    entrance wound, and you're looking to find the exit

16    wound?

17         A.   That's correct.

18         Q.   When you say potentially fatal, what do

19    you take into account when you say yes, that

20    particular wound is potentially fatal or that is

21    not potentially fatal?

22         A.   So technically speaking, any gunshot

23    wound can be fatal.  It depends on whether you seek

24    treatment.  You know, a superficial gunshot wound

1    could get infected and kill you even if it doesn't

2    hit any major organ.

3                    But if a bullet goes through an

4    organ like the liver or kidney, that's got a lot of

5    blood vessels in it, and it's going to bleed

6    significantly or if it hits a major blood vessel

7    and rips a hole in it, that to me is more likely

8    going to be fatal than something that just travels

9    through muscle or fat or breaks some ribs, for

10   example.  So unless you seek medical treatment in a

11   timely fashion, those will more likely than not

12   kill you.

13       Q.   What would you -- how would you define a

14   timely fashion?

15       A.   As soon as possible.  I mean, I can't

16   give you exact time, but as soon as possible.

17       Q.   I'm going to ask you to refer to your

18   report again.

19       A.   Okay.

20       Q.   Okay.  You don't have to read it out loud

21   again, but obviously you probably need to refer to

22   it.

23                    In terms of No. 1, this is an

24   assumption I'm going to make for this next series

1    of questions.

2         A.   Okay.

3         Q.   It's my understanding, and I'm going to

4    suggest to you that the time of shooting was around

5    9:19 a.m.

6         A.   Okay.

7         Q.   About 9:50 Ramiz Othman was at the

8    hospital and pronounced dead, so within that half

9    hour, he had been transported by ambulance to the

10   hospital.

11             So making that assumption over this

12   next series of questions, I'm going to ask you with

13   regard to No. 1, you did say that No. 1 -- it's

14   your opinion that that wound would have been

15   potentially fatal.

16             Does that change your opinion at all

17   if he gets to the hospital and is undergoing

18   treatment within a half-hour?

19        A.   No.

20             MS. REICH:  Just for purposes -- I'm

21   going to say it's an incomplete hypothetical, but

22   carry on.

23   BY MR. KOCHANOWICZ:

24        Q.   No, that doesn't change your opinion?

```
 1          A.    Uh-uh.

 2          Q.    Could he have survived that injury?

 3                MS. RUBENS:  I'm sorry.  You've got to

 4    ask her to say no.  She said uh-uh.

 5                THE WITNESS:  No.

 6                MS. RUBENS:  There you go.

 7    BY MR. KOCHANOWICZ:

 8          Q.    Could he have survived that injury?

 9                MS. REICH:  Objection, calls for

10    speculation, foundation.

11                THE WITNESS:  I don't think I can answer

12    that with any degree of certainty.  It's possible

13    he could have.  It's possible he couldn't have.

14    BY MR. KOCHANOWICZ:

15          Q.    Okay.  And to No. 2, then I'm going to

16    ask the same questions.

17          A.    Okay.

18          Q.    So you said that No. 2 was potentially

19    fatal as well?

20          A.    Correct.

21          Q.    I'm going to ask you if he was at the

22    hospital within 30 minutes and seeking treatment,

23    would that change your opinion at all that that was

24    potentially fatal?
```

```
 1              MS. REICH:  Same objection.

 2              THE WITNESS:  No, it doesn't.

 3         BY MR. KOCHANOWICZ:

 4              Q.   Could he have survived that wound or

 5         bullet No. 2?

 6              MS. REICH:  Objection, calls for

 7         speculation.

 8                   You can answer.

 9              THE WITNESS:  I can't answer that

10         question.

11         BY MR. KOCHANOWICZ:

12              Q.   Is your answer the same as previously?

13              A.   Yes.

14              Q.   You don't know.  He could have or could

15         not have?

16              A.   It can go either way.

17              Q.   With regards to No. 3, you said that was

18         not fatal?

19              A.   Correct.

20              Q.   No. 4, you did say that was potentially

21         fatal.

22                   Does the answer change at all

23         knowing he was at the hospital within 30 minutes

24         and seeking treatment?
```

```
 1        A.   No.

 2             MS. REICH:  Objection; form, foundation,

 3   calls for speculation.

 4   BY MR. KOCHANOWICZ:

 5        Q.   Could he have survived the injury in item

 6   No. 4?

 7             MS. REICH:  Objection, speculation.

 8             THE WITNESS:  He could have or couldn't

 9   have.  I can't say for sure.

10   BY MR. KOCHANOWICZ:

11        Q.   No. 5, you said that was not fatal, not

12   potentially fatal.  No. 6, you said that was not

13   potentially fatal.

14        A.   Correct.

15        Q.   No. 7, you said that could be potentially

16   fatal.

17        A.   Correct.

18        Q.   So I'm going to ask you if he was at the

19   hospital within 30 minutes of that injury seeking

20   treatment, does that change your opinion or your

21   answer at all?

22        A.   No.

23             MS. REICH:  Same objection.

24
```

1    BY MR. KOCHANOWICZ:

2         Q.   Could he have survived that?

3              MS. REICH:  Same objection.

4              THE WITNESS:  It's possible he could

5    have, but he also could have died from it.

6    BY MR. KOCHANOWICZ:

7         Q.   Okay.  The injuries, the gunshot wounds

8    indicated in item Nos. 1 through 18 together, could

9    Ramiz Othman have survived those gunshot wounds

10   together?

11             MS. REICH:  Objection to the extent it's

12   asked and answered, foundation, form, calls for

13   speculation.

14             THE WITNESS:  It's possible.  He could

15   have, but you mean these alone by themselves?

16   BY MR. KOCHANOWICZ:

17        Q.   Correct, without anything else?

18        A.   It's possible.

19        Q.   No. 8, with respect to item No. 8, you

20   did say that was potentially fatal.

21                  If we assume that he was at the

22   hospital seeking treatment within 30 minutes, would

23   your answer change?

24        A.   No.

```
 1                    MS. REICH:  Same objection.

 2      BY MR. KOCHANOWICZ:

 3           Q.    Is it possible he could have survived the

 4      injuries indicated in No. 8?

 5                    MS. REICH:  Same objection.

 6                    THE WITNESS:  Theoretically, yes.

 7      BY MR. KOCHANOWICZ:

 8           Q.    Okay.  No. 9.  I don't remember if you

 9      said No. 9 -- I didn't write down whether you

10      indicated that was potentially fatal or not.

11           A.    This I don't believe is potentially

12      fatal.  It involves the muscle of the back.

13           Q.    We'll skip that one then.

14                    No. 10, you did say that was

15      potentially fatal.

16                    Assuming he was at the hospital

17      seeking treatment within 30 minutes, would that

18      change your answer at all?

19           A.    No.

20                    MS. REICH:  It's an incomplete

21      hypothetical.

22      BY MR. KOCHANOWICZ:

23           Q.    Could Ramiz Othman have survived the

24      injuries as indicated in No. 10?
```

```
1                    MS. REICH:  Objection, speculation.

2                    THE WITNESS:  In theory, yes, it's

3      possible.

4      BY MR. KOCHANOWICZ:

5           Q.   No. 11, you did say that was potentially

6      fatal.

7           A.   Correct.  Yes.

8           Q.   Assuming he was at the hospital within 30

9      minutes seeking treatment, does that change your

10     answer at all?

11                   MS. REICH:  Same objection.

12                   THE WITNESS:  No, it does not.

13     BY MR. KOCHANOWICZ:

14          Q.   Could he have survived the injury

15     indicated in No. 11?

16                   MS. REICH:  Same objection.

17                   THE WITNESS:  Yes, it's possible.

18     BY MR. KOCHANOWICZ:

19          Q.   No. 12, you indicated that was

20     potentially fatal.

21                     Assuming that he was at the hospital

22     within 30 minutes seeking treatment, does that

23     change your answer at all?

24                   MS. REICH:  Same objection.
```

1          THE WITNESS:  No, it does not.

2   BY MR. KOCHANOWICZ:

3          Q.   Could he have survived the injuries in

4   No. 12?

5          MS. REICH:  Same objection.

6          THE WITNESS:  It is possible, yes.

7   BY MR. KOCHANOWICZ:

8          Q.   No. 13, you indicated that was

9   potentially fatal.

10         Assuming he was at the hospital

11  seeking treatment, does that change your answer at

12  all?

13         A.   No.

14         MS. REICH:  Same objection.

15  BY MR. KOCHANOWICZ:

16         Q.   Is it possible that he could have

17  survived the injury indicated in No. 13?

18         MS. REICH:  Same objection.

19         THE WITNESS:  Theoretically, yes.

20  BY MR. KOCHANOWICZ:

21         Q.   I'm going to suggest to you that the

22  injuries indicated in 8, 9, 10, 11, 12, and 13, I

23  believe those are all wounds that entered through

24  the back and either exited through the front of the

1    body somewhere, but the primary entrance one is in

2    the back.

3              Would you agree with that?

4    A.    Yes.

5    Q.    The injuries indicated in items Nos. 8

6    through 13, would those have contributed to

7    Mr. Othman's death?

8              MS. REICH:  Objection; form, foundation,

9    speculation.

10             THE WITNESS:  Yes, they did contribute to

11   his death.

12   BY MR. KOCHANOWICZ:

13   Q.    From the time of his -- do you know the

14   procedure at the hospital when he's pronounced dead

15   what happens to his body at that point?

16   A.    No, I don't.

17   Q.    From the time he's pronounced dead until

18   the next day when you begin his autopsy, does he

19   still bleed internally?

20   A.    To a degree.

21   Q.    Are you able to tell and were you able to

22   tell in examining the wounds to Mr. Othman whether

23   they were -- incurred by Mr. Othman within a

24   relatively short period of time?  What I'm asking

1      is, I guess, could some wounds have been incurred

2      30 minutes or later than others?

3              MS. REICH:  Objection to the extent it

4      calls for speculation.

5              THE WITNESS:  I can say they all occurred

6      about the same time.  30 minutes is a really short

7      window.  I wouldn't be able to tell by looking at

8      an injury if it happened at 12:00 or 12:30, for

9      example, but they're all fresh and happened at the

10     same time.

11     BY MR. KOCHANOWICZ:

12             Q.   And maybe I understand that part of the

13     question, but my follow-up question is then -- and

14     you might have just answered it, but I

15     misunderstood that part, was when are you able to

16     tell whether bullet wounds have been incurred at

17     separate times?  How many -- how much time passes?

18             MS. REICH:  Objection, form.

19             THE WITNESS:  I can't give you a specific

20     time frame.  It just depends on how fast someone

21     starts to heal.

22                  Different people heal at different

23     rates, so once your injury starts to begin that

24     process of scabbing and crusting over and healing

1    itself, at that point I can visually look at it and

2    say okay, this one is crusting over.  It's starting

3    to heal.  This one is not.

4              These are two different points, but

5    each person is different, so I can't look at him

6    and say this would happen at this rate.

7    BY MR. KOCHANOWICZ:

8        Q.   To me, that sounds like a long period of

9    time.

10             Does scabbing, that healing process

11   start to occur before 24 hours?

12       A.   I can't say for sure.

13       Q.   Do you know how many total shots were

14   fired at Mr. Othman?

15       A.   No.

16             MS. REICH:  Objection, speculation.

17   BY MR. KOCHANOWICZ:

18       Q.   In terms of the x-rays that were taken,

19   it indicates that there were minute bullet

20   fragments?

21       A.   Yes.

22       Q.   Is it possible for a bullet to completely

23   disintegrate when hitting a bone or a rib or

24   something like that?

1        A.    Yes.

2        Q.    When it refers to minute bullet

3    fragments, is it possible that a bullet completely

4    disintegrated inside Mr. Othman?

5        A.    Yes, this particular injury caused the

6    fractures of the bones in the left arm, so that

7    amount of force can cause a bullet to shatter.

8        Q.    Okay.  It's also possible that part of

9    the bullet -- the minute fragments remained in his

10   arm, and the rest of the bullet exited his arm,

11   correct?

12       A.    Yes, that's also possible.

13       Q.    Was it your finding that Mr. Othman's

14   multiple rib fractures were caused by the bullets?

15       A.    Yes, several different gunshot wounds

16   contributed to rib fractures.

17       Q.    That were no other causes of the rib

18   fractures?

19            MS. REICH:  Object to foundation.

20            THE WITNESS:  No.

21   BY MR. KOCHANOWICZ:

22       Q.    What would cause cerebral edema?

23       A.    This is a nonspecific postmortem finding,

24   so it's caused by lack of oxygen to the brain; so

1       as a person is dying, the brain swells because they

2       are oxygen-deprived.

3               Q.   The information that we talked about

4       previously in the investigator's report on page --

5       or FCRL 1129 --

6               A.   Okay.

7               Q.   -- it says telephone investigation.

8                    Was that something your office

9       enters?  Can you describe to me if you know what

10      that means?

11              A.   Yes.

12                   MS. REICH:  Objection, foundation.

13                   THE WITNESS:  Yes, so at the ME's Office

14      here in Cook County, if there is a traumatic death

15      that's seen in emergency room or a hospital, they

16      have to call the Medical Examiner's Office to

17      report it.  This is basically information that's

18      obtained by talking to the nurse who reported the

19      death over the phone, which is why it indicates

20      telephone investigation.

21      BY MR. KOCHANOWICZ:

22              Q.   So this is the detective, and it

23      mentioned in the report Detective Stanek.

24      Detective Stanek is talking to a nurse in the ME's

1    Office?

2              MS. REICH:  Objection, speculation.

3              THE WITNESS:  No, the nurse is in the --

4    at Christ.  She calls to report the death, but if

5    you look up at the top, there's a category listed

6    on the left, person or persons interviewed.  This

7    just -- this lists the different individuals that

8    the ME investigator spoke with to complete this

9    report.

10             MR. KOCHANOWICZ:  Okay.

11             THE WITNESS:  So they spoke with two

12   different people.

13   BY MR. KOCHANOWICZ:

14        Q.   And who is the -- is the ME investigator

15   indicated on this form somewhere?

16        A.   The signature is at the bottom, No. 68,

17   and I'm trying to see if he wrote out his name.  I

18   don't know if his name is printed on here anyway,

19   but it's ME Investigator 68, and I don't recall

20   whose signature that is.

21        Q.   So they would have -- this summary here

22   would have been obtained from the nurse?

23        A.   Part of it, yes.

24        Q.   Part of it, and possibly part of it from

1    Detective Stanek?

2              MS. REICH:  Objection; speculation,

3    foundation.

4              THE WITNESS:  The first sentence really

5    is all the nurse contributed; this person died.

6              MR. KOCHANOWICZ:  Okay.

7              THE WITNESS:  So the rest of it, as I

8    read this report, my interpretation is that the

9    detective related the rest of the information.

10   BY MR. KOCHANOWICZ:

11        Q.   Are you able to rule out whether

12   Ramiz Othman was moving toward or away -- are you

13   able to determine whether Ramiz Othman was moving

14   toward or away from the gunman in this instance?

15             MS. REICH:  Objection; form, foundation,

16   speculation.

17             THE WITNESS:  No, I can't determine that.

18             MS. REICH:  Competence.

19   BY MR. KOCHANOWICZ:

20        Q.   Are you able to determine whether

21   Ramiz Othman was trying to protect himself while he

22   was being shot?

23             MS. REICH:  Same objections.

24             THE WITNESS:  I can't determine that.

1    BY MR. KOCHANOWICZ:

2        Q.   You indicated previously when we were

3    talking about bullets passing through part of the

4    body, you moved your left hand in front of your

5    body this way.  (Indicating.)

6        A.   Yes.

7        Q.   When, in fact, the bullet entered his

8    palm, it's my understanding.

9        A.   Yes.

10       Q.   Would that be correct?

11       A.   (Nodding of the head.)

12       Q.   Would that possibly be an indication that

13   he was trying to protect himself if the bullet

14   enters through his palm?

15       A.   It's possible.

16            MS. REICH:  Objection; form, foundation.

17            THE WITNESS:  It's possible, but all I

18   can really say is that it entered the front of his

19   hand.

20   BY MR. KOCHANOWICZ:

21       Q.   You didn't have any other clinical

22   information or medical records for Ramiz Othman

23   when you did this autopsy, did you?

24       A.   Not to my knowledge, no.

1          Q.    Okay.  Any other documentation that is

2      not here in the report that was available to you

3      that you referred to in terms of conducting this

4      autopsy?

5          A.    No, not that I recall.

6              MR. KOCHANOWICZ:  I'm going to show you

7      what I will mark -- could you mark that Group

8      Exhibit 4?

9                    (WHEREUPON, PHOTOGRAPHS WERE MARKED

10                   DR. McELLIGOTT DEPOSITION GROUP

11                   EXHIBIT NO. 4 FOR IDENTIFICATION AS

12                   OF 6/5/13.)

13     BY MR. KOCHANOWICZ:

14         Q.    I'm going to show you what's been marked

15     as Group Exhibit 4.

16         A.    Okay.

17         Q.    I'm going to suggest to you that this is

18     the location where Ramiz Othman was lying when he

19     was treated or taken to the hospital by the

20     appropriate EMT's.

21         A.    Okay.

22         Q.    And I'll ask you have you ever in your

23     experience reviewed crime scene photographs?

24         A.    Yes.

1      Q.   Considering the number of gunshot wounds

2  that Ramiz Othman sustained, does the amount of

3  blood here that is on the floor indicate anything

4  at all to you?

5           MS. REICH:  Objection; form, foundation,

6  speculation, competence.

7           THE WITNESS:  Could you be more specific?

8  BY MR. KOCHANOWICZ:

9      Q.   Would you suspect that there would have

10  been more or less blood on the floor here

11  considering the number of wounds that Ramiz Othman

12  sustained?

13          MS. REICH:  Objection, speculation.

14          THE WITNESS:  No, I don't draw any

15  conclusions from the amount of blood relative to

16  the number of injuries.

17  BY MR. KOCHANOWICZ:

18      Q.   Considering Ramiz Othman sustained at

19  least 14 wounds, would you expect that he would

20  bleed externally a substantial amount?

21          MS. REICH:  Objection to the form of the

22  question, mischaracterizes previous testimony.

23          MS. RUBENS:  Assumes facts not in

24  evidence.

```
 1              MS. REICH:  And vague.
 2              THE WITNESS:  I expect generally that
 3    someone who has been shot multiple times will
 4    bleed, but I can't say how much or how little
 5    they're going to bleed.
 6    BY MR. KOCHANOWICZ:
 7         Q.   Some people bleed more than others or
 8    does it --
 9         A.   Some bleed more than others.  It's true.
10    They do.
11         Q.   Does it depend on the location of the
12    wounds as well?
13         A.   If they're wearing clothes, the clothes
14    could get saturated by blood and not leave as much
15    on the ground so...
16         Q.   With respect to your report, evidence of
17    injury No. 1 --
18         A.   Okay.
19         Q.   -- previously marked FCRL 1145 --
20         A.   Yes.
21         Q.   -- this is the one I marked, but you
22    indicated that there was a downward -- the entrance
23    wound was by Ramiz Othman's left side of his neck,
24    and the exit wound was right by the chest.  You
```

1    indicated that was a downward trajectory of back to

2    front.

3              Do you make any effort or is it your

4    job to determine how Ramiz Othman was positioned,

5    how his body was located at the time he was shot?

6         A.   No, all I determine is what the entrance

7    wound is and what the exit wound is.

8         Q.   Okay.  So, for example, you don't make an

9    effort to indicate whether he was bending over or

10   whether someone was standing above him and shot

11   down?

12        A.   It would be poor practice to do that.  I

13   have no way of knowing that at the time of autopsy.

14             MR. KOCHANOWICZ:  All right.  I don't

15   have anything else.

16             MS. REICH:  Just a few follow-ups.

17          F U R T H E R   E X A M I N A T I O N

18   BY MS. REICH:

19        Q.   Counsel asked you about the procedures

20   that occur at the ME's Office prior to your

21   conducting the autopsy.

22        A.   Yes.

23        Q.   And one of the things that you indicated

24   is that personal effects are cataloged, and

1    clothing is cataloged, and they intake all those

2    items?

3         A.   Yes.

4         Q.   So I'm going to ask you is that

5    reflected?  Are the things that were cataloged and

6    that accompanied Mr. Othman identified in FCRL 1131

7    and 1135?

8         A.   Yes.

9         Q.   Those are the documents that are kept in

10   the ordinary course of business where those things

11   are reported?

12        A.   Yes.  Correct.

13        Q.   And that's somebody else that does that,

14   right, not you?

15        A.   Right.

16        Q.   And is it fair to say that at least

17   with -- are these things that you review prior to

18   the autopsy?

19        A.   Yes.

20        Q.   Okay.

21        A.   I should have them prior to autopsy.

22        Q.   Okay.  And just for the sake of

23   identifying it, No. 1131, correct me if I'm wrong,

24   indicates that there was a white cell phone, a key

1      chain with a key on it, a metal chain, a metal

2      medallion.  I can't read that word.

3          A.  I think it says white metal chain.

4          Q.  White?

5          A.  Yeah, white metal chain, white metal

6      medallion.

7          Q.  Okay.  Two $100 dollar bills.  I think

8      that says four $20 bills and three single dollar

9      bills; is that fair?

10         A.  Yes, that's what I see.

11         Q.  And were those items with the body when

12     you --

13         A.  No, the personal effects, especially

14     valuables, are placed in a safe.

15         Q.  By someone at the ME's Office?

16         A.  Right, by the intake attendant.

17         Q.  Oh, okay.

18         A.  Whoever filled out this form.

19         Q.  And turning to 1135, this is the clothing

20     that accompanied Mr. Othman?

21         A.  That's correct.  This is actually the --

22     kind of an after-the-fact inventory, so this again

23     goes through intake, but this is the clothing that

24     is -- has already been examined and documented

1      so...

2            Q.    And turning to Group Exhibit 3, the

3      photographs --

4            A.    Yes.

5            Q.    -- the clothing that's described in FCRL

6      1135 on that clothing inventory sheet --

7            A.    Yes.

8            Q.    -- is it fair to say that in FCRL 1172,

9      73, 74, 75, 76, and 77 are, in fact, that clothing?

10           A.    Yes.

11           Q.    Okay.  And looking at FCRL 1157, was that

12     Mr. Othman's shirt that accompanied him?

13           A.    Yes, it's one of them.  I can't tell if

14     it's the T-shirt or the sleeveless shirt though.

15           Q.    I'm sorry.  There were two?

16           A.    Yeah, so that's the sleeveless shirt

17     there.  I believe that photo you were just showing

18     me was the short-sleeved shirt.  Yes.

19           Q.    So there was a sleeveless shirt like a

20     tank top?

21           A.    Right.

22           Q.    And then another shirt as well?

23           A.    Right.

24           Q.    Okay.  So 1175 is a T-shirt, and 1173 is

1    a --

2          A.   Sleeveless shirt.

3          Q.   -- sleeveless shirt?  Okay.

4               Is it fair to say they're both

5    blood-soaked?

6          A.   Yes.

7          Q.   You did some examination of the clothing,

8    right?

9          A.   Yes.

10         Q.   Did you find any gunshot residue on the

11   clothing?

12         A.   Not that I recall.  I would have noted it

13   if I had found something significant on the

14   clothing, but I am not a clothing examination

15   expert by any means.

16         Q.   You do indicate though in the first

17   paragraph of your external examination that the

18   clothing contained gunshot defects?

19         A.   That's correct.

20         Q.   So that was observable to you?

21         A.   Yes.

22         Q.   Oh, so is the black belt.  That also had

23   a gunshot defect?

24         A.   Correct.

1    Q.   Okay.  Counsel was asking you about the

2    wounds that were potentially fatal, both front and

3    back, right?

4    A.   Yes.

5    Q.   Just a few minutes ago, do you remember

6    that?

7    A.   Yes.

8    Q.   Is it possible that Mr. Othman could have

9    been mortally or fatally wounded as a result of a

10   shot to the front before any bullet entered his

11   back?

12   A.   Yes, it's possible.

13   Q.   Your report also indicates in several

14   places, and correct me if I'm wrong, that there was

15   internal bleeding?

16   A.   Correct.

17   Q.   Is that something that's unusual with

18   gunshot wounds?

19   A.   No.

20        MS. REICH:  Okay.  I have nothing

21   further.

22        F U R T H E R   E X A M I N A T I O N

23   BY MR. KOCHANOWICZ:

24   Q.   Do you have any knowledge of whether or

1       not Mr. Othman was alive when he was removed from

2       the residence, the location of this shooting?

3            A.   I assume he had vitals because he was --

4       again, he was intubated, and they attempted some

5       lifesaving measures, but I don't know for certain.

6            Q.   Do you have any opinion whether any of

7       the gunshot wounds, any one or several of the

8       gunshot wounds, were more fatal or potentially

9       fatal or less potentially fatal than others?

10             MS. REICH:  Objection to the form of the

11       question.

12              MS. RUBENS:  Asked and answered.

13             MS. REICH:  And to the extent it's asked

14       and answered.

15             THE WITNESS:  Aside from what we've gone

16       through, the -- there were some that were by

17       themselves less fatal than others, and there were

18       some that by themselves are potentially fatal.

19       BY MR. KOCHANOWICZ:

20            Q.   In terms of the determining the cause of

21       death, the multiple gunshot wounds, are you

22       considering everything that we've talked about in

23       terms of being potentially fatal or are you

24       determining all those wounds or injuries in terms

1     of determining that cause of death?

2         A.   As a collective whole, as a group, they

3     are all fatal together.

4         Q.   Okay.

5         A.   Which is why we say multiple gunshot

6     wounds because we can't pick one over another.

7         Q.   There was no, for example, collection of

8     blood in the lungs or one particular wound or

9     specific injury where you said hey, that one was

10    definitely more serious than others?

11        MS. REICH:  Objection to form.

12        MS. RUBENS:  And I'll say outside of what

13    she's already testified to.

14        THE WITNESS:  In the wording, are you

15    referring to why I word the cause of death the way

16    I word it?  I guess I'm just confused by the

17    question.

18    BY MR. KOCHANOWICZ:

19        Q.   Yes.

20        A.   No, I don't select one in terms of

21    potential fatality over another.

22        Q.   Okay.

23        A.   So just because they are more than -- is

24    more than one gunshot wound, it goes out as

1    multiple gunshot wounds with all of them

2    contributing to death.

3              MR. KOCHANOWICZ:  Okay.  I have nothing

4    else.

5              MS. REICH:  Okay.  At this point, you've

6    given depositions before, so would you care to

7    reserve signature or waive signature?

8              THE WITNESS:  I'll reserve it.

9

                    (AND FURTHER DEPONENT SAITH NOT)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1        I hereby certify that I have read the

2   foregoing transcript of my deposition given at the

3   time and place aforesaid, consisting of pages 1

4   through 123, inclusive, and I do again subscribe

5   and make oath that the same is a true, correct and

6   complete transcript of my deposition given as

7   aforesaid, with corrections, if any, appearing on

8   the attached correction sheet(s).

9

10        _____ Correction sheet(s) attached.

11

12

13

14        _____
          HILARY STRAWN McELLIGOTT, MD

15

16

17

18

19
    Subscribed and sworn to
20
    before me this _____ day of
21
    _____, A.D. 2013.
22

23
        _____
24          Notary Public

1  STATE OF ILLINOIS)
         ) SS.
2  COUNTY OF C O O K)

3      I, Renee M. LaPorta, a Certified

4  Shorthand Reporter in and for the County of Cook

5  and State of Illinois, do hereby certify that on

6  the 5th day of June, 2013, I was present at

7  30 North LaSalle Street, Suite 900, Chicago,

8  Illinois, at the taking of the deposition of

9  HILARY STRAWN McELLIGOTT, MD, produced as a witness

10  for discovery examination in said cause.

11      I further certify that the said witness,

12  HILARY STRAWN McELLIGOTT, MD, was by me first duly

13  sworn to testify the truth, the whole truth and

14  nothing but the truth in the cause aforesaid before

15  the taking of the deposition; that the testimony

16  was reduced to writing in the presence of said

17  witness by means of machine shorthand, and

18  afterwards said stenographic notes were reduced to

19  typewriting.

20      I further certify that there were

21  present at the taking of the deposition

22  MR. CHRISTOPHER S. KOCHANOWICZ, on behalf

23  of the Plaintiffs; MS. GAIL REICH, on behalf

24  of the Defendant, City of Chicago; and

1    MS. BARRETT E. RUBENS, on behalf of the Defendant,

2    Aaron Carranza.

3              I further certify that I am in no way

4    related to any of the parties to this suit, nor am

5    I in any way interested in the outcome thereof.

6              I further certify that this certificate

7    annexed hereto applies to the original and

8    typewritten copies only, signed and certified

9    transcripts only.  I assume no responsibility for

10   the accuracy of any reproduced copies not made

11   under my control or direction.

12             In testimony whereof, I have hereunto set

13   my hand and affixed my signature this 18th day of

14   June, 2015.

15

16

17                    RENEE M. LaPORTA
                 _____
18                    CSR No. 084-004328
                  My Commission expires 5/31/15
19

20

21

22

23

24

## $

**$100** [1] - 117:7
**$20** [1] - 117:8

## '

**'05** [1] - 12:8
**'09** [1] - 8:18

## 0

**0.1** [16] - 42:16, 45:12, 48:5, 51:7, 53:23, 56:2, 56:15, 57:24, 61:14, 64:4, 66:1, 67:20, 70:6, 70:21, 72:9, 74:4
**0.2** [5] - 30:18, 53:22, 58:15, 62:4, 68:7
**0.3** [16] - 30:18, 51:5, 53:19, 56:13, 57:21, 58:1, 58:8, 58:17, 61:11, 64:1, 65:22, 67:17, 70:18, 72:6, 74:4, 74:13
**0.4** [8] - 30:15, 42:13, 45:9, 48:3, 55:23, 56:10, 68:4, 68:6
**0.5** [1] - 56:9
**0.6** [2] - 31:3, 51:15
**0.7** [3] - 52:13, 58:13, 72:15
**0.8** [3] - 45:19, 56:14, 62:2
**084-004328** [1] - 126:18

## 1

**1** [23] - 3:11, 4:3, 7:5, 25:4, 29:7, 30:6, 32:10, 33:8, 33:22, 34:21, 34:22, 35:14, 36:15, 37:20, 46:4, 76:8, 95:23, 96:13, 100:8, 114:17, 124:3
**1.0** [4] - 42:23, 57:19, 65:20, 67:15
**1.5** [1] - 71:3
**10** [9] - 24:10, 61:7, 63:17, 63:18, 68:6, 68:8, 101:14, 101:24, 103:22
**10.0** [1] - 55:21
**100** [1] - 13:20
**10:16** [1] - 1:22

**11** [7] - 1:9, 4:21, 30:18, 63:21, 102:5, 102:15, 103:22
**11.0** [1] - 74:1
**11/17/10** [1] - 21:15
**1112** [3] - 15:18, 16:11, 20:5
**1114** [1] - 44:1
**112** [1] - 3:14
**1121** [1] - 24:11
**1125** [2] - 16:11, 21:12
**1126** [1] - 20:6
**1127** [4] - 16:13, 20:2, 21:1, 84:13
**1128** [5] - 16:13, 20:2, 21:2, 84:13, 84:15
**1129** [2] - 94:4, 108:5
**1131** [2] - 116:6, 116:23
**1135** [3] - 116:7, 117:19, 118:6
**1136** [2] - 15:18, 16:18
**1137** [1] - 18:2
**1138** [1] - 57:6
**1141** [1] - 55:15
**1142** [1] - 67:11
**1143** [1] - 65:8
**1145** [12] - 32:20, 32:24, 37:10, 43:19, 45:24, 49:17, 51:21, 57:6, 63:10, 63:13, 89:24, 114:19
**1146** [1] - 52:21
**1149** [2] - 33:2, 35:24
**115** [1] - 3:8
**1157** [3] - 32:22, 35:13, 118:11
**1158** [1] - 62:13
**1161** [4] - 52:23, 52:24, 54:18, 69:5
**1164** [1] - 60:2
**1165** [1] - 29:8
**1166** [1] - 28:24
**1167** [2] - 71:10, 71:16
**1168** [2] - 73:11, 73:15
**1169** [2] - 73:10, 73:15
**1170** [1] - 62:14
**1171** [2] - 71:10, 71:13
**1172** [2] - 26:15, 118:8
**1173** [2] - 26:15, 118:24
**1174** [1] - 26:15

**1175** [2] - 26:15, 118:24
**1178** [3] - 28:20, 57:5, 61:3
**1179** [7] - 49:11, 49:19, 59:19, 62:12, 65:5, 67:4, 68:15
**1182** [1] - 28:8
**1183** [2] - 59:21, 62:12, 67:5
**1184** [1] - 18:2
**12** [14] - 38:13, 40:18, 45:12, 53:22, 53:23, 56:13, 56:15, 58:16, 65:18, 67:3, 68:7, 102:19, 103:4, 103:22
**12.5** [1] - 30:24
**120** [1] - 3:9
**123** [1] - 124:4
**12:00** [1] - 105:8
**12:30** [1] - 105:8
**13** [8] - 67:13, 68:16, 69:9, 69:12, 103:8, 103:17, 103:22, 104:6
**13.0** [1] - 42:22
**14** [6] - 16:10, 70:2, 70:3, 79:1, 84:2, 113:19
**15** [3] - 3:12, 70:15, 71:18
**15.0** [1] - 61:23
**15.5** [1] - 56:8
**150** [1] - 13:20
**16** [2] - 71:23, 72:4
**16.0** [3] - 58:5, 58:10, 72:13
**167** [1] - 26:19
**17** [3] - 3:13, 73:19, 73:24
**18** [3] - 74:11, 74:12, 100:8
**18.0** [3] - 51:12, 66:7, 72:5
**19.0** [2] - 45:7, 45:16
**1A** [1] - 33:11
**1B** [1] - 33:11

## 2

**2** [23] - 3:12, 15:19, 15:22, 16:2, 27:19, 28:24, 30:18, 38:18, 42:6, 42:8, 42:10, 43:13, 43:21, 43:24, 56:13, 56:14, 68:7, 76:11, 78:19, 97:15, 97:18, 98:5
**2.0** [1] - 61:9

**2.5** [1] - 30:13
**2.8** [1] - 51:3
**20** [1] - 25:9
**20.0** [1] - 57:18
**200** [1] - 2:3
**2001** [1] - 7:13
**20012** [1] - 2:3
**2005** [1] - 7:15
**2009** [1] - 7:20
**2010** [6] - 6:9, 8:18, 18:22, 22:5, 25:5, 25:9
**2012** [1] - 8:23
**2013** [5] - 1:21, 10:3, 124:21, 125:6, 126:14
**21** [2] - 6:9, 25:5
**21.0** [1] - 48:16
**22.0** [3] - 42:11, 61:8, 63:22
**22nd** [1] - 126:13
**23.0** [1] - 65:19
**24** [1] - 106:11
**24.0** [1] - 51:2
**27.0** [2] - 52:10, 53:17
**27.5** [1] - 47:24
**28** [1] - 26:21
**28.0** [1] - 64:10
**29.0** [2] - 68:1, 71:1
**29.5** [1] - 70:16

## 3

**3** [20] - 3:13, 17:7, 17:15, 22:3, 28:10, 32:12, 45:3, 45:6, 46:1, 46:8, 46:20, 47:3, 47:4, 47:20, 52:5, 56:14, 56:15, 57:24, 98:17, 118:2
**3.0** [1] - 68:1
**3.2** [1] - 52:11
**3.5** [1] - 31:1
**30** [13] - 1:20, 2:8, 2:14, 97:22, 98:23, 99:19, 100:22, 101:17, 102:8, 102:22, 105:2, 105:6, 125:7
**30.0** [1] - 67:15
**31.0** [1] - 54:6
**312** [2] - 2:10, 2:16
**351** [2] - 18:19, 18:20

## 4

**4** [12] - 3:11, 3:14, 38:18, 39:12, 47:21,

**47:23, 49:21, 98:20, 99:6, 112:8, 112:11, 112:15
**4.0** [1] - 45:17
**400** [4] - 43:3, 56:17, 61:19, 62:24
**45** [1] - 52:19
**478-6900** [1] - 2:4

## 5

**5** [4] - 3:6, 50:24, 51:1, 99:11
**5.0** [4] - 48:17, 63:23, 64:11, 66:8
**5.5** [2] - 42:11, 53:17
**5/31/15** [1] - 126:18
**550** [4] - 48:11, 54:10, 64:13, 66:10
**5777** [2] - 1:9, 4:21
**5th** [2] - 1:21, 125:6

## 6

**6** [5] - 30:19, 52:9, 53:1, 58:16, 99:12
**6.0** [5] - 45:7, 54:7, 58:6, 61:24, 74:2
**6.5** [1] - 48:1
**6/5/13** [4] - 4:4, 15:23, 17:12, 112:12
**60448** [1] - 2:4
**60602** [2] - 2:9, 2:15
**61** [1] - 54:18
**68** [2] - 109:16, 109:19
**6:00** [1] - 40:19

## 7

**7** [6] - 53:15, 53:22, 53:23, 68:16, 69:3, 99:15
**7.0** [1] - 55:22
**708** [1] - 2:4
**73** [1] - 118:9
**74** [1] - 118:9
**742-6404** [1] - 2:16
**744-1975** [1] - 2:10
**75** [1] - 118:9
**76** [2] - 26:15, 118:9
**77** [2] - 26:16, 118:9

## 8

**8** [8] - 55:19, 55:20, 56:24, 100:19, 101:4,

103:22, 104:5
**8.0** [2] - 73:24, 74:2
**8.5** [1] - 51:13
**850** [2] - 9:16, 13:15
**86** [1] - 3:7
**8:00** [1] - 88:2

## 9

**9** [10] - 30:19, 40:6,
40:8, 45:12, 57:17,
57:24, 58:17, 101:8,
101:9, 103:22
**9.0** [1] - 30:12
**900** [4] - 1:20, 2:9,
2:15, 125:7
**99** [1] - 23:21
**9:19** [1] - 96:5
**9:50** [1] - 96:7

## A

**a-b-d-o** [1] - 65:10
**A.D** [1] - 124:21
**a.m** [2] - 1:22, 96:5
**AAFS** [1] - 11:22
**AARON** [1] - 1:11
**Aaron** [3] - 2:17,
4:15, 126:2
**abd** [1] - 65:8
**ABD** [1] - 65:9
**abdo** [1] - 65:9
**abdomen** [19] -
24:13, 31:24, 47:24,
48:8, 50:16, 50:18,
51:1, 51:10, 52:10,
53:16, 54:2, 54:24,
64:22, 65:9, 65:15,
66:24, 67:24, 76:6
**abdominal** [1] - 64:7
**able** [30] - 16:7,
22:15, 29:12, 32:11,
35:2, 36:3, 37:2,
41:17, 55:8, 55:13,
56:24, 59:17, 62:18,
65:6, 68:13, 73:8,
80:20, 80:24, 82:18,
85:23, 86:2, 90:1,
93:12, 104:21, 105:7,
105:15, 110:11,
110:13, 110:20
**abrasion** [24] -
30:17, 35:6, 36:1,
40:15, 40:20, 42:15,
45:11, 48:4, 51:6,
53:21, 56:1, 56:12,
57:23, 58:14, 61:13,
62:3, 64:3, 65:24,
67:19, 68:5, 70:6,

70:20, 72:8, 74:13
**abrasions** [1] - 74:3
**Academy** [1] - 11:21
**accompanied** [3] -
116:6, 117:20, 118:12
**according** [3] - 10:2,
55:15, 65:13
**account** [1] - 94:19
**accuracy** [4] - 20:20,
21:8, 21:21, 126:10
**accurate** [2] - 16:24,
22:3
**actual** [2] - 36:9,
40:13, 88:16, 91:20,
92:13
**addition** [1] - 10:15
**additional** [3] - 10:5,
40:12, 79:21
**Additionally** [1] -
21:11
**address** [1] - 13:5
**adjacent** [2] - 25:24,
79:16
**adjunct** [1] - 10:23
**administrator** [1] -
1:5
**adrenal** [2] - 48:8,
50:4
**affect** [1] - 8:2
**affected** [1] - 36:15
**affixed** [1] - 126:13
**aforesaid** [2] - 124:3,
124:7, 125:14
**after-the-fact** [1] -
117:22
**afterwards** [1] -
125:18
**age** [1] - 26:20
**agency** [1] - 20:18
**ago** [3] - 5:22, 93:3,
120:5
**agree** [1] - 104:3
**ahead** [1] - 24:3
**air** [2] - 75:11, 75:12
**airway** [1] - 41:15
**alcohol** [1] - 77:19
**alive** [1] - 121:1
**allow** [1] - 89:19
**alone** [2] - 23:23,
100:15
**ambulance** [1] - 96:9
**American** [1] - 11:21
**amount** [6] - 20:13,
63:1, 107:7, 113:2,
113:15, 113:20
**Anatomic** [1] - 8:1
**anatomic** [5] - 7:19,
7:23, 8:7, 55:15, 81:7
**AND** [1] - 123:9
**ANDERSON** [1] - 1:6

**angles** [2] - 81:19,
93:9
**annexed** [1] - 126:7
**answer** [13] - 6:4,
87:10, 97:11, 98:8,
98:9, 98:12, 98:22,
99:21, 100:23,
101:18, 102:10,
102:23, 103:11
**answered** [4] -
100:12, 105:14,
121:12, 121:14
**answers** [1] - 40:23
**anterior** [22] - 30:14,
30:22, 31:1, 42:1,
42:12, 42:18, 45:8,
45:18, 48:1, 51:3,
51:14, 52:12, 53:18,
54:8, 56:9, 61:24,
66:9, 68:2, 70:5,
70:16, 74:3, 74:12
**anyway** [1] - 109:18
**aorta** [5] - 56:6,
57:10, 64:8, 64:22
**apparent** [1] - 27:5
**appear** [3] - 18:12,
81:24, 92:11
**appeared** [2] - 28:3,
28:4
**Appeared** [3] - 2:5,
2:11, 2:17
**appearing** [1] - 124:7
**applies** [1] - 126:7
**appointments** [1] -
10:18
**appropriate** [2] -
11:14, 112:20
**approximate** [1] -
9:20
**approximation** [1] -
13:19
**April** [1] - 10:3
**area** [15] - 30:21,
42:17, 45:14, 48:7,
51:9, 54:1, 56:4, 58:3,
59:3, 61:15, 64:5,
66:2, 67:21, 70:22,
72:10
**areas** [1] - 36:8
**arm** [18] - 28:3, 28:4,
58:10, 58:19, 59:5,
60:8, 60:12, 60:18,
72:11, 72:13, 76:17,
76:19, 80:1, 80:2,
80:3, 107:6, 107:10
**armpit** [6] - 59:2,
59:4, 59:5, 60:2, 63:3,
74:8
**articles** [4] - 25:24,
26:2, 26:8, 78:9

**AS** [4] - 4:3, 15:22,
17:11, 112:11
**aside** [2] - 17:21,
89:22
**Aside** [1] - 121:15
**aspirate** [2] - 41:17,
41:19
**aspiration** [1] - 31:4
**assist** [1] - 6:16
**assistant** [2] - 11:6,
89:8
**ASSISTANT** [1] - 2:7
**assisting** [1] - 89:17
**assists** [1] - 22:19
**associate** [1] - 65:6
**associated** [6] -
31:8, 43:2, 48:14,
56:19, 61:21, 66:12
**ASSOCIATES** [1] -
2:2
**Association** [1] -
11:23
**assume** [9] - 53:12,
71:13, 71:20, 73:16,
75:23, 84:14, 100:21,
121:3, 126:9
**Assumes** [1] -
113:23
**assuming** [1] - 21:4
**Assuming** [6] - 87:9,
91:24, 101:16, 102:8,
102:21, 103:10
**assumption** [3] -
82:1, 95:24, 96:11
**attached** [2] - 124:8,
124:10
**attempt** [1] - 94:12
**attempted** [1] - 121:4
**attend** [1] - 23:18
**attendant** [1] -
117:16
**attended** [1] - 7:14
**attending** [2] - 8:23,
9:2
**attends** [1] - 23:11
**Attorney** [2] - 15:5,
15:6
**atypical** [2] - 82:10,
82:15
**August** [5] - 6:9,
18:22, 22:5, 25:5,
25:9
**author** [1] - 16:15
**authored** [4] - 16:8,
16:20, 16:21, 17:1
**authoritative** [2] -
13:2, 14:4
**Authority** [2] - 23:9,
23:18
**autopsies** [7] - 9:4,

9:5, 9:8, 9:10, 9:13,
10:13, 22:21
**autopsy** [31] - 6:8,
19:8, 19:21, 20:11,
22:9, 23:11, 23:18,
24:2, 24:23, 25:23,
31:18, 36:6, 75:3,
78:5, 79:8, 82:3,
85:10, 88:2, 88:16,
88:18, 92:17, 93:19,
94:6, 94:9, 104:18,
111:23, 112:4,
115:13, 115:21,
116:18, 116:21
**available** [1] - 112:2
**axilla** [2] - 58:5,
73:24

## B

**bad** [1] - 11:9
**ballistics** [3] - 13:22,
14:3, 14:6
**barrel** [3] - 38:9,
38:16, 38:19
**BARRETT** [2] - 2:14,
126:1
**Barrett** [2] - 4:14,
93:4
**based** [5] - 20:4,
67:9, 75:17, 80:20,
93:13
**basic** [2] - 77:16,
77:19
**Bates** [2] - 18:1, 20:1
**bears** [1] - 21:12
**because..** [1] - 66:21
**begin** [1] - 104:18,
105:23
**beginning** [3] - 25:2,
50:12, 75:21
**behalf** [8] - 2:5, 2:11,
2:17, 4:14, 15:4,
125:22, 125:23, 126:1
**BEHAN** [1] - 1:12
**belly** [1] - 46:13
**belongs** [1] - 18:18
**below** [4] - 26:24,
29:10, 29:13
**belt** [2] - 26:6,
119:22
**bending** [1] - 115:9
**beneath** [31] - 30:13,
30:24, 42:11, 42:23,
45:7, 45:17, 47:24,
48:16, 51:2, 51:12,
52:11, 53:17, 54:7,
55:21, 56:8, 57:19,
58:5, 58:11, 61:9,

61:23, 63:23, 64:10, 65:20, 66:7, 67:15, 68:1, 70:17, 71:1, 72:5, 72:13, 74:1
**benefit** [1] - 64:24
**best** [1] - 94:2
**better..** [1] - 52:20
**between** [9] - 13:20, 35:3, 36:8, 36:9, 38:18, 46:3, 49:14, 73:24, 74:2
**beyond** [2] - 29:2, 92:18
**Beyond** [1] - 14:1
**bills** [3] - 117:7, 117:8, 117:9
**bit** [1] - 59:13
**bits** [2] - 38:14, 38:23
**black** [5] - 26:5, 26:6, 39:4, 119:22
**bleed** [7] - 95:5, 104:19, 113:20, 114:4, 114:5, 114:7, 114:9
**bleeding** [7] - 41:15, 44:9, 50:17, 54:23, 66:23, 91:21, 120:15
**bleeds** [1] - 67:1
**blood** [23] - 31:4, 41:17, 41:19, 43:4, 48:11, 50:15, 50:16, 54:10, 56:17, 61:19, 62:24, 63:1, 64:14, 66:11, 77:24, 95:5, 95:6, 113:3, 113:10, 113:15, 114:14, 119:5, 122:8
**blood-soaked** [1] - 119:5
**blue** [2] - 26:6, 33:21
**blunt** [1] - 91:19
**blunt-force** [1] - 91:19
**body** [59] - 8:2, 8:5, 22:23, 25:16, 25:22, 25:24, 26:1, 26:14, 30:23, 31:17, 35:10, 35:22, 37:8, 38:4, 38:13, 40:4, 40:9, 43:14, 44:12, 45:1, 45:16, 46:11, 48:15, 51:11, 52:7, 56:7, 58:4, 58:10, 61:22, 67:24, 70:24, 72:12, 75:22, 76:23, 79:18, 79:20, 79:23, 81:11, 81:14, 82:1, 82:24, 83:1, 83:11, 83:15, 83:18, 88:11, 88:12,

88:24, 89:20, 89:23, 91:15, 93:11, 104:1, 104:15, 111:4, 111:5, 115:5, 117:11
**bone** [4] - 73:3, 83:15, 87:2, 106:23
**bones** [2] - 76:20, 107:6
**bottom** [3] - 21:5, 73:14, 109:16
**braided** [1] - 27:1
**brain** [3] - 78:24, 107:24, 108:1
**break** [5] - 6:24, 47:15, 47:17, 85:17, 85:18
**breaks** [1] - 95:9
**breathe** [1] - 41:17
**briefly** [2] - 75:14, 76:2
**broke** [1] - 44:8
**broken** [1] - 27:11
**brown** [1] - 27:1
**BRUGGEMAN** [1] - 2:2
**bruise** [1] - 91:16
**bruising** [2] - 91:9, 91:10
**buckle** [1] - 26:7
**bullet** [46] - 35:8, 35:22, 36:12, 38:11, 41:16, 42:21, 43:17, 44:11, 53:9, 54:5, 54:17, 59:8, 64:9, 65:7, 65:15, 66:6, 67:7, 76:13, 76:14, 76:15, 76:16, 79:11, 79:15, 79:17, 81:3, 83:2, 83:7, 83:17, 86:22, 87:12, 91:17, 91:20, 95:3, 98:5, 105:16, 106:19, 106:22, 107:2, 107:3, 107:7, 107:9, 107:10, 111:7, 111:13, 120:10
**bullets** [4] - 55:10, 79:24, 107:14, 111:3
**burnt** [1] - 38:15
**business** [4] - 16:22, 19:17, 21:24, 116:10
**buttock** [1] - 54:4
**buttocks** [2] - 32:2, 37:14
**BY** [65] - 2:2, 2:8, 2:14, 3:5, 5:8, 9:21, 11:16, 16:1, 17:13, 18:3, 33:19, 35:1, 39:5, 44:2, 47:10, 47:19, 49:10, 63:20, 65:17, 69:2, 69:11,

69:22, 85:20, 86:7, 87:21, 92:9, 96:23, 97:7, 97:14, 98:3, 98:11, 99:4, 99:10, 100:1, 100:6, 100:16, 101:2, 101:7, 101:22, 102:4, 102:13, 102:18, 103:2, 103:7, 103:15, 103:20, 104:12, 105:11, 106:7, 106:17, 107:21, 108:21, 109:13, 110:10, 110:19, 111:1, 111:20, 112:13, 113:8, 113:17, 114:6, 115:18, 120:23, 121:19, 122:18

## C

**cannot** [1] - 49:14
**capacity** [1] - 1:12
**card** [1] - 77:24
**care** [2] - 34:4, 123:6
**career** [2] - 9:14, 13:15
**CARRANZA** [1] - 1:11
**Carranza** [3] - 2:17, 4:15, 126:2
**carry** [1] - 96:22
**Case** [2] - 4:21, 18:20
**case** [17] - 15:2, 15:3, 15:8, 18:18, 25:15, 36:14, 75:21, 78:21, 84:19, 86:9, 86:10, 88:6, 88:14, 89:20, 93:23, 93:24, 94:3
**cases** [8] - 11:13, 14:15, 14:16, 23:19, 23:20, 82:12, 82:14, 89:18
**catalog** [2] - 88:9, 88:12
**cataloged** [3] - 115:24, 116:11, 116:5
**category** [5] - 28:1, 30:11, 74:22, 75:15, 109:5
**caused** [8] - 41:15, 44:9, 50:17, 53:10, 79:23, 107:5, 107:14, 107:24
**causes** [5] - 35:9, 38:10, 62:23, 91:21, 107:17

**cavity** [9] - 43:4, 48:12, 54:11, 56:18, 61:20, 63:1, 64:14, 66:11, 75:12
**cell** [1] - 116:24
**cerebral** [2] - 78:23, 107:22
**certain** [2] - 79:14, 121:5
**certainty** [5] - 74:20, 81:2, 85:24, 93:17, 97:12
**certificate** [2] - 16:18, 126:6
**certified** [1] - 126:8
**Certified** [2] - 1:16, 125:3
**certify** [6] - 124:1, 125:5, 125:11, 125:20, 126:3, 126:6
**cetera** [2] - 7:1
**chain** [4] - 117:1, 117:3, 117:5
**chance** [3] - 15:15, 17:16, 87:1
**change** [10] - 96:16, 96:24, 97:23, 98:22, 99:20, 100:23, 101:18, 102:9, 102:23, 103:11
**changed** [1] - 8:24
**chart** [2] - 78:6, 78:19
**chemistry** [1] - 8:5
**chest** [33] - 24:13, 30:24, 31:23, 33:1, 36:22, 37:13, 42:10, 43:4, 44:8, 44:10, 45:6, 45:15, 45:16, 46:10, 46:12, 51:11, 51:12, 56:8, 56:18, 57:10, 61:19, 61:23, 62:24, 66:7, 67:11, 75:9, 75:10, 75:11, 75:12, 76:5, 76:15, 87:14, 114:24
**Chicago** [10] - 1:20, 2:9, 2:11, 2:15, 4:21, 7:13, 78:10, 78:13, 125:7, 125:24
**CHICAGO** [3] - 1:10, 2:7, 2:13
**chief** [2] - 9:24, 10:6
**Chris** [1] - 4:12
**Christ** [1] - 109:4
**CHRISTOPHER** [2] - 2:2, 125:22
**circle** [1] - 33:4
**circumferential** [11] - 42:14, 48:4, 51:6,

56:1, 61:12, 62:3, 64:2, 65:23, 67:18, 70:19, 72:7
**circumstances** [3] - 82:12, 83:12, 83:19
**CITY** [3] - 1:10, 2:7, 2:13
**City** [3] - 2:11, 4:21, 125:24
**civil** [2] - 14:15, 15:2
**Civil** [2] - 1:18, 5:3
**claws** [1] - 29:15
**clear** [1] - 6:21
**clinical** [3] - 7:19, 8:3, 111:21
**clock** [2] - 40:17, 40:21
**close** [30] - 31:12, 32:21, 33:2, 35:13, 35:24, 37:22, 38:3, 38:4, 39:12, 43:8, 45:23, 48:21, 51:19, 52:16, 54:14, 56:23, 57:6, 58:22, 59:21, 62:8, 62:13, 64:18, 66:16, 67:4, 68:11, 71:6, 71:8, 72:21, 90:7, 91:23
**close-range** [20] - 31:12, 37:22, 38:3, 39:12, 43:8, 45:23, 48:21, 51:19, 52:16, 54:14, 56:23, 58:22, 62:8, 64:18, 66:16, 68:11, 71:6, 72:21, 90:7, 91:23
**close-up** [8] - 32:21, 33:2, 35:13, 35:24, 57:6, 59:21, 62:13, 67:4
**close-ups** [1] - 71:8
**closer** [3] - 60:15, 91:6, 92:12
**clothed** [1] - 90:16
**clothes** [6] - 25:19, 88:13, 88:24, 90:14, 114:13
**clothing** [20] - 25:24, 26:2, 26:8, 26:11, 26:14, 88:9, 90:18, 90:22, 90:23, 116:1, 117:19, 117:23, 118:5, 118:6, 118:9, 119:7, 119:11, 119:14, 119:18
**clotted** [7] - 43:4, 48:11, 54:10, 56:17, 61:19, 64:14, 66:11
**cocaine** [1] - 77:19
**collaborate** [1] - 24:1

**collection** [1] - 122:7
**collective** [1] - 122:2
**commencing** [1] - 1:21
**comment** [1] - 82:23
**comminuted** [3] - 72:17, 72:23, 76:18
**Comminuted** [1] - 73:1
**Commission** [1] - 126:18
**compare** [1] - 20:22
**compared** [1] - 92:24
**Competence** [1] - 110:18
**competence** [2] - 92:6, 113:6
**complaints** [1] - 12:19
**complete** [4] - 20:5, 20:8, 109:8, 124:6
**completed** [1] - 16:12
**completely** [2] - 106:22, 107:3
**complex** [2] - 73:2, 73:3
**complicated** [3] - 84:20, 86:9, 86:10
**complied** [1] - 34:21
**complies** [10] - 34:19, 43:22, 46:2, 46:5, 51:24, 53:3, 59:24, 61:2, 61:6, 62:11
**compound** [1] - 87:18
**conclusions** [2] - 74:19, 113:15
**conduct** [1] - 84:10
**conducted** [2] - 22:5, 94:8
**conducting** [5] - 22:9, 85:9, 94:6, 112:3, 115:21
**confused** [2] - 37:7, 122:16
**connect** [1] - 34:17
**connection** [1] - 36:9
**Considering** [2] - 113:1, 113:18
**considering** [2] - 113:11, 121:22
**consistent** [2] - 26:8, 85:4
**consisting** [1] - 124:3
**contain** [1] - 16:3
**contained** [2] - 16:14, 119:18

**contribute** [1] - 104:10
**contributed** [4] - 54:23, 104:6, 107:16, 110:5
**contributes** [11] - 31:4, 43:1, 48:10, 54:9, 56:16, 61:18, 62:23, 64:12, 66:9, 66:23, 72:16
**contributing** [1] - 123:2
**control** [3] - 10:11, 11:8, 126:11
**Cook** [3] - 8:14, 108:14, 125:4
**cooler** [1] - 88:18
**copies** [3] - 17:1, 126:8, 126:10
**copper** [4] - 42:21, 54:5, 64:9, 66:5
**copper-jacketed** [4] - 42:21, 54:5, 64:9, 66:5
**Coroner's** [1] - 13:12
**CORPORATION** [2] - 2:7, 2:13
**Corporation** [1] - 1:11
**correct** [24] - 17:4, 17:17, 18:12, 19:2, 21:4, 25:6, 27:2, 32:7, 45:2, 47:12, 53:14, 54:18, 60:14, 84:11, 90:9, 91:7, 94:17, 107:11, 111:10, 116:23, 117:21, 119:19, 120:14, 124:5
**Correct** [34] - 6:11, 12:3, 13:9, 13:11, 14:2, 18:13, 18:23, 20:24, 23:15, 27:15, 30:3, 32:9, 39:17, 46:15, 49:12, 60:10, 60:16, 70:14, 71:22, 73:18, 77:6, 80:5, 80:8, 86:4, 87:10, 97:20, 98:19, 99:14, 99:17, 100:17, 102:7, 116:12, 119:24, 120:16
**correction** [1] - 124:8
**Correction** [1] - 124:10
**corrections** [1] - 124:7
**correlate** [1] - 30:9
**correspond** [1] - 36:4

**corresponding** [1] - 32:10
**Counsel** [3] - 86:16, 115:19, 120:1
**COUNSEL** [2] - 2:7, 2:13
**counsel** [1] - 6:20
**counsel's** [1] - 33:3
**County** [6] - 8:14, 10:1, 13:12, 15:1, 108:14, 125:4
**COUNTY** [1] - 125:2
**couple** [1] - 85:21
**course** [63] - 16:22, 19:16, 21:23, 24:2, 30:20, 30:23, 31:4, 31:9, 36:6, 36:12, 37:4, 42:16, 43:1, 43:5, 44:21, 45:13, 45:15, 45:20, 46:20, 48:6, 48:10, 48:15, 48:18, 50:12, 51:8, 51:11, 51:16, 52:14, 53:24, 54:9, 54:11, 56:3, 56:7, 56:16, 56:20, 57:14, 58:2, 58:4, 58:9, 58:18, 58:19, 61:14, 61:17, 61:22, 62:5, 64:4, 64:12, 64:15, 66:1, 66:9, 66:13, 67:20, 67:23, 68:8, 70:21, 70:24, 71:3, 72:9, 72:12, 72:16, 72:18, 83:13, 116:10
**COURT** [1] - 1:3
**court** [2] - 9:7, 14:12
**Court** [1] - 4:22
**Courts** [1] - 1:19
**CPD** [1] - 78:17
**create** [1] - 83:14
**creating** [1] - 31:18
**crime** [1] - 112:23
**criminal** [4] - 14:15, 14:17, 15:2, 15:3
**cross** [3] - 34:12, 68:18, 68:20
**crusting** [2] - 105:24, 106:2
**CSR** [1] - 126:18
**current** [3] - 7:7, 9:6, 13:5
**curriculum** [1] - 7:7
**CV** [3] - 1:9, 4:21, 7:2

**D**

**damage** [4] - 36:23, 92:2, 92:8

**damaged** [1] - 46:11
**dark** [1] - 84:21
**date** [2] - 21:15, 21:17
**dead** [3] - 96:8, 104:14, 104:17
**death** [16] - 8:9, 16:18, 79:2, 79:5, 84:3, 84:7, 104:7, 104:11, 108:14, 108:19, 109:4, 121:21, 122:1, 122:15, 123:2
**decedent** [1] - 90:14
**decompression** [1] - 75:8
**deemed** [1] - 11:14
**defect** [1] - 119:23
**defects** [2] - 26:9, 119:18
**defendant** [1] - 4:15
**Defendant** [4] - 2:11, 2:17, 125:24, 126:1
**Defendants** [1] - 1:13
**defendants** [1] - 4:9
**define** [1] - 95:13
**definitely** [1] - 122:10
**deformed** [4] - 42:21, 54:4, 64:8, 66:5
**degree** [4] - 74:19, 85:23, 97:12, 104:20
**DeKalb** [1] - 14:24
**dental** [2] - 76:9, 76:10
**department** [2] - 88:8, 93:21
**Department** [2] - 78:10, 78:13
**dependent** [2] - 82:11, 83:12
**depicted** [4] - 26:15, 28:19, 29:8, 60:8
**depictions** [1] - 22:4
**DEPONENT** [1] - 123:9
**DEPOSITION** [4] - 4:2, 15:21, 17:10, 112:10
**deposition** [13] - 1:15, 4:17, 4:24, 5:15, 6:1, 15:15, 92:19, 93:2, 124:2, 124:6, 125:8, 125:15, 125:21
**depositions** [2] - 1:19, 123:6
**deprived** [1] - 108:2
**describe** [5] - 29:17,

29:20, 73:4, 87:24, 108:9
**described** [4] - 28:23, 29:6, 34:22, 118:5
**description** [3] - 26:23, 30:4, 35:7
**descriptions** [1] - 92:24
**detailed** [1] - 75:13
**detective** [2] - 108:22, 110:9
**Detective** [3] - 108:23, 108:24, 110:1
**determination** [1] - 93:13
**determine** [9] - 90:24, 91:4, 93:12, 110:13, 110:17, 110:20, 110:24, 114:14, 115:6
**determining** [4] - 8:8, 121:20, 121:24, 122:1
**diagnoses** [2] - 78:20, 78:21
**diagram** [1] - 84:12
**diagrams** [3] - 16:13, 19:22, 20:4
**diameter** [27] - 30:16, 31:3, 42:14, 45:10, 45:20, 48:3, 51:5, 51:16, 53:20, 55:24, 56:11, 57:22, 58:8, 58:13, 61:12, 62:2, 64:2, 65:23, 67:18, 68:4, 70:7, 70:19, 71:3, 72:7, 72:16, 74:5, 74:14
**dictate** [1] - 20:10
**dictated** [1] - 20:23
**died** [3] - 25:8, 100:5, 110:5
**differ** [1] - 92:15
**difference** [1] - 35:2
**different** [15] - 81:7, 81:8, 81:19, 82:14, 82:16, 92:10, 92:14, 93:8, 105:22, 106:4, 106:5, 107:15, 109:7, 109:12
**Different** [1] - 105:22
**differently** [1] - 92:11
**difficult** [1] - 9:13
**difficulty** [1] - 84:16
**diffuse** [2] - 31:6, 48:12
**DiMaio** [1] - 14:7
**direct** [4] - 10:9,

19:12, 83:10, 84:24
**direction** [6] - 22:23,
36:13, 46:21, 81:22,
81:23, 126:11
**directions** [3] - 81:8,
82:4, 82:14
**directly** [2] - 11:8,
88:18
**discern** [1] - 29:12
**disciplined** [1] -
12:16
**discovery** [1] -
125:10
**discrete** [1] - 83:14
**discuss** [1] - 93:4
**discussed** [2] - 77:5,
93:4
**discussion** [1] -
34:14
**disease** [2] - 8:2,
77:8
**disintegrate** [1] -
106:23
**disintegrated** [1] -
107:4
**disposition** [1] - 78:8
**distal** [1] - 72:17
**distance** [2] - 40:5,
91:1
**DISTRICT** [2] - 1:3,
1:3
**District** [3] - 1:18,
4:22, 4:23
**disturb** [1] - 88:11
**Division** [1] - 4:23
**DIVISION** [1] - 1:4
**DNA** [1] - 78:5
**doctor** [1] - 17:21
**Doctor** [5] - 4:6, 5:9,
5:15, 15:14, 85:21
**doctors** [2] - 9:10,
23:24
**document** [5] - 75:1,
75:4, 75:6, 75:18,
78:16
**DOCUMENT** [1] - 4:1
**documentation** [1] -
112:1
**documented** [1] -
117:24
**documenting** [3] -
31:20, 88:22, 88:23
**documents** [10] -
15:16, 15:18, 16:3,
16:6, 16:7, 16:14,
16:19, 16:20, 17:1,
116:9
**DOCUMENTS** [1] -
15:20
**dollar** [2] - 117:7,

117:8
**Done** [1] - 18:22
**done** [12] - 9:14,
13:14, 19:16, 21:23,
24:6, 24:23, 75:2,
75:14, 76:10, 76:22,
77:15, 88:4
**down** [6] - 31:23,
57:16, 60:15, 82:19,
101:9, 115:11
**downward** [7] -
31:10, 37:5, 54:12,
56:21, 64:16, 114:22,
115:1
**DR** [4] - 4:2, 15:21,
17:10, 112:10
**draw** [7] - 33:7, 34:8,
46:3, 49:14, 51:22,
60:4, 113:14
**duly** [3] - 4:5, 5:5,
125:12
**DuPage** [2] - 10:1,
13:12
**During** [1] - 36:6
**during** [5] - 11:5,
19:20, 22:8, 36:6,
89:20
**dying** [1] - 108:1

# E

**ear** [1] - 27:5
**easier** [1] - 39:7
**easiest** [1] - 73:4
**EASTERN** [1] - 1:4
**Eastern** [1] - 4:23
**eccentric** [7] - 30:16,
45:10, 53:20, 56:11,
57:22, 58:14, 68:5
**edema** [2] - 78:23,
107:22
**edges** [1] - 35:24
**education** [1] - 7:11
**effect** [2] - 41:6,
86:16
**effects** [3] - 88:9,
115:24, 117:13
**effort** [2] - 115:3,
115:9
**either** [5] - 6:19,
88:17, 93:20, 98:16,
103:24
**EKG** [1] - 75:3
**emergency** [1] -
108:15
**employees** [1] - 10:9
**EMT's** [1] - 112:20
**encountered** [1] -
82:2

**endotracheal** [2] -
75:7, 76:12
**entered** [7] - 88:6,
90:18, 90:21, 103:23,
111:7, 111:18, 120:10
**entering** [1] - 91:21
**enters** [3] - 58:9,
108:9, 111:14
**entire** [1] - 87:13
**entity** [1] - 23:4
**Entrance** [3] - 32:14,
49:15, 49:17
**entrance** [90] -
30:15, 30:17, 31:11,
32:23, 33:9, 33:18,
33:20, 33:22, 34:22,
35:3, 35:5, 35:8,
35:14, 36:2, 36:4,
36:11, 37:8, 37:11,
37:22, 40:10, 40:14,
40:16, 42:13, 42:16,
43:7, 43:16, 43:21,
44:23, 45:9, 45:12,
45:22, 46:1, 48:3,
48:5, 48:20, 48:23,
51:4, 51:7, 51:18,
53:19, 53:22, 54:13,
54:15, 55:23, 56:2,
56:22, 57:1, 57:5,
57:21, 57:24, 58:13,
58:15, 58:21, 59:19,
61:11, 61:14, 62:7,
62:12, 64:1, 64:4,
64:17, 65:5, 65:22,
66:1, 66:16, 67:3,
67:17, 67:20, 68:11,
68:15, 68:16, 70:18,
70:21, 71:6, 71:14,
72:6, 72:9, 72:21,
73:10, 80:14, 91:1,
91:8, 91:10, 91:22,
92:11, 92:13, 94:15,
104:1, 114:22, 115:6
**entrances** [1] - 35:18
**entries** [3] - 79:9,
86:11, 86:13
**entry** [5] - 60:3,
60:19, 61:3, 61:4,
79:24
**ER** [1] - 75:10
**error** [1] - 68:20
**esoteric** [1] - 8:4
**especially** [2] -
84:19, 117:13
**essence** [1] - 9:9
**estate** [1] - 4:13
**Estate** [1] - 1:5
**estimate** [1] - 9:12
**et** [2] - 7:1
**event** [2] - 80:7,

80:13
**evidence** [33] -
29:22, 30:6, 31:11,
31:14, 32:5, 37:22,
39:8, 39:11, 41:18,
43:7, 45:22, 48:21,
51:18, 52:16, 54:14,
56:22, 58:22, 62:7,
64:17, 66:16, 68:11,
71:6, 72:21, 74:18,
74:22, 76:8, 77:7,
78:8, 78:11, 78:12,
90:17, 113:24, 114:16
**evil** [1] - 11:12
**exact** [1] - 95:16
**exactly** [2] - 22:13,
23:13
**exam** [1] - 36:7
**examination** [17] -
15:17, 16:9, 20:9,
22:4, 25:5, 25:12,
26:10, 76:22, 80:21,
88:16, 88:19, 93:14,
93:19, 119:7, 119:14,
119:17, 125:10
**Examination** [16] -
31:10, 37:21, 43:6,
45:21, 48:19, 51:17,
52:15, 54:12, 56:21,
58:20, 62:6, 64:16,
66:15, 68:10, 71:5,
72:20
**examinations** [3] -
9:16, 9:20, 13:15
**examined** [2] - 5:6,
117:24
**EXAMINED** [1] - 3:5
**Examiner's** [6] -
7:21, 8:15, 10:21,
11:15, 16:4, 108:16
**Examiners** [1] -
11:23
**examiners** [1] -
16:22
**examining** [1] -
104:22
**example** [7] - 25:15,
41:6, 79:19, 95:10,
105:9, 115:8, 122:7
**except** [2] - 57:24,
58:16
**excuse** [2] - 13:18,
27:8
**Exhibit** [12] - 7:5,
15:19, 16:2, 17:7,
17:15, 22:3, 32:12,
78:15, 112:8, 112:15,
118:2
**exhibit** [1] - 18:1
**EXHIBIT** [4] - 4:2,

15:22, 17:11, 112:11
**EXHIBITS** [1] - 3:10
**exit** [47] - 31:3,
32:14, 32:24, 33:2,
33:18, 33:20, 33:23,
34:23, 35:3, 35:5,
35:11, 35:21, 36:4,
36:13, 37:13, 40:10,
40:14, 40:16, 45:19,
46:1, 48:24, 49:7,
49:9, 49:19, 51:15,
54:16, 56:10, 56:13,
57:2, 57:6, 58:8, 60:2,
60:18, 62:2, 62:4,
62:13, 63:2, 68:3,
68:6, 68:17, 71:2,
71:16, 72:15, 73:11,
94:15, 114:24, 115:7
**exited** [2] - 103:24,
107:10
**exits** [13] - 30:23,
45:16, 48:15, 51:11,
56:7, 58:4, 61:22,
67:23, 70:24, 72:12,
79:9, 86:12, 86:13
**expect** [4] - 83:22,
86:17, 113:19, 114:2
**experience** [2] -
86:14, 112:23
**expert** [2] - 14:18,
119:15
**expires** [1] - 126:18
**explain** [15] - 7:10,
27:17, 27:23, 30:2,
30:5, 37:9, 38:7,
39:23, 41:12, 43:10,
44:5, 46:8, 50:3,
50:11, 76:2
**explained** [1] - 13:14
**explaining** [1] -
26:24
**explanation** [1] -
91:14
**extending** [1] - 11:6
**extent** [4] - 92:5,
100:11, 105:3, 121:13
**exterior** [1] - 89:4
**external** [4] - 25:11,
88:23, 119:17
**externally** [1] -
113:20
**extremities** [5] -
24:13, 24:14, 32:3,
76:6, 76:7
**extremity** [1] - 32:1

# F

**face** [3] - 40:17,

40:20, 82:19
**face-down** [1] -
82:19
**facility** [1] - 24:21
**fact** [5] - 93:9, 93:15,
111:7, 117:22, 118:9
**facts** [1] - 113:23
**faculty** [1] - 10:17
**Fair** [1] - 73:16
**fair** [13] - 26:13,
28:23, 42:2, 53:12,
60:11, 71:20, 77:1,
84:6, 84:14, 116:16,
117:9, 118:8, 119:4
**familiar** [1] - 5:23
**fashion** [5] - 31:19,
32:4, 81:16, 95:11,
95:14
**fast** [1] - 105:20
**fat** [2] - 65:1, 95:9
**fatal** [58] - 41:9,
41:14, 41:22, 41:23,
42:3, 42:5, 44:18,
46:16, 50:1, 50:2,
50:6, 50:8, 50:9,
50:22, 52:2, 53:13,
54:20, 57:11, 60:20,
62:19, 62:20, 64:19,
66:18, 69:16, 69:20,
70:13, 71:21, 74:10,
85:24, 94:18, 94:20,
94:21, 94:23, 95:8,
96:15, 97:19, 97:24,
98:18, 98:21, 99:11,
99:12, 99:13, 99:16,
100:20, 101:10,
101:12, 101:15,
102:6, 102:20, 103:9,
120:2, 121:8, 121:9,
121:17, 121:18,
121:23, 122:3
**fatality** [1] - 122:21
**fatally** [1] - 120:9
**FCRL** [19] - 15:18,
16:11, 18:2, 21:1,
21:12, 24:11, 28:8,
28:20, 28:24, 29:8,
45:24, 49:11, 89:24,
108:5, 114:19, 116:6,
118:5, 118:8, 118:11
**Federal** [2] - 1:17,
5:3
**feet** [8] - 26:20,
38:18, 39:12, 40:3,
40:19, 92:1, 92:3
**fellow** [2] - 9:7, 11:22
**fellowship** [2] - 7:22,
8:20
**few** [3] - 30:5,
115:16, 120:5

**file** [2] - 16:4, 16:15
**fill** [1] - 16:16
**filled** [2] - 19:23,
117:18
**finalized** [1] - 21:17
**fine** [1] - 49:3
**finish** [1] - 20:14
**finished** [3] - 8:10,
71:24, 73:20
**fired** [4] - 38:4,
38:10, 38:11, 106:14
**firing** [20] - 31:12,
37:23, 38:3, 39:12,
43:8, 45:23, 48:21,
51:19, 52:17, 54:14,
56:23, 58:22, 62:8,
64:18, 66:17, 68:12,
71:7, 72:22, 90:7,
91:23
**first** [14] - 5:5, 5:13,
7:2, 25:16, 30:10,
78:22, 81:23, 88:20,
88:22, 93:22, 93:23,
110:4, 119:16, 125:12
**five** [3] - 11:3, 26:20,
92:3
**five-feet** [1] - 26:20
**five-ish** [1] - 11:3
**Flies** [1] - 38:21
**flies** [1] - 39:1
**floor** [2] - 113:3,
113:10
**fluid** [7] - 8:5, 43:3,
54:10, 56:17, 61:19,
64:13, 66:10
**fly** [1] - 38:15
**focuses** [1] - 8:8
**follow** [2] - 105:13,
115:16
**follow-up** [1] -
105:13
**follow-ups** [1] -
115:16
**following** [1] - 50:11
**follows** [1] - 5:6
**FOR** [5] - 1:3, 4:3,
15:22, 17:11, 112:11
**force** [2] - 91:19,
107:7
**forearm** [1] - 72:4
**foregoing** [1] - 124:2
**Forensic** [1] - 11:22
**forensic** [5] - 7:21,
8:6, 9:6, 9:24, 10:6
**forensics** [1] - 14:1
**Forensics** [1] - 8:7
**forgive** [1] - 27:16
**Forgive** [1] - 12:14
**forgot** [1] - 14:11
**form** [14] - 79:1,

87:17, 99:2, 100:12,
104:8, 105:18,
109:15, 110:15,
111:16, 113:5,
113:21, 117:18,
121:10, 122:11
**foundation** [12] -
87:17, 92:6, 97:10,
99:2, 100:12, 104:8,
107:19, 108:12,
110:3, 110:15,
111:16, 113:5
**four** [2] - 5:19, 117:8
**fracture** [2] - 73:2,
73:4
**fractures** [16] - 31:7,
43:1, 48:13, 56:19,
61:20, 66:12, 72:17,
72:24, 73:1, 76:18,
76:20, 107:6, 107:14,
107:16, 107:18
**fragments** [4] -
76:17, 106:20, 107:3,
107:9
**frame** [1] - 105:20
**free** [1] - 6:13
**freely** [1] - 27:12
**fresh** [1] - 105:9
**friend** [1] - 1:7
**front** [29] - 31:9,
37:5, 37:7, 37:8,
37:15, 37:18, 43:5,
44:21, 45:1, 46:11,
48:18, 56:20, 57:16,
62:5, 63:5, 64:15,
66:14, 68:9, 71:4,
72:19, 81:9, 81:21,
103:24, 111:4,
111:18, 115:2, 120:2,
120:10
**full** [3] - 5:10, 5:12,
85:6
**fully** [1] - 90:16
**FURTHER** [1] - 123:9

━━━━━━━━
## G
━━━━━━━━

**GAIL** [2] - 2:8,
125:23
**Gail** [2] - 4:8, 93:3
**general** [4] - 14:1,
36:13, 83:13, 88:6
**generalization** [1] -
35:17
**Generally** [1] - 22:17
**generally** [3] - 6:1,
39:19, 114:2
**genitalia** [1] - 31:24
**given** [5] - 5:15,

40:2, 123:6, 124:2,
124:6
**glanced** [1] - 53:9
**gland** [5] - 30:22,
36:20, 41:21, 48:9,
50:4
**graduated** [2] - 7:13,
7:15
**graze** [7] - 52:13,
53:6, 59:15, 80:11,
80:12, 80:14
**great** [1] - 87:1
**greatest** [27] - 30:16,
31:3, 42:14, 45:10,
45:20, 48:3, 51:5,
51:15, 53:20, 55:24,
56:11, 57:22, 58:8,
58:13, 61:12, 62:2,
64:2, 65:23, 67:18,
68:4, 70:6, 70:18,
71:3, 72:7, 72:15,
74:4, 74:13
**ground** [3] - 82:20,
83:5, 114:15
**group** [2] - 17:24,
122:2
**Group** [12] - 3:12,
3:13, 3:14, 15:19,
16:2, 17:7, 17:14,
22:2, 32:11, 112:7,
112:15, 118:2
**GROUP** [3] - 15:21,
17:10, 112:10
**guess** [3] - 29:14,
105:1, 122:16
**gun** [3] - 38:3, 38:9,
38:12, 38:16, 38:19
**gunman** [1] - 110:14
**gunpowder** [2] -
38:15, 90:17
**gunshot** [99] - 13:18,
14:5, 26:9, 30:15,
30:17, 31:2, 31:11,
32:12, 36:16, 37:21,
38:2, 39:8, 40:2, 40:4,
41:5, 42:13, 42:15,
43:7, 44:6, 45:9,
45:11, 45:19, 45:21,
48:2, 48:5, 48:20,
51:4, 51:7, 51:15,
51:18, 52:13, 52:16,
53:19, 53:21, 54:13,
55:23, 56:2, 56:10,
56:12, 56:22, 57:8,
57:21, 57:23, 58:7,
58:12, 58:15, 58:21,
59:1, 61:11, 61:13,
62:1, 62:4, 62:6, 64:1,
64:3, 64:17, 65:22,
65:24, 66:15, 67:17,

67:19, 68:3, 68:6,
68:10, 70:18, 70:20,
71:2, 71:5, 72:6, 72:8,
72:15, 72:20, 73:6,
75:10, 78:22, 79:6,
79:13, 82:17, 90:8,
90:18, 90:21, 93:8,
94:10, 94:22, 94:24,
100:7, 100:9, 107:15,
113:1, 119:10,
119:18, 119:23,
120:18, 121:7, 121:8,
121:21, 122:5,
122:24, 123:1
**Gunshot** [1] - 14:10
**gunshots** [1] - 82:15
**guys** [1] - 93:6

━━━━━━━━
## H
━━━━━━━━

**hair** [1] - 27:1
**half** [4] - 40:4, 50:16,
96:8, 96:18
**half-hour** [1] - 96:18
**hand** [15] - 70:16,
70:23, 71:1, 76:6,
76:17, 79:13, 79:14,
79:15, 79:18, 79:19,
90:2, 111:4, 111:19,
126:13
**handgun** [1] - 38:13
**handguns** [1] - 38:18
**hands** [2] - 24:13,
84:7
**handwriting** [1] -
85:12
**Hang** [1] - 71:11
**hard** [2] - 82:13,
83:15
**head** [44] - 24:12,
26:4, 30:13, 31:1,
31:21, 31:22, 31:23,
40:3, 40:5, 40:7,
40:17, 42:11, 42:23,
45:7, 45:17, 47:24,
48:16, 51:2, 51:13,
52:11, 53:17, 54:7,
55:21, 56:8, 57:19,
58:6, 58:11, 60:9,
60:13, 61:9, 61:23,
63:23, 64:11, 65:20,
66:8, 67:15, 68:1,
70:17, 71:1, 72:5,
72:14, 74:1, 76:5,
111:11
**heal** [2] - 105:21,
105:22, 106:3
**healing** [2] - 105:24,
106:10

**heart** [2] - 42:19, 44:9

**held** [1] - 34:15

**hemoperitoneum** [4] - 48:10, 54:9, 64:13, 66:10

**hemorrhage** [11] - 31:6, 31:8, 36:7, 43:2, 48:13, 48:14, 50:19, 56:19, 61:21, 66:13

**hemothorax** [3] - 43:3, 56:16, 61:18

**hereby** [2] - 124:1, 125:5

**herein** [1] - 5:5

**hereto** [1] - 126:7

**hereunto** [1] - 126:12

**hesitate** [1] - 60:4

**highlight** [1] - 84:18

**highlighting** [1] - 85:2

**highly** [1] - 82:11

**HILARY** [7] - 1:15, 3:3, 5:4, 5:13, 124:14, 125:9, 125:12

**Hilary** [2] - 4:17, 5:12

**himself** [2] - 110:21, 111:13

**history** [1] - 7:11

**hit** [5] - 86:24, 87:1, 87:9, 87:14, 95:2

**hits** [2] - 83:14, 95:6

**hitting** [1] - 106:23

**hold** [1] - 11:24

**holding** [2] - 90:2, 90:4

**hole** [1] - 95:7

**holes** [1] - 26:8

**homicide** [2] - 84:4, 88:10

**hope** [1] - 6:3

**hospital** [14] - 96:8, 96:10, 96:17, 97:22, 98:23, 99:19, 100:22, 101:16, 102:8, 102:21, 103:10, 104:14, 108:15, 112:19

**hour** [3] - 1:22, 96:9, 96:18

**hours** [1] - 106:11

**house** [2] - 13:24, 24:22

**human** [1] - 8:2

**humerus** [3] - 72:11, 72:17, 76:19

**HURST** [1] - 2:2

**hypothetical** [2] - 96:21, 101:21

**I**

**idea** [1] - 15:7

**identification** [1] - 18:16

**IDENTIFICATION** [4] - 4:3, 15:22, 17:11, 112:11

**identified** [3] - 16:20, 46:20, 116:6

**identifies** [1] - 75:16

**identify** [14] - 4:10, 45:24, 48:23, 51:20, 52:18, 54:15, 57:1, 59:17, 62:9, 67:9, 68:13, 73:8, 76:22, 77:1

**identifying** [9] - 27:20, 28:1, 28:11, 29:7, 31:20, 39:24, 49:7, 74:18, 116:23

**illegible** [1] - 28:9

**ILLINOIS** [2] - 1:3, 125:1

**Illinois** [8] - 1:21, 2:4, 2:9, 2:15, 4:23, 12:5, 125:5, 125:8

**illness** [1] - 77:8

**immediately** [1] - 20:10

**impacted** [1] - 90:13

**IN** [1] - 1:3

**in-house** [2] - 13:24, 24:22

**in..** [1] - 32:21

**inch** [19] - 42:16, 42:23, 45:12, 48:5, 51:7, 53:23, 56:2, 56:15, 57:19, 57:24, 61:14, 64:4, 65:20, 66:1, 67:16, 67:20, 70:6, 70:21, 72:9

**inches** [94] - 30:13, 30:15, 30:18, 30:19, 30:24, 31:1, 31:3, 38:13, 40:6, 40:8, 42:11, 42:12, 42:13, 42:23, 45:7, 45:9, 45:17, 45:19, 47:24, 48:1, 48:3, 48:16, 48:17, 51:2, 51:3, 51:5, 51:12, 51:13, 51:15, 52:11, 52:13, 53:17, 53:18, 53:19, 53:22, 54:7, 55:21, 55:22, 55:24, 56:8, 56:9, 56:11, 56:13, 56:14, 57:19, 57:21, 58:1, 58:5, 58:6, 58:8,

58:11, 58:13, 58:16, 58:17, 61:9, 61:11, 61:23, 61:24, 62:2, 62:4, 63:23, 64:1, 64:10, 64:11, 65:20, 65:22, 66:7, 66:8, 67:15, 67:17, 68:1, 68:2, 68:4, 68:6, 68:7, 70:16, 70:18, 71:1, 71:3, 72:5, 72:6, 72:13, 72:15, 74:1, 74:2, 74:4, 74:13

**incident** [2] - 94:13

**Incidentally** [3] - 18:14, 24:6, 77:7

**incidentally** [2] - 19:19, 55:8

**incision** [1] - 89:4

**include** [2] - 9:17, 40:12

**included** [2] - 13:18, 19:24

**including** [2] - 5:10, 70:1

**inclusive** [1] - 124:4

**incomplete** [2] - 96:21, 101:20

**incurred** [3] - 104:23, 105:1, 105:16

**independent** [2] - 23:4, 92:16

**Independent** [2] - 23:8, 23:17

**indicate** [19] - 18:20, 21:8, 26:18, 27:4, 27:7, 27:10, 32:5, 39:20, 39:21, 43:12, 79:10, 80:7, 81:4, 84:3, 84:9, 84:22, 113:3, 115:9, 119:16

**indicated** [18] - 41:4, 41:11, 69:3, 100:8, 101:4, 101:10, 101:24, 102:15, 102:19, 103:8, 103:17, 103:22, 104:5, 109:15, 111:2, 114:22, 115:1, 115:23

**indicates** [9] - 25:8, 31:14, 70:3, 81:10, 81:14, 106:19, 108:19, 116:24, 120:13

**Indicating** [3] - 63:7, 69:1, 111:5

**indication** [3] - 90:9, 93:23, 111:12

**indications** [1] - 90:7

**indicators** [1] - 38:3

**individual** [1] - 1:11

**individually** [1] - 1:6

**individuals** [3] - 89:15, 89:16, 109:7

**infected** [1] - 95:1

**inflicted** [1] - 91:5

**influence** [1] - 94:8

**information** [6] - 85:3, 93:23, 108:3, 108:17, 110:9, 111:22

**initial** [1] - 68:21

**initials** [4] - 18:7, 18:9, 19:1, 21:5

**injuries** [36] - 36:8, 40:13, 44:5, 50:17, 73:8, 74:7, 75:16, 75:18, 77:3, 80:18, 81:20, 81:21, 82:13, 89:1, 93:5, 100:7, 101:4, 101:24, 103:3, 103:22, 104:5, 113:16, 121:24

**injury** [35] - 27:12, 27:13, 29:23, 30:6, 30:8, 31:14, 32:6, 32:8, 36:15, 40:15, 40:18, 41:21, 46:10, 52:6, 53:11, 55:17, 57:9, 60:17, 70:4, 70:12, 74:18, 79:13, 79:17, 91:19, 97:2, 97:8, 99:5, 99:19, 102:14, 103:17, 105:8, 105:23, 107:5, 114:17, 122:9

**inside** [3] - 54:17, 54:23, 107:4

**instance** [2] - 88:15, 110:14

**instantaneous** [1] - 87:22

**instead** [1] - 69:6

**intact** [1] - 27:8

**intake** [4] - 88:7, 116:1, 117:16, 117:23

**interested** [1] - 126:5

**interior** [1] - 89:5

**intermediary** [1] - 86:23

**internal** [4] - 30:21, 36:7, 36:18, 120:15

**internally** [1] - 104:19

**interpretation** [2] - 87:5, 110:8

**interrupt** [1] - 11:4

**interventions** [1] - 75:2

**interviewed** [1] - 109:6

**intestine** [8] - 54:2,

54:3, 64:7, 66:4, 67:23, 70:1

**intestines** [5] - 55:5, 55:6, 64:23, 65:2, 66:22

**intramuscular** [6] - 31:8, 43:2, 48:14, 56:19, 61:21, 66:13

**intubated** [1] - 121:4

**inventory** [2] - 117:22, 118:6

**investigation** [2] - 108:7, 108:20

**investigator** [2] - 109:8, 109:14

**Investigator** [1] - 109:19

**investigator's** [2] - 93:24, 108:4

**investigators** [1] - 93:20

**involve** [1] - 52:8

**involved** [11] - 23:2, 30:20, 41:5, 41:12, 42:16, 46:14, 49:21, 55:1, 55:7, 57:9, 93:15

**involves** [21] - 45:13, 48:6, 51:8, 52:6, 52:14, 53:24, 56:3, 58:2, 58:18, 61:14, 62:22, 64:4, 64:22, 66:1, 66:22, 66:24, 67:20, 69:24, 70:21, 72:9, 101:12

**IPRA** [2] - 89:12, 93:21

**ish** [1] - 11:3

**isolation** [1] - 41:24

**issued** [1] - 5:1

**item** [6] - 28:23, 29:6, 30:10, 99:5, 100:8, 100:19

**items** [5] - 27:23, 74:17, 104:5, 116:2, 117:11

**itself** [6] - 41:24, 42:4, 50:18, 60:22, 75:19, 106:1

**J**

**jacketed** [4] - 42:21, 54:5, 64:9, 66:5

**jagged** [1] - 36:1

**jeans** [1] - 26:6

**job** [2] - 12:15, 115:4

**joined** [1] - 7:20

**jugular** [3] - 30:21,

36:18, 41:6
**July** [1] - 8:18
**June** [4] - 1:21, 8:22, 125:6, 126:14

# K

**Karpella** [4] - 18:8, 19:6, 19:12, 22:8
**Kate** [3] - 18:8, 19:6, 22:8
**kept** [1] - 116:9
**key** [2] - 116:24, 117:1
**kidney** [3] - 48:8, 49:22, 95:4
**kill** [2] - 95:1, 95:12
**kind** [5] - 24:1, 47:22, 48:22, 81:15, 117:22
**KK** [1] - 18:7
**knowing** [2] - 98:23, 115:13
**knowledge** [3] - 94:2, 111:24, 120:24
**KOCHANOWICZ** [67] - 2:2, 4:12, 9:17, 17:19, 17:23, 33:6, 33:10, 33:13, 33:16, 34:5, 34:8, 34:11, 38:20, 39:2, 47:16, 63:17, 65:11, 65:16, 68:23, 69:7, 86:7, 87:21, 92:9, 96:23, 97:7, 97:14, 98:3, 98:11, 99:4, 99:10, 100:1, 100:6, 100:16, 101:2, 101:7, 101:22, 102:4, 102:13, 102:18, 103:2, 103:7, 103:15, 103:20, 104:12, 105:11, 106:7, 106:17, 107:21, 108:21, 109:10, 109:13, 110:6, 110:10, 110:19, 111:1, 111:20, 112:6, 112:13, 113:8, 113:17, 114:6, 115:14, 120:23, 121:19, 122:18, 123:3, 125:22
**Kochanowicz** [3] - 3:7, 3:9, 4:12

# L

**lab** [1] - 10:10

**label** [3] - 59:22, 60:24, 65:15
**labeled** [5] - 18:18, 55:14, 55:16, 65:13, 67:11
**laboratory** [2] - 8:4, 10:8
**lacerated** [9] - 31:2, 35:21, 45:19, 51:14, 58:7, 62:1, 68:3, 71:2, 72:14
**lack** [1] - 107:24
**land** [1] - 38:12
**LaPorta** [3] - 1:16, 125:3, 126:17
**large** [7] - 54:2, 55:5, 63:1, 64:7, 66:4, 67:22, 70:1
**larynx** [3] - 30:22, 36:19, 41:13
**LaSalle** [4] - 1:20, 2:8, 2:14, 125:7
**last** [12] - 5:20, 8:23, 14:24, 16:16, 21:11, 37:20, 47:8, 47:11, 79:1, 81:24, 84:2, 85:21
**lateral** [3] - 61:17, 66:5, 66:7
**lay** [2] - 7:23, 50:14
**layer** [1] - 65:1
**layers** [2] - 52:14, 59:7
**laying** [1] - 83:4
**layman's** [1] - 43:10
**layperson's** [4] - 44:5, 46:7, 58:23, 58:24
**lead** [1] - 36:13
**leads** [2] - 66:23, 75:3
**least** [7] - 76:21, 79:21, 79:22, 80:5, 84:15, 113:19, 116:16
**leave** [1] - 114:14
**left** [92] - 27:5, 28:4, 30:12, 30:14, 30:21, 31:9, 31:23, 32:1, 36:18, 37:5, 37:11, 40:10, 43:5, 45:6, 45:8, 45:14, 45:21, 46:9, 46:22, 47:9, 48:19, 51:1, 51:3, 51:9, 51:16, 52:10, 52:12, 53:16, 53:18, 54:1, 54:12, 55:20, 55:22, 56:4, 56:5, 56:6, 56:7, 56:9, 56:16, 56:18, 56:20, 57:9, 57:16, 58:20,

61:8, 61:10, 61:16, 61:17, 61:18, 61:19, 61:20, 61:22, 61:24, 62:5, 62:22, 63:22, 63:24, 64:6, 64:15, 65:11, 66:14, 67:14, 67:16, 67:22, 67:24, 68:2, 68:9, 70:16, 70:23, 70:24, 72:4, 72:11, 72:12, 72:13, 72:17, 72:18, 73:24, 74:2, 74:8, 74:12, 74:15, 75:9, 76:17, 76:19, 107:6, 109:6, 111:4, 114:23
**length** [1] - 52:13
**less** [4] - 92:2, 113:10, 121:9, 121:17
**liaison** [1] - 23:3
**licensed** [2] - 12:4, 12:9
**lifesaving** [1] - 121:5
**likely** [5] - 51:21, 55:16, 84:1, 89:8, 89:9, 89:11, 90:3, 90:19, 92:13, 95:7, 95:11
**line** [9] - 33:7, 33:8, 33:23, 34:9, 46:3, 49:14, 51:22, 60:4, 68:19
**linear** [2] - 73:2, 86:22
**lines** [1] - 34:12
**list** [2] - 26:2, 26:10
**listed** [3] - 27:23, 43:24, 109:5
**lists** [2] - 78:9, 109:7
**liter** [1] - 50:16
**liver** [3] - 66:4, 66:24, 95:4
**lobe** [3] - 27:5, 56:5, 61:16
**located** [2] - 40:8, 115:5
**location** [5] - 37:11, 75:19, 112:18, 114:11, 121:2
**locations** [3] - 81:7, 93:5, 93:8
**look** [10] - 15:9, 17:16, 35:20, 37:10, 75:24, 84:12, 92:14, 106:1, 106:5, 109:5
**looked** [1] - 17:3
**looking** [6] - 15:18, 24:9, 28:13, 36:9, 44:3, 94:14, 94:15, 105:7, 118:11
**looks** [2] - 28:15,

39:4
**loud** [1] - 95:20
**Louis** [1] - 7:14
**love** [3] - 28:5, 28:24, 29:2
**lower** [6] - 24:14, 32:3, 53:16, 67:14, 67:24, 76:6
**Loyola** [1] - 7:12
**LTD** [1] - 2:2
**lung** [4] - 56:6, 57:9, 61:17, 62:22
**lungs** [3] - 31:6, 41:20, 122:8
**lurking** [1] - 85:1
**lying** [2] - 82:19, 112:18

# M

**M-c-E-l-l-i-g-o-t-t** [1] - 5:14
**M.D** [1] - 7:16
**machine** [1] - 125:17
**main** [1] - 75:19
**maintenance** [1] - 10:10
**major** [8] - 52:8, 55:1, 55:6, 57:7, 64:23, 69:24, 95:2, 95:6
**majority** [1] - 14:17
**male** [1] - 26:19
**manage** [2] - 10:8, 10:9
**manner** [2] - 8:9, 84:3
**margin** [23] - 30:16, 33:10, 34:6, 35:6, 40:15, 40:19, 42:15, 45:10, 48:4, 51:6, 53:20, 56:1, 56:12, 57:22, 58:14, 61:13, 62:3, 64:3, 65:24, 67:19, 68:5, 70:19, 72:8
**mark** [7] - 15:19, 17:7, 33:4, 45:24, 57:1, 112:7
**MARKED** [4] - 4:1, 15:20, 17:9, 112:9
**marked** [4] - 7:5, 112:14, 114:19, 114:21
**marking** [4] - 43:24, 62:15, 67:6, 72:1
**marks** [5] - 27:21, 28:1, 28:11, 29:7, 84:21

**matter** [3] - 4:9, 4:20, 5:2
**McElligott** [12] - 1:15, 3:3, 4:2, 4:17, 5:4, 5:12, 15:21, 17:10, 112:10, 124:14, 125:9, 125:12
**MD** [6] - 1:16, 3:3, 5:4, 124:14, 125:9, 125:12
**ME** [3] - 109:8, 109:14, 109:19
**ME's** [6] - 78:4, 88:8, 108:13, 108:24, 115:20, 117:15
**mean** [22] - 22:13, 25:16, 34:11, 37:24, 47:1, 58:23, 58:24, 77:18, 83:12, 87:4, 95:15, 100:15
**meaning** [5] - 35:21, 39:12, 53:8, 60:7, 67:1
**Meaning** [2] - 44:23, 53:9
**means** [12] - 38:1, 40:7, 50:15, 50:19, 73:1, 74:6, 76:9, 84:6, 92:8, 108:10, 119:15, 125:17
**measure** [3] - 40:5, 40:9, 40:16
**measured** [2] - 40:3, 40:20
**measurements** [4] - 39:19, 39:21, 39:24, 40:12
**measures** [3] - 58:1, 58:17, 121:5
**measuring** [1] - 26:20
**medallion** [1] - 117:2, 117:6
**medial** [2] - 58:10, 72:13
**Medical** [7] - 7:21, 8:14, 10:21, 11:15, 11:23, 16:3, 108:16
**medical** [12] - 7:15, 16:21, 21:18, 23:2, 74:19, 74:22, 75:1, 85:24, 89:8, 94:1, 95:10, 111:22
**member** [1] - 11:17
**membership** [1] - 12:2
**memory** [2] - 6:14, 15:13
**mention** [1] - 41:13
**mentioned** [9] -

19:23, 38:5, 76:5, 76:12, 86:8, 89:7, 89:14, 90:6, 108:23
  **mesentery** [5] - 54:3, 64:7, 64:24, 66:4, 67:23
  **met** [1] - 93:3
  **metal** [6] - 26:7, 117:1, 117:3, 117:5
  **middle** [2] - 5:10, 44:4
  **midline** [27] - 30:14, 31:2, 40:9, 42:12, 42:24, 45:8, 45:18, 48:2, 48:18, 51:3, 51:14, 52:12, 53:18, 54:8, 55:22, 56:9, 57:20, 58:7, 61:10, 61:24, 63:24, 64:12, 65:21, 66:9, 67:16, 68:2, 74:3
  **might** [2] - 93:10, 105:14
  **milliliters** [1] - 62:24
  **mind** [6] - 34:2, 42:8, 45:5, 47:14, 51:23, 53:2
  **mine** [1] - 85:14
  **minor** [1] - 1:7
  **minute** [3] - 106:19, 107:2, 107:9
  **minutes** [10] - 97:22, 98:23, 99:19, 100:22, 101:17, 102:9, 102:22, 105:2, 105:6, 120:5
  **mischaracterizes** [1] - 113:22
  **missed** [1] - 46:19
  **Missouri** [1] - 7:14
  **misspelled** [2] - 28:15, 28:17
  **misspoke** [1] - 46:22
  **mistaken** [1] - 71:10
  **misunderstood** [1] - 105:15
  **mL** [7] - 43:3, 48:11, 54:10, 56:17, 61:19, 64:13, 66:10
  **Mokena** [1] - 2:4
  **month** [1] - 5:22
  **morning** [3] - 4:6, 4:7, 88:3
  **mortally** [1] - 120:9
  **most** [12] - 26:7, 51:20, 55:16, 79:12, 82:12, 86:13, 89:8, 89:9, 89:11, 90:3, 90:19, 92:13
  **mostly** [1] - 36:17

  **mother** [1] - 1:6
  **motion** [1] - 81:4
  **mouth** [3] - 75:4, 75:8, 76:13
  **move** [15] - 27:19, 29:22, 31:22, 31:24, 32:2, 42:6, 45:3, 47:21, 50:24, 55:19, 63:21, 83:11, 83:16, 89:22
  **moved** [2] - 81:17, 111:4
  **movement** [2] - 81:11, 93:10
  **moves** [1] - 27:12
  **moving** [10] - 81:1, 81:14, 81:18, 82:1, 87:3, 93:15, 93:16, 93:18, 110:12, 110:13
  **MR** [67] - 2:2, 4:12, 9:17, 17:19, 17:23, 33:6, 33:10, 33:13, 33:16, 34:5, 34:8, 34:11, 38:20, 39:2, 47:16, 63:17, 65:11, 65:16, 68:23, 69:7, 86:7, 87:21, 92:9, 96:23, 97:7, 97:14, 98:3, 98:11, 99:4, 99:10, 100:1, 100:6, 100:16, 101:2, 101:7, 101:22, 102:4, 102:13, 102:18, 103:2, 103:7, 103:15, 103:20, 104:12, 105:11, 106:7, 106:17, 107:21, 108:21, 109:10, 109:13, 110:6, 110:19, 111:1, 111:20, 112:6, 112:13, 113:8, 113:17, 114:6, 115:14, 120:23, 121:19, 122:18, 123:3, 125:22
  **MS** [102] - 2:8, 2:14, 4:6, 4:8, 4:14, 4:16, 4:20, 5:8, 9:21, 11:12, 11:16, 15:12, 16:1, 17:6, 17:13, 17:22, 17:24, 18:3, 33:8, 33:12, 33:14, 33:17, 33:19, 34:13, 34:18, 34:20, 35:1, 39:5, 43:23, 44:2, 47:1, 47:4, 47:7, 47:10, 47:13, 47:19, 49:6, 49:10, 63:18, 63:20, 65:17, 68:18, 68:20,

  69:2, 69:10, 69:11, 69:18, 69:22, 85:16, 85:20, 86:5, 87:17, 92:5, 96:20, 97:3, 97:6, 97:9, 98:1, 98:6, 99:2, 99:7, 99:23, 100:3, 100:11, 101:1, 101:5, 101:20, 102:1, 102:11, 102:16, 102:24, 103:5, 103:14, 103:18, 104:8, 105:3, 105:18, 106:16, 107:19, 108:12, 109:2, 110:2, 110:15, 110:18, 110:23, 111:16, 113:5, 113:13, 113:21, 113:23, 114:1, 115:16, 115:18, 120:20, 121:10, 121:12, 121:13, 122:11, 122:12, 123:5, 125:23, 126:1
  **multiple** [22] - 31:7, 43:1, 48:13, 56:18, 61:20, 66:12, 73:3, 74:3, 76:16, 76:18, 76:20, 78:22, 79:6, 82:3, 82:4, 93:9, 94:10, 107:14, 114:3, 121:21, 122:5, 123:1
  **Municipal** [1] - 1:10
  **muscle** [8] - 46:11, 50:19, 52:7, 59:3, 64:8, 64:10, 95:9, 101:12
  **musculature** [17] - 31:6, 42:20, 45:14, 48:7, 51:9, 51:10, 54:1, 54:3, 54:6, 56:4, 58:3, 64:6, 66:3, 66:6, 67:22, 70:23, 72:11

**N**

  **NAME** [1] - 11:22
  **name** [11] - 4:8, 5:10, 5:11, 5:12, 5:13, 14:9, 15:7, 18:8, 19:4, 109:17, 109:18
  **National** [1] - 11:23
  **nature** [1] - 29:15
  **necessarily** [2] - 41:23, 80:6
  **neck** [11] - 24:12, 30:12, 31:7, 31:22, 36:17, 36:19, 36:20, 37:12, 40:7, 76:5, 114:23

  **need** [6] - 6:4, 6:12, 6:24, 30:1, 33:24, 95:21
  **needed** [1] - 13:7
  **needle** [2] - 75:8, 75:11
  **never** [2] - 12:21, 23:23
  **next** [12] - 1:7, 33:4, 34:2, 59:5, 60:5, 60:18, 74:22, 76:21, 78:7, 95:24, 96:12, 104:18
  **nice** [2] - 35:20, 35:23
  **NO** [3] - 4:3, 15:22, 112:11
  **NO.3** [1] - 17:11
  **nonfatal** [2] - 73:17, 74:16
  **nonspecific** [3] - 70:12, 78:24, 107:23
  **normal** [1] - 42:5
  **normally** [1] - 16:21
  **North** [4] - 1:20, 2:8, 2:14, 125:7
  **Northern** [1] - 4:22
  **NORTHERN** [1] - 1:3
  **Northwestern** [4] - 7:18, 7:19, 8:11, 10:22
  **Nos** [2] - 100:8, 104:5
  **nose** [4] - 27:8, 27:11, 27:14, 75:4
  **NOT** [1] - 123:9
  **Notary** [1] - 124:24
  **note** [1] - 75:21
  **noted** [3] - 27:13, 89:2, 119:12
  **notes** [5] - 19:19, 21:1, 50:3, 84:24, 125:18
  **nothing** [5] - 13:4, 14:3, 120:20, 123:3, 125:14
  **Nothing** [1] - 77:9
  **notice** [4] - 47:6, 49:20, 75:3, 91:8
  **number** [9] - 18:19, 53:1, 63:16, 80:6, 86:11, 87:20, 113:1, 113:11, 113:16
  **numbered** [2] - 79:9
  **numbers** [1] - 20:2
  **nurse** [5] - 108:18, 108:24, 109:3, 109:22, 110:5

**O**

  **o'clock** [27] - 30:18, 30:19, 40:18, 40:19, 45:12, 53:22, 53:23, 56:13, 56:14, 56:15, 57:24, 58:1, 58:16, 58:17, 68:6, 68:7, 68:8
  **o-n-e** [1] - 28:4
  **oath** [1] - 124:5
  **Object** [1] - 107:19
  **Objection** [22] - 87:17, 92:5, 97:9, 98:6, 99:2, 99:7, 100:11, 102:1, 104:8, 105:3, 105:18, 106:16, 108:12, 109:2, 110:2, 110:15, 111:16, 113:5, 113:13, 113:21, 110:10, 122:11
  **objection** [11] - 98:1, 99:23, 100:3, 101:1, 101:5, 102:11, 102:16, 102:24, 103:5, 103:14, 103:18
  **objections** [1] - 110:23
  **objects** [1] - 83:15
  **oblique** [1] - 52:13
  **observable** [1] - 119:20
  **observed** [2] - 75:17, 77:3
  **observing** [1] - 89:21
  **obtained** [2] - 108:18, 109:22
  **obviously** [6] - 6:7, 6:17, 31:14, 49:13, 79:8, 95:21
  **Obviously** [1] - 50:8
  **occasions** [2] - 14:21, 23:16
  **occur** [2] - 106:11, 115:20
  **occurred** [8] - 32:6, 32:8, 44:6, 46:8, 60:6, 60:17, 86:3, 105:5
  **OF** [10] - 1:3, 1:10, 2:7, 2:13, 4:3, 15:23, 17:12, 112:12, 125:1, 125:2
  **office** [2] - 15:5, 108:8
  **Office** [12] - 7:21, 8:15, 10:22, 11:15, 13:12, 78:5, 88:8, 108:13, 108:16,

109:1, 115:20, 117:15
**officer** [1] - 4:15
**official** [1] - 1:11
**often** [3] - 36:7,
36:12, 82:8
**old** [1] - 26:21
**Once** [1] - 14:22
**once** [2] - 8:10,
105:23
**One** [2] - 28:4, 49:20
**one** [40] - 5:20, 7:22,
8:20, 18:6, 24:17,
28:2, 28:3, 29:10,
30:7, 36:4, 39:20,
49:1, 49:5, 49:16,
67:6, 67:9, 68:23,
68:24, 69:6, 79:10,
80:13, 84:20, 87:11,
90:4, 90:7, 90:8,
101:13, 104:1, 106:2,
106:3, 114:21,
115:23, 118:13,
121:7, 122:6, 122:8,
122:9, 122:20, 122:24
**one-year** [1] - 8:20
**ones** [1] - 55:13
**opening** [1] - 76:23
**opens** [1] - 22:22
**opiates** [1] - 77:20
**opinion** [8] - 49:24,
79:2, 96:14, 96:16,
96:24, 97:23, 99:20,
121:6
**opposed** [3] - 91:6,
92:2, 92:12
**order** [1] - 86:2
**orderly** [1] - 32:4
**ordinary** [4] - 16:22,
19:16, 21:23, 116:10
**organ** [4] - 62:23,
67:1, 95:2, 95:4
**organizations** [1] -
11:18
**organs** [11] - 22:22,
36:15, 36:17, 41:12,
52:8, 55:2, 55:6, 57:7,
64:23, 69:24, 89:5
**original** [1] - 126:7
**Othman** [36] - 4:13,
4:20, 6:9, 15:17, 22:5,
25:8, 26:19, 27:21,
39:16, 60:8, 77:8,
79:5, 80:21, 81:4,
82:18, 93:14, 96:7,
100:9, 101:23,
104:22, 104:23,
106:14, 107:4,
110:12, 110:13,
110:21, 111:22,
112:18, 113:2,

113:11, 113:18,
115:4, 116:6, 117:20,
120:8, 121:1
**OTHMAN** [3] - 1:5,
1:6, 1:7
**Othman's** [9] -
28:10, 31:17, 77:21,
79:2, 79:23, 104:7,
107:13, 114:23,
118:12
**ourselves** [1] - 4:10
**outcome** [1] - 126:5
**outside** [1] - 122:12
**overlies** [1] - 65:1
**ovoid** [3] - 55:23,
58:12, 67:17
**own** [1] - 89:18
**oxygen** [2] - 107:24,
108:2
**oxygen-deprived** [1]
- 108:2

# P

**PAGE** [1] - 3:5
**page** [14] - 16:16,
21:6, 21:11, 24:10,
25:4, 27:19, 28:8,
44:1, 79:1, 84:2,
84:15, 108:4
**pages** [2] - 16:10,
124:3
**palm** [2] - 111:8,
111:14
**palpation** [1] - 27:9
**palpitation** [1] - 27:8
**papers** [1] - 13:2
**paragraph** [3] -
26:24, 44:4, 119:17
**paragraphs** [2] -
26:24, 30:8
**part** [14] - 17:24,
36:19, 77:4, 80:13,
88:20, 88:22, 91:15,
91:19, 94:1, 105:12,
105:15, 107:8,
109:24, 111:3
**Part** [2] - 109:23,
109:24
**partial** [3] - 58:12,
58:15, 60:3
**partially** [1] - 58:9
**particular** [7] -
36:14, 36:16, 41:5,
91:12, 94:20, 107:5,
122:8
**parties** [1] - 126:4
**passed** [1] - 59:10
**passes** [1] - 105:17

**passing** [1] - 111:3
**path** [4] - 83:14,
83:15, 86:22, 87:8
**pathologist** [2] -
9:24, 10:7
**pathology** [11] -
7:19, 7:22, 7:24, 8:1,
8:3, 8:6, 8:8, 9:7,
10:23, 10:24, 11:7
**paw** [1] - 29:15
**pelvis** [4] - 24:13,
64:10, 76:5, 76:16
**pen** [1] - 33:21
**pending** [1] - 4:22
**people** [5] - 7:23,
24:1, 105:22, 109:12,
114:7
**people's** [1] - 23:20
**per** [1] - 33:3
**percent** [1] - 23:21
**perforated** [1] -
79:17
**perform** [1] - 11:14
**performed** [6] - 6:8,
19:8, 24:24, 76:4,
77:16, 78:5
**performing** [4] -
10:12, 19:20, 22:21,
31:18
**Performing** [1] - 9:4
**perhaps** [1] - 23:1
**pericardial** [1] -
42:18
**period** [2] - 104:24,
106:8
**peritoneal** [4] -
48:12, 54:11, 64:14,
66:11
**person** [7] - 20:15,
42:5, 89:19, 106:5,
108:1, 109:6, 110:5
**personal** [5] - 9:18,
9:19, 88:9, 115:24,
117:13
**personally** [1] -
31:21
**persons** [1] - 109:6
**pertaining** [1] - 1:19
**pertinent** [2] - 9:5,
89:2
**phone** [2] - 108:19,
116:24
**phonetic** [1] - 18:8
**photo** [3] - 18:12,
90:5, 118:17
**photograph** [7] -
18:17, 32:11, 32:19,
37:10, 60:8, 69:5,
70:8
**photographer** [2] -

19:6, 22:7
**photographs** [32] -
15:16, 17:4, 17:6,
17:15, 17:20, 18:4,
18:6, 19:7, 19:13,
22:2, 22:3, 26:15,
43:12, 43:13, 43:14,
43:16, 48:23, 55:9,
55:10, 57:1, 59:18,
62:10, 67:10, 68:14,
73:9, 88:21, 89:1,
89:3, 92:24, 112:23,
118:3
**PHOTOGRAPHS** [2]
- 17:9, 112:9
**photos** [1] - 73:12
**physical** [2] - 8:2,
36:9
**physician** [1] - 12:24
**pick** [2] - 88:12,
122:6
**piercing** [1] - 27:5
**place** [2] - 25:5,
124:3
**placed** [2] - 83:1,
117:14
**places** [2] - 31:15,
120:14
**plaintiffs** [1] - 5:2
**Plaintiffs** [3] - 1:8,
2:5, 125:23
**plaintiffs'** [2] - 6:20,
33:3
**point** [7] - 30:7,
34:12, 88:4, 88:8,
104:15, 106:1, 123:5
**pointed** [1] - 83:2
**pointing** [3] - 35:13,
83:4, 83:5
**points** [1] - 106:4
**Police** [4] - 23:8,
23:17, 78:10, 78:13
**police** [3] - 4:15,
23:2, 93:21
**police-involved** [1] -
23:2
**poor** [1] - 115:12
**portion** [1] - 75:15
**position** [5] - 12:24,
40:7, 60:12, 80:21,
82:24
**positioned** [1] -
115:4
**positioning** [1] -
79:14
**positions** [2] - 11:24,
82:16
**possible** [22] - 41:10,
52:18, 95:15, 95:16,
97:12, 97:13, 100:4,

100:14, 100:18,
101:3, 102:3, 102:17,
103:6, 103:16,
106:22, 107:3, 107:8,
107:12, 111:15,
111:17, 120:8, 120:12
**possibly** [2] -
109:24, 111:12
**posterior** [16] -
42:18, 42:19, 42:24,
48:9, 48:17, 50:8,
55:22, 56:5, 57:20,
61:10, 61:16, 63:24,
65:21, 67:16, 70:24,
72:4
**postmortem** [5] -
15:17, 16:9, 20:9,
22:4, 107:23
**potential** [1] - 122:21
**potentially** [35] -
50:1, 50:2, 50:6, 52:1,
54:19, 57:11, 60:20,
62:19, 62:20, 64:19,
66:18, 69:16, 69:20,
94:18, 94:20, 94:21,
96:15, 97:18, 97:24,
98:20, 99:12, 99:13,
99:15, 100:20,
101:10, 101:11,
101:15, 102:5,
102:20, 103:9, 120:2,
121:8, 121:9, 121:18,
121:23
**Potentially** [1] -
55:14
**pouch** [1] - 91:17
**pounds** [1] - 26:19
**powder** [4] - 38:8,
38:11, 38:24, 39:4
**practice** [2] - 19:16,
115:12
**practiced** [1] - 12:11
**prepare** [3] - 88:5,
92:19, 92:22
**preparing** [1] - 9:8
**presence** [2] - 75:5,
125:16
**present** [24] - 9:15,
11:6, 19:10, 22:8,
23:3, 42:15, 45:11,
48:4, 51:6, 53:21,
56:1, 56:12, 57:23,
58:14, 61:13, 62:3,
64:3, 65:24, 67:19,
68:5, 70:20, 72:8,
125:6, 125:21
**PRESENT** [1] - 2:1
**presented** [1] - 25:22
**pretty** [2] - 70:12,
83:14

previous [1] - 113:22
previously [6] -
19:23, 76:12, 98:12,
108:4, 111:2, 114:19
primary [1] - 104:1
printed [1] - 109:18
probes [1] - 36:10
problem [1] - 27:18
Procedure [2] - 1:18,
5:3
procedure [1] -
104:14
procedures [1] -
115:19
process [4] - 88:2,
88:20, 105:24, 106:10
processes [1] - 8:2
produced [1] - 125:9
professional [1] -
11:18
professor [2] -
10:23, 11:7
projectile [3] - 38:9,
38:24, 55:17
projectiles [2] -
75:20, 75:22
projects [1] - 87:2
pronounce [1] - 4:18
pronounced [3] -
96:8, 104:14, 104:17
proofread [1] - 20:17
properly [1] - 41:17
property [1] - 10:10
protect [2] - 110:21,
111:13
protocol [2] - 24:7,
78:4
protocols [1] - 9:8
provide [1] - 78:18
proximal [2] - 54:6,
72:18
psoas [2] - 64:8,
64:10
Public [1] - 124:24
pulls [1] - 35:8
purpose [2] - 18:15,
77:13
purposes [3] - 13:8,
18:17, 96:20
pursuant [3] - 1:17,
5:1, 5:2
pushing [1] - 35:22
put [3] - 33:11,
36:11, 75:11

96:12, 97:16
quick [2] - 47:14,
85:16

## R

radiology [2] - 88:15,
88:17
raised [1] - 60:9
RAMIZ [1] - 1:6
Ramiz [19] - 4:13,
6:9, 15:17, 22:5,
39:16, 93:14, 96:7,
100:9, 101:23,
110:12, 110:13,
110:21, 111:22,
112:18, 113:2,
113:11, 113:18,
114:23, 115:4
range [20] - 31:12,
37:22, 38:3, 39:12,
43:8, 45:23, 48:21,
51:19, 52:16, 54:14,
56:23, 58:22, 62:8,
64:18, 66:16, 68:11,
71:6, 72:21, 90:7,
91:23
ranging [1] - 74:4
rate [1] - 106:6
rates [1] - 105:23
rather [2] - 24:20, 32:8
ray [2] - 24:20, 89:22
rays [9] - 24:6, 24:12,
24:15, 75:13, 75:17,
75:20, 76:4, 88:14,
106:18
re [7] - 58:9, 58:13,
58:15, 60:3, 60:19,
61:3, 79:24
re-enters [1] - 58:9
re-entrance [2] -
58:13, 58:15
re-entry [4] - 60:3,
60:19, 61:3, 79:24
read [7] - 28:6, 30:4,
45:4, 95:20, 110:8,
117:2, 124:1
reading [2] - 42:9,
84:16
reads [2] - 30:11,
76:8
really [6] - 30:1,
73:13, 94:3, 105:6,
110:4, 111:18
reason [1] - 91:12
reasonable [1] -
74:19
receipt [1] - 78:17
receive [1] - 25:19

received [4] - 12:19,
25:16, 26:4, 26:14
recently [1] - 14:23
recollection [1] -
92:16
record [17] - 4:11,
4:16, 5:10, 7:6, 17:8,
17:14, 18:1, 28:9,
28:19, 34:13, 34:15,
34:20, 35:12, 42:9,
43:23, 48:24, 49:6
records [5] - 9:5,
21:18, 94:1, 111:22
recover [1] - 59:8
recovered [9] -
42:22, 43:16, 44:14,
54:5, 55:11, 64:9,
65:14, 66:6, 67:7
recovery [1] - 55:15
recreate [1] - 94:12
red [3] - 70:6, 74:3,
74:13
reduced [1] - 125:16,
125:18
refer [6] - 14:5, 14:7,
28:10, 40:14, 95:17,
95:21
reference [2] - 6:12,
10:10
referenced [1] - 77:4
referred [2] - 35:6,
112:3
referring [5] - 20:1,
28:8, 32:20, 80:1,
122:15
refers [1] - 107:2
reflect [5] - 4:16,
21:16, 34:20, 43:23,
49:6
reflected [1] - 116:5
reflects [2] - 18:24,
78:16
refresh [1] - 6:13
regard [1] - 96:13
regarding [2] -
15:16, 93:1
regards [1] - 98:17
regular [1] - 19:15
REICH [83] - 2:8, 4:6,
4:8, 4:16, 4:20, 5:8,
9:21, 11:16, 15:12,
16:1, 17:6, 17:13,
17:22, 17:24, 18:3,
33:12, 33:19, 34:18,
34:20, 35:1, 39:5,
43:23, 44:2, 47:10,
47:13, 47:19, 49:6,
49:10, 63:18, 63:20,
65:17, 68:20, 69:2,
69:11, 69:22, 85:16,

85:20, 86:5, 87:17,
92:5, 96:20, 97:9,
98:1, 98:6, 99:2, 99:7,
99:23, 100:3, 100:11,
101:1, 101:5, 101:20,
102:1, 102:11,
102:16, 102:24,
103:5, 103:14,
103:18, 104:8, 105:3,
105:18, 106:16,
107:19, 108:12,
109:2, 110:2, 110:15,
110:18, 110:23,
111:16, 113:5,
113:13, 113:21,
114:1, 115:16,
115:18, 120:20,
121:10, 121:13,
122:11, 123:5, 125:23
Reich [3] - 3:6, 3:8,
4:8
related [5] - 9:5,
80:14, 80:15, 110:9,
126:4
relative [6] - 40:3,
40:20, 81:11, 81:17,
82:24, 113:15
relatively [2] - 87:22,
104:24
remained [1] - 107:9
remember [4] -
22:13, 69:17, 101:8,
120:5
remembering [1] -
92:18
remove [1] - 88:11,
89:5
removed [1] - 121:1
removes [1] - 22:22
RENEE [1] - 126:17
Renee [2] - 1:16,
125:3
rephrase [2] - 6:21,
83:8
replied [1] - 86:19
report [42] - 6:13,
16:9, 19:24, 20:5,
20:9, 21:9, 21:12,
21:18, 24:4, 24:10,
25:3, 26:18, 27:19,
29:18, 31:13, 31:18,
34:22, 39:6, 44:1,
44:4, 46:21, 47:1,
49:21, 74:17, 75:15,
79:8, 84:2, 84:23,
85:1, 85:6, 92:23,
93:24, 95:18, 108:4,
108:17, 108:23,
109:4, 109:9, 110:8,
112:2, 114:16, 120:13

reported [3] - 26:20,
108:18, 116:11
Reporter [2] - 1:17,
125:4
reports [1] - 16:4
represent [1] - 4:9
reproduced [1] -
126:10
requires [1] - 88:14
reserve [2] - 123:7,
123:8
residence [1] - 121:2
resident [4] - 7:18,
8:11, 11:8, 23:1
residents [3] - 9:6,
10:22, 10:23
residue [1] - 90:8,
119:10
respect [5] - 16:4,
28:22, 30:6, 100:19,
114:16
responsibilities [2] -
9:3, 10:6
responsibility [1] -
126:9
rest [3] - 107:10,
110:7, 110:9
restate [1] - 88:1
restoration [1] - 76:9
result [1] - 120:9
resume [1] - 10:3
retained [5] - 14:18,
15:4, 75:21, 78:1,
78:6
retroperitoneal [2] -
48:12, 50:18
reveals [16] - 31:11,
37:22, 43:7, 45:22,
48:20, 51:18, 52:16,
54:13, 56:22, 58:21,
62:7, 64:17, 66:16,
68:11, 71:6, 72:21
Review [2] - 23:8,
23:17
review [7] - 15:15,
16:2, 20:19, 21:20,
23:4, 24:15, 116:17
reviewed [2] - 92:23,
112:23
reviewing [4] - 9:4,
16:6, 39:6, 79:7
reviews [1] - 75:16
revise [1] - 80:10
rib [12] - 31:7, 43:1,
48:13, 56:18, 61:20,
66:12, 76:20, 87:2,
106:23, 107:14,
107:16, 107:17
ribs [15] - 30:22,
36:21, 36:24, 42:2,

## Q

questions [6] - 6:8,
6:18, 85:22, 96:1,

42:18, 42:20, 44:8, 46:14, 48:9, 50:8, 56:5, 61:16, 61:17, 66:5, 95:9

**rightward** [1] - 72:19
**rips** [1] - 95:7
**Road** [2] - 2:3
**room** [3] - 23:23, 23:24, 108:15
**roughly** [1] - 7:10
**round** [13] - 30:15, 35:5, 42:13, 45:9, 48:2, 51:4, 53:19, 57:21, 61:11, 64:1, 65:22, 70:17, 72:6
**rounder** [1] - 35:5
**routinely** [1] - 78:18
**RUBA** [1] - 1:5
**Rubens** [1] - 4:14
**RUBENS** [19] - 2:14, 4:14, 11:12, 33:8, 33:14, 33:17, 34:13, 47:1, 47:4, 47:7, 68:18, 69:10, 69:18, 97:3, 97:6, 113:23, 121:12, 122:12, 126:1
**rule** [1] - 110:11
**ruler** [1] - 33:24
**Rules** [2] - 1:17, 5:3
**rules** [1] - 5:23
**Rush** [1] - 11:7

**S**

**sac** [1] - 42:18
**safe** [1] - 117:14
**SAITH** [1] - 123:9
**sake** [1] - 116:22
**sample** [1] - 77:10
**saturated** [1] - 114:14
**scabbing** [2] - 105:24, 106:10
**scarf** [1] - 26:4
**scars** [2] - 28:11, 29:7
**scene** [2] - 94:12, 112:23
**school** [1] - 7:15
**Sciences** [1] - 11:22
**scrape** [1] - 35:9
**scraping** [1] - 35:10
**scratch** [4] - 35:9, 38:16, 53:10, 74:15
**scratches** [2] - 38:21, 39:1
**scratching** [5] - 35:23, 40:15, 53:11, 70:3, 74:7

**search** [1] - 49:1
**second** [2] - 47:11, 78:23
**second-to-last** [1] - 47:11
**section** [2] - 76:21, 78:7
**see** [24] - 10:17, 30:8, 35:24, 36:7, 39:3, 52:19, 61:3, 63:6, 73:5, 73:12, 73:14, 78:17, 82:14, 82:15, 83:10, 83:22, 86:17, 87:7, 90:17, 90:20, 92:10, 92:14, 109:17, 117:10
**seek** [1] - 94:23, 95:10
**seeking** [8] - 97:22, 98:24, 99:19, 100:22, 101:17, 102:9, 102:22, 103:11
**select** [1] - 122:20
**SENIOR** [1] - 2:13
**sense** [2] - 31:19, 44:20
**sentence** [6] - 25:16, 37:20, 47:8, 47:11, 50:11, 110:4
**separate** [4] - 79:10, 80:7, 80:15, 105:17
**separately** [1] - 25:19
**sequence** [1] - 32:5
**series** [2] - 95:24, 96:12
**serious** [1] - 122:10
**set** [2] - 17:21, 126:12
**sets** [1] - 18:24
**several** [11] - 10:9, 25:23, 31:14, 39:21, 81:7, 81:8, 81:18, 93:3, 107:15, 120:13, 121:7
**shatter** [1] - 107:7
**sheet** [2] - 84:16, 118:6
**sheet(s** [1] - 124:10
**sheet(s)** [1] - 124:8
**sheets** [1] - 85:8
**shirt** [12] - 26:5, 118:12, 118:14, 118:16, 118:18, 118:19, 118:22, 118:24, 119:2, 119:3
**shooter** [2] - 83:23, 86:18
**shooting** [4] - 80:22, 81:5, 96:4, 121:2

**shootings** [1] - 23:3
**shoots** [1] - 86:21
**shored** [5] - 56:10, 58:12, 62:1, 68:3, 72:14
**short** [5] - 47:17, 85:18, 104:24, 105:6, 118:18
**short-sleeved** [1] - 118:18
**shorthand** [1] - 125:17
**Shorthand** [2] - 1:17, 125:4
**shot** [20] - 41:9, 44:7, 44:17, 46:9, 46:20, 50:1, 60:21, 62:19, 64:19, 66:19, 69:16, 82:19, 85:24, 91:24, 110:22, 114:3, 115:5, 115:10, 120:10
**shots** [2] - 86:3, 106:13
**show** [4] - 32:11, 89:24, 112:6, 112:14
**showing** [1] - 118:17
**shows** [4] - 62:12, 62:13, 71:16, 76:11
**side** [50] - 30:12, 30:23, 33:1, 36:18, 36:21, 37:11, 42:10, 42:20, 42:22, 44:7, 44:9, 45:6, 45:16, 46:9, 47:23, 48:8, 48:15, 51:1, 51:9, 51:10, 51:12, 52:10, 53:16, 54:2, 55:20, 56:4, 56:7, 57:18, 58:3, 60:15, 61:8, 61:22, 63:5, 63:11, 63:22, 64:6, 65:12, 65:19, 66:3, 67:14, 67:22, 67:24, 75:9, 76:14, 76:16, 81:10, 81:21, 114:23
**sides** [1] - 45:15
**sign** [2] - 21:21, 27:12
**signature** [6] - 21:13, 109:16, 109:20, 123:7, 126:13
**signed** [1] - 126:8
**significant** [3] - 77:9, 91:9, 119:13
**significantly** [1] - 95:6
**similar** [1] - 52:5
**single** [1] - 117:8
**site** [2] - 35:8, 55:15
**sits** [1] - 37:13

**six** [1] - 26:20
**skeleton** [2] - 27:7, 75:19
**skin** [44] - 30:20, 31:10, 35:8, 35:10, 37:21, 38:12, 38:17, 38:22, 39:1, 42:17, 43:6, 45:13, 45:21, 46:13, 48:6, 48:19, 51:17, 52:15, 53:10, 53:24, 54:13, 56:3, 56:21, 58:2, 58:18, 58:20, 61:15, 62:6, 64:5, 64:16, 66:2, 66:15, 67:21, 68:10, 70:22, 71:5, 72:10, 72:20, 90:8, 90:17, 90:20, 91:17, 91:19
**skip** [1] - 101:13
**sleeved** [1] - 118:18
**sleeveless** [5] - 26:5, 118:14, 118:16, 118:19, 119:3
**Sleeveless** [1] - 119:2
**slight** [1] - 37:17
**slightly** [4] - 37:12, 68:9, 71:4, 72:19
**small** [6] - 54:2, 55:5, 64:6, 66:4, 70:3, 76:16
**so..** [4] - 29:18, 82:17, 114:15, 118:1
**soaked** [1] - 119:5
**soft** [3] - 50:20, 59:3, 91:21
**someone** [9] - 23:21, 87:14, 89:11, 90:16, 91:24, 105:20, 114:3, 115:10, 117:15
**Sometimes** [2] - 91:15, 91:20
**somewhere** [9] - 20:18, 34:3, 63:14, 63:15, 67:4, 71:9, 87:3, 104:1, 109:15
**soon** [3] - 20:8, 95:15, 95:16
**soot** [5] - 38:1, 38:5, 38:8, 39:8, 92:15
**Sorry** [8] - 11:4, 15:11, 22:11, 49:4, 68:22, 69:8, 69:13, 69:17
**sorry** [13] - 19:4, 35:12, 37:3, 38:20, 46:19, 46:22, 47:5, 68:16, 69:14, 71:24, 73:20, 97:3, 118:15
**sound** [1] - 11:12

**sounds** [1] - 106:8
**South** [1] - 2:3
**speaking** [2] - 22:17, 94:22
**special** [1] - 1:5
**specialized** [1] - 13:21
**specific** [10] - 14:3, 25:14, 41:8, 80:23, 82:23, 87:19, 91:14, 105:19, 113:7, 122:9
**specifically** [1] - 23:5
**specify** [1] - 92:7
**speck** [1] - 39:4
**speculation** [15] - 92:6, 97:10, 98:7, 99:3, 99:7, 100:13, 102:1, 104:9, 105:4, 106:16, 109:2, 110:2, 110:16, 113:6, 113:13
**spell** [1] - 5:9
**spelling** [1] - 18:8
**SS** [1] - 125:1
**St** [1] - 7:14
**stamp** [1] - 20:2
**stamped** [2] - 18:2, 18:7
**standard** [4] - 24:7, 75:9, 78:4, 78:6
**standing** [2] - 81:1, 115:10
**Stanek** [3] - 108:23, 108:24, 110:1
**start** [7] - 24:3, 25:2, 31:22, 43:13, 88:19, 89:1, 106:11
**started** [2] - 10:4, 15:14
**Starting** [1] - 25:4
**starting** [1] - 106:2
**starts** [3] - 59:4, 105:21, 105:23
**state** [4] - 5:9, 12:9, 12:12, 93:17
**STATE** [1] - 125:1
**State** [2] - 12:4, 125:5
**State's** [2] - 15:5, 15:6
**states** [1] - 37:20
**STATES** [1] - 1:3
**States** [1] - 1:18
**stationary** [8] - 81:12, 81:13, 81:18, 83:24, 86:18, 86:21, 87:6, 87:7
**stayed** [1] - 8:22
**stenographic** [1] - 125:18

**still** [9] - 10:12,
28:13, 37:17, 39:3,
44:11, 71:11, 90:17,
90:20, 104:19
**stippling** [7] - 38:1,
38:5, 38:17, 39:8,
90:11, 90:20, 92:15
**Stippling** [1] - 38:14
**storage** [1] - 88:17
**straight** [4] - 73:2,
83:22, 86:24, 87:5
**straighter** [3] -
86:17, 87:7, 87:11
**Strawn** [1] - 5:12
**STRAWN** [7] - 1:15,
3:3, 5:4, 5:13, 124:14,
125:9, 125:12
**Street** [4] - 1:20, 2:8,
2:14, 125:7
**stretcher** [1] - 26:1
**Strike** [1] - 37:3
**strike** [2] - 83:8,
87:13
**striking** [1] - 42:1
**student** [2] - 23:2,
89:9
**study** [1] - 8:1
**subcutaneous** [16] -
30:20, 42:17, 45:13,
48:6, 51:8, 52:6,
53:24, 56:3, 58:2,
58:18, 61:15, 64:5,
66:2, 67:21, 70:22,
72:10
**submit** [1] - 42:2
**submitted** [1] - 78:10
**subpoena** [2] - 5:1
**subscribe** [1] - 124:4
**Subscribed** [1] -
124:19
**subset** [1] - 8:7
**substantial** [1] -
113:20
**suggest** [4] - 34:5,
96:4, 103:21, 112:17
**suggestion** [2] -
33:4, 33:6
**suit** [1] - 126:4
**Suite** [5] - 1:20, 2:3,
2:9, 2:15, 125:7
**summary** [1] -
109:21
**summer** [1] - 8:23
**superficial** [5] -
46:10, 52:7, 52:14,
59:6, 94:24
**supervising** [2] - 9:9,
9:18
**Supervision** [2] -
11:10, 11:11

**SURA** [1] - 1:7
**surface** [3] - 38:17,
38:21, 53:10
**surprises** [1] - 85:1
**surrounding** [3] -
30:17, 36:2, 38:2
**survived** [11] - 97:2,
97:8, 98:4, 99:5,
100:2, 100:9, 101:3,
101:23, 102:14,
103:3, 103:17
**SUSAN** [1] - 1:6
**suspect** [1] - 113:9
**sustained** [3] -
113:2, 113:12, 113:18
**swelling** [1] - 78:24
**swells** [1] - 108:1
**switch** [1] - 68:17
**sworn** [4] - 4:5, 5:6,
124:19, 125:13
**system** [2] - 77:22,
88:7

---

# T

**T-shirt** [3] - 26:5,
118:14, 118:24
**tag** [6] - 18:7, 18:9,
18:14, 18:16, 18:24,
90:4
**tank** [1] - 118:20
**tape** [1] - 20:22
**target** [6] - 83:23,
86:18, 86:23, 86:24,
87:3, 87:7
**tatoo** [5] - 28:6, 28:9,
28:23, 29:3, 29:6
**tatoos** [1] - 28:2,
28:11, 28:22
**tattoos** [2] - 27:21,
29:7
**teaching** [1] - 9:6
**tech** [3] - 89:20,
89:21, 89:22
**technically** [3] -
11:5, 37:14, 94:22
**technician** [2] -
22:17, 24:20
**telephone** [2] -
108:7, 108:20
**ten** [1] - 92:3
**tendons** [1] - 70:23
**terminated** [1] -
12:21
**terms** [20] - 14:5,
42:1, 42:8, 43:10,
44:5, 46:7, 50:14,
56:24, 58:23, 58:24,
74:17, 86:11, 90:6,

95:23, 106:18, 112:3,
121:20, 121:23,
121:24, 122:20
**test** [1] - 15:13
**testified** [3] - 5:6,
14:12, 122:13
**testify** [1] - 125:13
**testifying** [1] - 9:7
**testimony** [4] - 6:17,
113:22, 125:15,
126:12
**testing** [1] - 8:5
**tests** [1] - 8:4
**text** [1] - 14:8
**texts** [1] - 14:4
**THE** [57] - 1:3, 1:3,
3:2, 4:7, 4:19, 9:19,
11:13, 34:7, 34:10,
34:16, 34:19, 38:23,
39:3, 47:3, 47:5, 47:8,
49:9, 63:19, 65:13,
68:22, 68:24, 69:8,
69:20, 87:19, 92:7,
97:5, 97:11, 98:2,
98:9, 99:8, 100:4,
100:14, 101:6, 102:2,
102:12, 102:17,
103:1, 103:6, 103:19,
104:10, 105:5,
105:19, 107:20,
108:13, 109:3,
109:11, 110:4, 110:7,
110:17, 110:24,
111:17, 113:7,
113:14, 114:2,
121:15, 122:14, 123:8
**themselves** [5] -
40:13, 50:10, 100:15,
121:17, 121:18
**Theoretically** [2] -
101:6, 103:19
**theoretically** [3] -
86:22, 90:18, 90:21
**theory** [1] - 102:2
**thereafter** [1] - 20:8
**therefore** [1] - 39:11
**thereof** [1] - 126:5
**thick** [1] - 90:23
**thigh** [6] - 54:4, 54:6,
55:16, 74:12, 74:15,
76:15
**THOMAS** [1] - 1:12
**thoracic** [2] - 56:6,
57:10
**three** [5] - 23:24,
27:23, 28:2, 80:18,
117:8
**throughout** [2] -
24:2, 31:5
**thyroid** [3] - 30:22,

36:20, 41:21
**timely** [2] - 95:11,
95:14
**tiny** [1] - 38:24
**tissue** [3] - 50:20,
52:7, 77:11
**Tissue** [1] - 46:14
**tissues** [19] - 30:20,
36:15, 41:12, 42:17,
45:14, 48:7, 51:8,
54:1, 56:3, 58:2,
58:18, 59:3, 61:15,
64:5, 66:2, 67:21,
70:22, 72:10, 91:21
**title** [1] - 8:24
**today** [6] - 16:7,
28:13, 92:20, 93:2,
93:4, 93:7
**toe** [1] - 31:21, 31:23
**together** [3] - 100:8,
100:10, 122:3
**took** [4] - 18:4, 21:1,
25:5, 77:10
**top** [38] - 13:5, 30:13,
30:24, 40:5, 40:6,
42:11, 42:23, 45:7,
45:17, 47:24, 48:16,
51:2, 51:13, 52:11,
52:19, 53:17, 54:7,
55:21, 56:8, 57:19,
58:5, 58:11, 61:9,
61:23, 63:23, 64:11,
65:20, 66:7, 67:15,
68:1, 70:17, 71:1,
72:5, 72:13, 73:15,
74:1, 109:5, 118:20
**torn** [1] - 35:21
**total** [3] - 9:20,
80:18, 106:13
**touch** [2] - 13:7,
89:20
**touching** [1] - 91:15
**toward** [5] - 37:14,
40:9, 45:1, 110:12,
110:14
**towards** [3] - 40:17,
83:2, 83:3
**tox** [2] - 77:16, 77:19
**toxicology** [2] -
77:14, 77:15
**tracheobronchial** [1]
- 31:5
**track** [1] - 36:11
**trained** [3] - 7:18,
10:22, 11:2
**training** [3] - 11:14,
13:21, 13:24
**trajectories** [8] -
81:3, 82:4, 82:16,
83:7, 83:10, 83:11,

83:23, 86:17
**trajectory** [2] - 57:13,
115:1
**transcribed** [1] -
21:20
**transcript** [2] -
124:2, 124:6
**transcription** [2] -
20:18, 84:24
**transcripts** [1] -
126:9
**translate** [1] - 93:10
**transported** [1] -
96:9
**transposed** [1] -
68:16
**trauma** [1] - 91:20
**traumatic** [1] -
108:14
**travel** [2] - 87:12,
87:15
**traveled** [1] - 83:3
**traveling** [4] - 41:16,
81:8, 83:17, 91:17
**travels** [1] - 95:8
**treated** [1] - 112:19
**treatment** [12] -
74:23, 94:24, 95:10,
96:18, 97:22, 98:24,
99:20, 100:22,
101:17, 102:9,
102:22, 103:11
**tree** [1] - 31:5
**trial** [1] - 13:8
**true** [6] - 16:24, 22:3,
33:16, 87:4, 114:9,
124:5
**truth** [2] - 125:13,
125:14
**try** [1] - 75:11
**Try** [1] - 52:21
**trying** [3] - 109:17,
110:21, 111:13
**tube** [2] - 75:7, 76:12
**tubes** [1] - 75:3
**turn** [1] - 57:17
**turned** [1] - 21:18
**turning** [5] - 81:20,
81:23, 117:19, 118:2
**Two** [1] - 117:7
**two** [19] - 10:24,
18:24, 23:24, 26:24,
28:22, 30:9, 34:17,
36:8, 36:10, 46:3,
49:14, 79:21, 79:22,
80:5, 90:7, 92:1,
106:4, 109:11, 118:15
**type** [1] - 41:6
**typed** [1] - 84:24
**types** [1] - 20:15

typewriting [1] - 125:19
typewritten [1] - 126:8
typical [1] - 38:2
typically [11] - 14:7, 20:11, 23:7, 35:4, 38:12, 38:18, 73:5, 83:10, 83:13, 84:18

## U

U.S [1] - 4:22
ulna [3] - 72:12, 72:18, 76:19
unburned [1] - 38:23
unclothed [2] - 25:17, 25:23
Under [1] - 28:1
under [8] - 11:8, 28:11, 29:7, 30:10, 46:13, 78:20, 84:3, 126:11
undergoing [1] - 96:17
undergrad [1] - 7:12
underneath [1] - 85:2
Understood [4] - 9:22, 29:19, 29:21, 37:19
underwear [1] - 26:6
UNITED [1] - 1:3
United [1] - 1:18
University [4] - 7:13, 7:14, 8:11, 11:7
unless [1] - 95:10
unusual [1] - 120:17
up [17] - 7:17, 15:9, 20:15, 32:21, 33:2, 34:6, 35:13, 35:24, 57:6, 59:21, 62:13, 67:4, 76:23, 85:9, 88:12, 105:13, 109:5
upper [17] - 24:13, 28:3, 28:4, 28:5, 32:1, 32:24, 36:21, 40:4, 51:12, 55:20, 56:5, 58:10, 58:19, 61:16, 72:13, 76:6, 76:13
ups [2] - 71:8, 115:16
upward [9] - 43:6, 48:19, 51:17, 58:20, 62:6, 66:14, 68:9, 71:4, 72:19
utility [1] - 75:19

## V

vague [1] - 114:1
valuables [1] - 117:14
variable [1] - 83:16
varies [3] - 20:13, 20:14, 22:18
vascular [2] - 62:23, 67:1
vast [1] - 14:17
vein [3] - 30:21, 36:18, 41:6
ventricle [1] - 42:19
verbal [1] - 6:4
vertex [2] - 40:8, 40:18
vessel [1] - 95:6
vessels [1] - 95:5
villain [2] - 28:16, 28:17
villian [1] - 28:15
Vincent [1] - 14:7
visible [3] - 32:19, 32:24, 88:9
visually [1] - 106:1
vitae [1] - 7:8
vitals [1] - 121:3
vs [1] - 1:9

## W

waive [1] - 123:7
walk [1] - 88:2
wall [1] - 42:19
WAS [1] - 4:1
watch [1] - 89:17
weapon [16] - 81:11, 81:12, 81:13, 81:18, 83:1, 83:2, 83:3, 83:5, 86:21, 87:6, 91:2, 91:6, 92:1, 92:2, 92:11, 93:15
wearing [2] - 90:14, 114:13
weeks [1] - 93:3
weighed [1] - 88:13
weighing [1] - 26:19
WERE [3] - 15:20, 17:9, 112:9
Wheaton [1] - 10:1
whereof [1] - 126:12
WHEREUPON [4] - 4:1, 15:20, 17:9, 112:9
white [8] - 26:5, 26:7, 26:19, 116:24, 117:3, 117:5

White [1] - 117:4
whole [3] - 81:6, 122:2, 125:13
width [1] - 40:13
wiggle [1] - 27:11
window [1] - 105:7
windpipe [1] - 36:19
witness [8] - 4:5, 5:5, 34:21, 43:24, 49:7, 125:9, 125:11, 125:17
Witness [10] - 34:19, 43:22, 46:2, 46:5, 51:24, 53:3, 59:24, 61:2, 61:6, 62:11
WITNESS [55] - 3:2, 4:7, 4:19, 9:19, 11:13, 34:7, 34:10, 34:16, 34:19, 38:23, 39:3, 47:3, 47:5, 47:8, 49:9, 63:19, 65:13, 68:22, 68:24, 69:8, 69:20, 87:19, 92:7, 97:5, 97:11, 98:2, 98:9, 99:8, 100:4, 100:14, 101:6, 102:2, 102:12, 102:17, 103:1, 103:6, 103:19, 104:10, 105:5, 105:19, 107:20, 108:13, 109:3, 109:11, 110:4, 110:7, 110:17, 110:24, 111:17, 113:7, 113:14, 114:2, 121:15, 122:14, 123:8
Wolf [1] - 2:3
word [13] - 28:3, 28:5, 28:6, 28:9, 28:14, 28:15, 28:24, 29:2, 29:10, 33:18, 117:2, 122:15, 122:16
wording [1] - 122:14
wound [160] - 30:15, 30:17, 30:19, 30:23, 31:2, 31:3, 31:9, 31:11, 32:12, 32:23, 35:3, 35:14, 35:23, 36:2, 36:4, 36:5, 36:11, 37:4, 37:21, 38:22, 39:22, 40:2, 40:4, 41:5, 42:13, 42:15, 42:16, 42:24, 43:5, 43:7, 43:24, 44:6, 44:21, 45:9, 45:11, 45:13, 45:15, 45:19, 45:20, 45:22, 46:8, 46:20, 48:2, 48:5, 48:6, 48:9, 48:15, 48:18, 48:20, 49:7, 50:12, 51:4, 51:7, 51:11, 51:15,

51:16, 51:18, 52:1, 52:13, 52:14, 52:16, 53:6, 53:19, 53:21, 53:24, 54:8, 54:11, 54:13, 54:15, 54:16, 55:23, 56:2, 56:6, 56:10, 56:12, 56:15, 56:20, 56:22, 57:13, 57:21, 57:23, 58:1, 58:4, 58:7, 58:9, 58:12, 58:15, 58:17, 58:19, 58:21, 59:1, 59:15, 61:11, 61:13, 61:14, 61:17, 61:21, 62:1, 62:4, 62:7, 64:1, 64:3, 64:4, 64:12, 64:15, 64:17, 65:22, 65:24, 66:1, 66:9, 66:13, 66:15, 67:17, 67:19, 67:20, 67:23, 68:3, 68:6, 68:8, 68:10, 70:18, 70:20, 70:21, 70:24, 71:2, 71:3, 71:5, 72:6, 72:8, 72:9, 72:12, 72:15, 72:16, 72:18, 72:20, 73:6, 75:10, 79:13, 80:11, 80:14, 83:13, 91:11, 92:11, 92:13, 94:15, 94:16, 94:20, 94:23, 94:24, 96:14, 98:4, 114:23, 114:24, 115:7, 122:8, 122:24
wounded [1] - 120:9
wounds [38] - 13:18, 14:5, 31:20, 39:9, 39:15, 40:1, 48:24, 57:2, 59:17, 78:22, 79:6, 79:22, 82:17, 91:1, 91:5, 91:8, 93:8, 94:10, 100:7, 100:9, 103:23, 104:22, 105:1, 105:16, 107:15, 113:1, 113:11, 113:19, 114:12, 120:2, 120:18, 121:7, 121:8, 121:21, 121:24, 122:6, 123:1
Wounds [1] - 14:10
wrist [2] - 70:4, 70:6
write [10] - 33:17, 33:22, 34:2, 34:3, 34:5, 34:7, 43:20, 53:1, 85:9, 101:9
writing [2] - 73:21, 125:16
written [4] - 9:8, 13:3, 34:21, 92:23
wrongful [1] - 84:9

wrote [1] - 109:17

## X

x-ray [2] - 24:20, 89:22
x-rays [9] - 24:6, 24:12, 24:15, 75:13, 75:17, 75:20, 76:4, 88:14, 106:18

## Y

year [5] - 7:22, 8:17, 8:19, 8:20, 14:24
years [2] - 10:24, 26:21